# EXHIBIT B





EXHIBIT B



EXHIBIT B

Reigning Mercy



**EXHIBIT B**









EXHIBIT B





# EXHIBIT B



**FREE PREGNANCY HELP**

Take the first step.
Move beyond the fear.
*You are worth it.*

For confidential 24/7 help:

*Call:* 1-800-712-4357
*Text:* "HELPLINE" to 313131
optionline.org

**EXHIBIT B**



UN PASO
*hacia la*
ESPERANZA.

AYUDA DE EMBARAZO GRATUITA

Toma el primer paso.
No tengas miedo.
*Tú vales la pena.*

Para conseguir ayuda confidencial 24/7

*Llama al:* 1-800-712-4357
*Por texto:* Textea "HELPLINE" al 313131
optionline.org

# EXHIBIT B



you are not alone.

Call us

Sisters of Life
212.737.0221
1.877.777.1277 (toll free)
visitationcenterus.org
visitation@sistersoflife.org

Healing *after Abortion*

To speak to a Sister, or learn about
our monthly Days of Prayer and
Healing, contact the Sisters of Life:

866.575.0075 (toll free)
hopeandhealing@sistersoflife.org

To register for men:
877.586.4621 (toll free)
Lumina@postabortionhelp.org

ocean
of mercy