# EXHIBIT C





EXHIBIT C