# EXHIBIT D

EXHIBIT D



Take the first step.
Move beyond the fear.
*You are worth it.*

For confidential 24/7 help:

*Call:* 1-800-712-4357
*Text:* "HELPLINE" to 313131
optionline.org

## UNPLANNED PREGNANCY?

*Call:* 877.777.1277 / *Text:* 212.203.8716

http://bit.ly/pregnancy-help

---

## ABORTION PILL REVERSAL

877.558.0333

abortionpillreversal.com

---

## ADVERSE PRENATAL DIAGNOSIS?

*Call:* 877.777.1277 / *Text:* 212.203.8716

http://bit.ly/pregnancy-help

---

## NEED HEALING FROM AN ABORTION?

*Call Hope & Healing Mission:*
866.575.0075

http://bit.ly/Hope-Healing



**EXHIBIT D**