# EXHIBIT E





**EXHIBIT E**




MY DAUGHTER AT **30 WEEKS** GESTATION

**BORN AT 35 WEEKS; SPENT 1 WEEK IN NICU**

**NOW AGE 20, SOPHOMORE STUDYING MECHANICAL ENGINEERING**

**EXHIBIT E**

PRAY TO END ABORTION