# EXHIBIT I

COLIN 4 SMITH
DEMOCRAT FOR NYS ASSEMBLY

DONATE

HOME    MEET COLIN +    CAMPAIGN +    PLATFORM    EVENTS    NEWS    GET INVOLVED

https://www.colin4assembly.com/news

# CAMPAIGN NEWS

Colin4assembly@gmail.com

All Posts    Press Release    Events    Endorsements

## Statement from Legislator Colin Smith on Leaked Roe v. Wade Supreme Court Opinion

**FOR IMMEDIATE RELEASE: May 3, 2022**
Contact: David Belsky; dbelsky@goodrebellion.com; 347-227-0055

PEEKSKILL, NY – "I am enraged. Today our nation got a look behind the curtain at decades of Republican deceit to stack the Supreme Court with ideologues hellbent on destroying the lives of countless Americans. With some justices having blatantly lied to members of congress when considering their appointment, a majority of the Supreme Court has agreed to a leaked opinion that unravels Roe v. Wade.

"Let me be unequivocally clear: a woman has the right to decide what happens to her own body, and we will never stop fighting to protect that right.

"Politicians always say upcoming elections are the most critical moment in our history. But, with the disregard for human rights that our colleagues across the aisle have shown time and again, it's fair to say this threat is real.

"When this opinion becomes official, trigger laws banning all abortions will go into effect in more than 24 states. If Republicans win majorities in Washington DC this fall or the presidency two years from now, it's nearly a guarantee that we will see a nationwide abortion ban. Even if they are a result of rape.

"The idea of precedent has been thrown to the wind. The stability of our laws is no longer guaranteed. What's next? Contraception. Gay marriage. Healthcare. And, of course, the solution to all Republican talking points: eliminating voting rights.

"So what do we do now? For starters, vote. Register as a Democrat, vote Democrat, and tell your friends and family to do the same. While we can disagree on some issues, Americans must send a loud and clear message that human rights are not up for debate. If you can do more, volunteer or donate. Every minute or dollar you can give to a candidate or cause that stands up for true freedom will prove to be one of the most important investments you can make."

"I am so disappointed that in 2022 people living in the United States of America are still made to feel unwelcome and unsupported. Ours is a nation built on diversity and equality. Together we can actually make America great again, for everyone."

**About Colin Smith**
Colin Smith is running to represent the 95th District in the New York State Assembly, which includes parts of Westchester and Putnam counties. Currently representing Northern Westchester on the County Board of Legislators, Smith was born and raised in Peekskill where he still lives with his family. To learn more about him and his vision to bring passionate, experienced leadership to Albany, visit colin4assembly.com.

Press Release