**ADDRESSES FOR DEFENDANTS:**

**1) COUNTY OF WESTCHESTER COUNTY;**

**2) GEORGE LATIMER,** Chief Executive of the County of Westchester, in his official capacity;

**3) COUNTY OF WESTCHESTER DEPARTMENT OF PUBLIC SAFETY;**

**4) TERRANCE RAYNOR,** Acting Commissioner of the Westchester Department of Public Safety, in his official capacity;

> **ADDRESS FOR THE ABOVE (4) DEFENDANTS IS AS FOLLOWS:**
>
> **WESTCHESTER COUNTY LAW DEPT.**
> **ATTN: JOHN M. NONNA**
> **148 Martine Avenue**
> **White Plains, NY 10601**

**5) NEW ROCHELLE POLICE DEPARTMENT**

> **New Rochelle Law Department**
> **515 North Ave**
> **New Rochelle, NY 10801**

**6) CITY OF WHITE PLAINS DEPARTMENT OF PUBLIC SAFETY**

> **White Plains Law/Corporation Counsel**
> **255 Main Street**
> **White Plains, NY 10601**