AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |  |
|---|---|---|
| *Plaintiff(s)* <br> v. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**ADDRESSES FOR DEFENDANTS:**

**1) COUNTY OF WESTCHESTER COUNTY;**

**2) GEORGE LATIMER,** Chief Executive of the County of Westchester, in his official capacity;

**3) COUNTY OF WESTCHESTER DEPARTMENT OF PUBLIC SAFETY;**

**4) TERRANCE RAYNOR,** Acting Commissioner of the Westchester Department of Public Safety, in his official capacity;

    **ADDRESS FOR THE ABOVE (4) DEFENDANTS IS AS FOLLOWS:**

    **WESTCHESTER COUNTY LAW DEPT.**
    **ATTN: JOHN M. NONNA**
    **148 Martine Avenue**
    **White Plains, NY 10601**

**5) NEW ROCHELLE POLICE DEPARTMENT**

    **New Rochelle Law Department**
    **515 North Ave**
    **New Rochelle, NY 10801**

**6) CITY OF WHITE PLAINS DEPARTMENT OF PUBLIC SAFETY**

    **White Plains Law/Corporation Counsel**
    **255 Main Street**
    **White Plains, NY 10601**