# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JANE DOE** and **SALLY ROE** (pseudonyms) ) | |
| Plaintiffs, ) | |
| v. ) | |
| **COUNTY OF WESTCHESTER**; ) | |
| **GEORGE LATIMER**, Chief Executive of the County of Westchester, in his official capacity; ) | |
| **COUNTY OF WESTCHESTER COUNTY DEPARTMENT OF PUBLIC SAFETY**; ) ) | |
| **TERRANCE RAYNOR**, acting Commissioner of the Westchester Department of Public Safety, in his official capacity; ) ) | Case No. 7:22-cv-6950 |
| **NEW ROCHELLE POLICE DEPARTMENT**; ) | |
| **CITY OF WHITE PLAINS DEPARTMENT OF PUBLIC SAFETY**, ) | |
| ) | |
| Defendants ) | |

## CERTIFICATE OF SERVICE

I, Christopher A. Ferrara, certify that with consent of opposing counsel, on August 27, 2022, I served the following document on them by email:

Pre-Motion Conference Letter RE: Plaintiffs' Motion for Preliminary Injunction

at the following email addresses:

Frederick Sullivan – County Defendants:   fms2@westchestergov.com

Brian Powers – New Rochelle Police Dept:   bpowers@newrochelleny.com

John Callahan – City of White Plains Dept. of Public Safety:   jcallahan@whiteplainsny.gov

Dated: August 27, 2022

                                       Respectfully submitted,

                                       s/ Christopher A. Ferrara

                                       CHRISTOPHER A. FERRARA, ESQ.
                                       Special Counsel – Thomas More Society
                                       148-29 Cross Island Parkway
                                       Whitestone, Queens, New York 11357
                                       Telephone: (718) 357-1040
                                       cferrara@thomasmoresociety.org
                                       *Counsel for Plaintiffs*