UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
Jane Doe and Sally Roe,

                                    Plaintiffs,

    -Against-

County of Westchester et al.,

                                    Defendants.
------------------------------------------------------------------------x

22-CV-6950 (PMH)

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendants COUNTY OF WESTCHESTER in the above-captioned case. This Notice of Appearance is submitted without waiving the right to raise jurisdictional defenses. I certify that I am admitted to practice before this Court.

Dated:   September 2, 2022
             White Plains, New York

                                                              Respectfully Submitted,

                                                              *John M. Nonna*
                                                              John M. Nonna, Esq.
                                                              County Attorney
                                                              148 Martine Avenue, Suite 600
                                                              White Plains, NY 10601
                                                              (914) 995-2690
                                                              JNonna@westchestergov.com