

**Thomas More SOCIETY**

A national public interest law firm defending life, family and religious liberty.

September 6, 2022

<u>**BY ECF**</u>

Hon. Philip M. Halpern
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

RE:     **Jane Doe et al. v Westchester County**
        **Case No. 7:22-cv-6950**

Your Honor,

Plaintiffs' counsel hereby provide this status report to Your Honor. As summonses cannot issue (per the Clerk's indication) until the motion for leave to proceed with pseudonyms is decided, on Friday, September 2nd, we served the Verified Complaint and exhibits on defendants via the waiver of service method provided by Rule 4(d).  We also note that courtesy copies of same were previously sent to defense counsel by email on August 23, 2022.

Respectfully yours,

<u>s/ Christopher A. Ferrara</u>
CHRISTOPHER A. FERRARA, ESQ.
Special Counsel – Thomas More Society
148-29 Cross Island Parkway
Whitestone, Queens, New York 11357
Telephone: (718) 357-1040
cferrara@thomasmoresociety.org
*Counsel for Plaintiffs*

c:  Defense counsel by email (New Rochelle Police Dept., White Plains Dept. of Public Safety)
    or ECF (counsel for County defendants).