## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JANE DOE** and **SALLY ROE** (pseudonyms) | ) |
| Plaintiffs, | ) |
| v. | ) |
| **COUNTY OF WESTCHESTER**; | ) |
| **GEORGE LATIMER**, Chief Executive of the County of Westchester, in his official capacity; | ) |
| **COUNTY OF WESTCHESTER COUNTY DEPARTMENT OF PUBLIC SAFETY**; | ) |
| | ) |
| **TERRANCE RAYNOR**, acting Commissioner of the Westchester Department of Public Safety, in his official capacity; | )   Case No. 7:22-cv-6950 |
| | ) |
| **NEW ROCHELLE POLICE DEPARTMENT**; | ) |
| **CITY OF WHITE PLAINS DEPARTMENT OF PUBLIC SAFETY,** | ) |
| | ) |
| Defendants | ) |

## CERTIFICATE OF SERVICE

I, Christopher A. Ferrara, hereby certify as follows:

1. On September 7, 2022, with consent of opposing counsel, I served a **Motion for Admission Pro Hac Vice of Michael McHale, Esq.** by email on counsel for White Plains Dept. of Public Safety and New Rochelle Police Dept at the following email addresses:

Brian Powers – New Rochelle Police Dept:   bpowers@newrochelleny.com

John Callahan – City of White Plains Dept. of Public Safety:   jcallahan@whiteplainsny.gov

Doreen Rich – City of White Plains Dept. of Public Safety:   drich@whiteplainsny.gov

2. I further certify that I served said Motion by ECF on counsel for the County defendants, John Nonna, Esq.

Dated: September 7, 2022

        Respectfully submitted,

        s/ Christopher A. Ferrara

        CHRISTOPHER A. FERRARA, ESQ.
        Special Counsel – Thomas More Society
        148-29 Cross Island Parkway
        Whitestone, Queens, New York 11357
        Telephone: (718) 357-1040
        cferrara@thomasmoresociety.org
        *Counsel for Plaintiffs*