UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE and SALLY ROE,<br><br>                        Plaintiffs,<br><br>– against –<br><br>COUNTY OF WESTCHESTER, *et al.*,<br><br>                        Defendants. | 22-cv-6950 (PMH)<br><br>**NOTICE OF<br>APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendants County of Westchester, George Latimer, County Department of Public Safety, and Terrance Raynor (collectively, the "County Defendants") in the above-captioned action. I certify that I am admitted to practice before this Court.

Dated:    White Plains, New York
             September 13, 2022

                                              **JOHN M. NONNA**
                                            Westchester County Attorney
                                            *Attorney for County Defendants*

                                            /s/ *Shawna C. MacLeod*
                                            Shawna C. MacLeod
                                            Sr. Assistant County Attorney, of Counsel
                                            Michaelian Office Building
                                            148 Martine Avenue, Room 604(a)
                                            White Plains, New York 10601
                                            T: (914) 995-4194
                                            scma@westchestergov.com