UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE and SALLY ROE,<br><br>　　　　　　　　　Plaintiffs,<br><br>– against –<br><br>COUNTY OF WESTCHESTER, *et al.*,<br><br>　　　　　　　　　Defendants. | 22-cv-6950 (PMH)<br><br>**NOTICE OF<br>APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendants County of Westchester, George Latimer, County Department of Public Safety, and Terrance Raynor (collectively, the "County Defendants") in the above-captioned action. I certify that I am admitted to practice before this Court.

Dated:　　White Plains, New York
　　　　　　September 13, 2022

　　　　　　　　　　　　　　　　　　　　　　　　**JOHN M. NONNA**
　　　　　　　　　　　　　　　　　　　　　　　　Westchester County Attorney
　　　　　　　　　　　　　　　　　　　　　　　　*Attorney for County Defendants*

　　　　　　　　　　　　　　　　　　　　　　　　/s/Justin R. Adin
　　　　　　　　　　　　　　　　　　　　　　　　Deputy County Attorney
　　　　　　　　　　　　　　　　　　　　　　　　Michaelian Office Building
　　　　　　　　　　　　　　　　　　　　　　　　148 Martine Avenue, 6th Floor
　　　　　　　　　　　　　　　　　　　　　　　　White Plains, New York 10601
　　　　　　　　　　　　　　　　　　　　　　　　T: (914) 995-2893
　　　　　　　　　　　　　　　　　　　　　　　　jra3@westchestergov.com