UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE and SALLY ROE,<br><br>                              Plaintiffs,<br><br>– against –<br><br>COUNTY OF WESTCHESTER, *et al.*,<br><br>                              Defendants. | 22-cv-6950 (PMH)<br><br>**NOTICE OF<br>APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendants County of Westchester, George Latimer, County Department of Public Safety, and Terrance Raynor (collectively, the "County Defendants") in the above-captioned action. I certify that I am admitted to practice before this Court.

Dated:   White Plains, New York
         September 14, 2022

                                        **JOHN M. NONNA**
                                        Westchester County Attorney
                                        *Attorney for County Defendants*

                                        /s/ *Alida L. Marcos*
                                        Alida L. Marcos
                                        Assistant County Attorney, of Counsel
                                        Michaelian Office Building
                                        148 Martine Avenue, Room 604(a)
                                        White Plains, New York 10601
                                        T: (914) 995-5102
                                        azmh@westchestergov.com