IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE, SALLY ROE, | ) |
| Plaintiffs, | ) Case No.  7:22-cv-06950 (PMH) |
| -against- | ) ORDER for Admission Pro Hac Vice |
| COUNTY OF WESTCHESTER, et al., | ) |
| Defendants. | ) |

The motion of _____Michael G. McHale_____ for admission Pro Hac Vice in the above-captioned action is GRANTED.

Applicant has declared that he is a member in good standing of the bar of the State of _____Nebraska_____; and that his contact information is as follows:

Applicant's Name: _____Michael G. McHale_____

Firm's Name: _____Thomas More Society_____

Address: _____10506 Burt Circle Ste. 110_____

City/State/Zip: _____Omaha / Nebraska / 68114_____

Telephone: _____402-314-0600_____

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for _____Jane Doe and Sally Roe_____ in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: **September 22, 2022**

_____
Hon. U.S. District Judge Philip M. Halpern

*** The Order granting Mr. McHale's request for admission *pro hac vice* has no bearing on Plaintiffs' anticipated motion to proceed using pseudonyms. The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 20. ***