AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| JANE DOE, SALLY ROE ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 7:22-cv-06950 (PMH) |
| COUNTY OF WESTCHESTER, ET AL. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs JANE DOE and SALLY ROE, in a Pro Hac Vice capacity.

Date: 09/29/2022

/s/ Michael G. McHale
*Attorney's signature*

Michael G. McHale (Pro Hac Vice)
*Printed name and bar number*

10506 Burt Circle
Suite 110
Omaha, NE 68114
*Address*

mmchale@thomasmoresociety.org
*E-mail address*

(402) 501-8586
*Telephone number*

*FAX number*