## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JANE DOE** and **SALLY ROE** (pseudonyms) ) | |
| Plaintiffs, ) | |
| v. ) | |
| **COUNTY OF WESTCHESTER**; ) | |
| **GEORGE LATIMER**, Chief Executive of the County of Westchester, in his official capacity; ) ) | |
| **COUNTY OF WESTCHESTER COUNTY DEPARTMENT OF PUBLIC SAFETY**; ) | |
| **TERRANCE RAYNOR**, acting Commissioner of the Westchester Department of Public Safety, in his official capacity; ) ) | Case No. 7:22-cv-6950-PMH |
| **NEW ROCHELLE POLICE DEPARTMENT**; ) | |
| **CITY OF WHITE PLAINS DEPARTMENT OF PUBLIC SAFETY**, ) ) | |
| Defendants ) | |

## PLAINTIFFS' MOTION FOR
## LEAVE TO PROCEED UNDER PSEUDONYMS

To**:** All Defendants

**PLEASE TAKE NOTICE** that upon the Verified Complaint and Exhibits thereto, and the supporting Memorandum of Law and Exhibit, Plaintiffs shall move on a date to be fixed by the Court, for leave to proceed under pseudonyms in this action.

Plaintiffs request oral argument on this motion as counsel's familiarity with the record, as well as legal authorities supporting these claims, may aid the Court in its decision-making process.

Dated: September 30, 2022

                                                 Respectfully submitted,

                                                 _____

| | |
|---|---|
| MICHAEL G. MCHALE, ESQ*. | CHRISTOPHER A. FERRARA, ESQ. |
| Counsel – Thomas More Society | Special Counsel – Thomas More Society |
| 10506 Burt Circle, Ste. 110 | 148-29 Cross Island Parkway |
| Omaha, NE 68114 | Whitestone, Queens, New York 11357 |
| Telephone: 402-501-8586 | Telephone: (718) 357-1040 |
| mmchale@thomasmoresociety.org | cferrara@thomasmoresociety.org |
| *Counsel for Plaintiffs* | *Counsel for Plaintiffs* |
| * Pro hac vice | |