## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JANE DOE** and **SALLY ROE** (pseudonyms) | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| **COUNTY OF WESTCHESTER**; | ) ) |
| **GEORGE LATIMER**, Chief Executive of the County of Westchester, in his official capacity; | ) ) ) ) |
| **COUNTY OF WESTCHESTER COUNTY DEPARTMENT OF PUBLIC SAFETY**; | ) ) ) |
| **TERRANCE RAYNOR**, acting Commissioner of the Westchester Department of Public Safety, in his official capacity; | ) ) ) ) |
| **NEW ROCHELLE POLICE DEPARTMENT**; | ) ) |
| **CITY OF WHITE PLAINS DEPARTMENT OF PUBLIC SAFETY**, | ) ) ) |
| Defendants. | ) ) |

Case No. 7:22-cv-6950-PMH

### (PROPOSED) ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYMS

The matter having been opened to the Court by counsel for Plaintiffs, Christopher A. Ferrara and Michael G. McHale; and the Court having reviewed the Verified Complaint and Exhibits, the supporting Memorandum of Law and Exhibit thereto; and for good cause shown;

**IT IS, THEREFORE,** on this ____ day of _____,

**ORDERED**, that Plaintiffs' motion for leave to proceed pseudonymously is **GRANTED**.

_____
USDJ