# EXHIBIT B

Pro-Abortion Group 'Ruth Sent Us' Suggests Targeting Amy Coney Bar...    about:reader?url=https%3A%2F%2Fwww.yahoo.com%2Fvideo%2Fpr...
Case 7:22-cv-06950-PMH   Document 32-3   Filed 09/30/22   Page 2 of 4

EXHIBIT B

yahoo.com

# Pro-Abortion Group 'Ruth Sent Us' Suggests Targeting Amy Coney Barrett's Children

*Arjun Singh*

4 minutes



The pro-abortion group 'Ruth Sent Us' suggested targeting the children of Supreme Court Justice Amy Coney Barrett with protests against the court's leaked draft opinion in *Dobbs v. Jackson Women's Health Organization*.

The group tweeted an infographic with the name of Barrett's church. It also identified the school that Barrett's children attend,

Pro-Abortion Group 'Ruth Sent Us' Suggests Targeting Amy Coney Bar...   about:reader?url=https%3A%2F%2Fwww.yahoo.com%2Fvideo%2Fpr...

Case 7:22-cv-06950-PMH   Document 32-3   Filed 09/30/22   Page 3 of 4   EXHIBIT B

and encouraged protesters to "voice your anger" by demonstrating there.

The graphic also stated that a protest would be organized there every Thursday evening. The tweet was posted in response to another tweet by 'Duty to Warn,' an anti-Trump group, which quoted Barrett as saying that "a legal career is but a means to an end and that end is building the Kingdom of God."

The tweet comes just a couple of days after Nicholas John Roske, a 26-year-old man from California, was arrested m   by U.S. Marshals and local police outside the home of Justice Brett Kavanaugh for attempting to assassinate him. Roske was carrying a handgun, two clips of ammunition, tactical knife, pepper spray, crowbar, nail punch, duct tape, hammer, and screwdriver.

Upon being arrested, he admitted to FBI agents that he came from California "to kill a specific United States Supreme Court Justice," [per the criminal complaint](#) filed in the case. Roske claimed he had found Kavanaugh's address on the internet. Kavanaugh's address was posted by Ruth Sent Us on May 4.

Ruth Sent Us has come under widespread criticism for its calls for non-stop protests against the Court's six conservative justices. [After *Politico* published a draft](#) of a majority opinion in the *Dobbs* case, written by Justice Samuel Alito, which would overturn the controversial 1973 decision in *Roe v. Wade* that legalized abortion across the United States, [the group published the home addresses](#) of all six justices, while calling for protests at these sites.

"Our 6-3 extremist Supreme Court routinely issues rulings that hurt women, racial minorities, LGBTQ+ and immigrant rights. We must rise up to force accountability using a diversity of tactics," the group

Pro-Abortion Group 'Ruth Sent Us' Suggests Targeting Amy Coney Bar... about:reader?url=https%3A%2F%2Fwww.yahoo.com%2Fvideo%2Fpr...
Case 7:22-cv-06950-PMH    Document 32-3    Filed 09/30/22    Page 4 of 4

EXHIBIT B

wrote at the time. Critics accused the group of jeopardizing the safety of the justices and their families. Ruth Sent Us was later [permanently banned by social media platform TikTok](#) for refusing to take down posts with this information, though they remain active on Twitter, Facebook, and other media.

The protests have led to the institution of additional temporary personal security measures for each of the Supreme Court's nine members and their families. Shortly after the protests began, the Senate unanimously passed a bipartisan bill that would legally mandate the U.S. Supreme Court police to provide 24-hour protection of the justices and their dependents, akin to the kind received by cabinet secretaries and members of the congressional leadership. However, the bill's passage has been stalled by the Democratic-led House of Representatives, where [Speaker Nancy Pelosi has rejected](#) some of the bill's language. "Nobody is in danger over the weekend because of our not having a bill," she said.

## More from National Review

- [Protesters Descend on Amy Coney Barrett's Home One Day after Kavanaugh Assassination Plot](#)

- [Biden Claims 'Court Packing Is Going On Now,' Citing GOP Efforts to Confirm Barrett](#)

- [Clarence Thomas Swears In Amy Coney Barrett to the Supreme Court](#)