# EXHIBIT C

Police officers watch pro-abortion vandals damage the home of promine...    about:reader?url=https%3A%2F%2Fwww.lifesitenews.com%2Fnews...
Case 7:22-cv-06950-PMH   Document 32-4   Filed 09/30/22   Page 2 of 10
EXHIBIT C

lifesitenews.com

# Police officers watch pro-abortion vandals damage the home of prominent pro-life attorney - LifeSite

*LifeSite*

10-13 minutes

Mon Jul 11, 2022 - 9:53 pm EDTTue Jul 12, 2022 - 5:36 am EDT

([LifeSiteNews](#)) — The home of pro-life hero attorney Thomas Brejcha was vandalized by a radical pro-abortion [mob](#) the night of July 1 as police officers stood by in squad cars and on bicycles observing and making no arrests.

According to a Saturday email release from the Thomas More Society (TMS), Brejcha, who founded the organization and serves as its president and chief counsel, was targeted in advance of the attack by a terrorist group calling itself the "Reproductive Justice Union" (RJU).

Hiding behind an anonymous Twitter [account](#) which was established in early June, the pro-abortion vandals recruited accomplices, [tweeting](#) on June 25, "Don't you want to scream at the people who did this to you? Friday, July 1st, we're going to meet in Evanston and march to a member of the Thomas More Society's house to make them look us in the eyes, to see our anger and rage."

Police officers watch pro-abortion vandals damage the home of promine...    about:reader?url=https%3A%2F%2Fwww.lifesitenews.com%2Fnews...

Case 7:22-cv-06950-PMH   Document 32-4   Filed 09/30/22   Page 3 of 10

EXHIBIT C

— Article continues below Petition —

21370 have signed the petition.

Let's get to 22500!

Thank you for signing this petition!

Add your signature:

  Show Petition Text

**In the aftermath of the leak of the Supreme Court majority opinion draft overruling Roe v. Wade, lawless vandals backed by the abortion lobby and pro-abortion politicians have launched riots and violent attacks on pro-life entities across America, from pregnancy centers to churches, and even targeted Justices' homes.**

This widespread, organized effort not only sets a dangerous standard for how groups and individuals may opt to stage demonstrations going forward, but begs the question of how the pro-abortion crowd would behave if and when the Supreme Court *officially* overturns Roe later this summer.

And, worst of all, the White House has largely turned a blind eye to these riots, with Joe Biden -- who at one time claimed to be personally opposed to abortion due to his Catholic faith -- now acting as the foremost advocate for unfettered abortion access in America.

**Biden's nonexistent response must be addressed, and the White House needs to know that the American people demand better from their supposed "leader."**

**Please SIGN and SHARE this petition calling on Joe Biden to**

Police officers watch pro-abortion vandals damage the home of promine... about:reader?url=https%3A%2F%2Fwww.lifesitenews.com%2Fnews...

Case 7:22-cv-06950-PMH   Document 32-4   Filed 09/30/22   Page 4 of 10   EXHIBIT C

**stop beating around the bush and finally issue a formal statement condemning the violent riots and attacks on pro-life institutions across our country in the wake of the leaked Supreme Court majority opinion draft overturning Roe v. Wade.**

Over Mother's Day weekend, pro-abortion attacks broke out across America, with increasingly depraved activists targeting pregnancy centers, pro-life advocacy organizations, and churches with either disruptive demonstrations or, in some cases, vandalism and outright violence.

Among the most barbaric occurrences was the vicious attack on Wisconsin Family Action, a pro-life group headquartered in Madison, where vandals threw a Molotov cocktail into an office window, started a fire on one of its walls, and left a threatening graffiti message reading "If abortions aren't safe then you aren't either."

[Review a FULL LIST of other appalling attacks HERE.](#)

They even descended upon the homes of Supreme Court Justices like Samuel Alito, Brett Kavanaugh, and Chief Justice John Roberts, who appear poised to formally issue the final blow to Roe v. Wade in the coming weeks, after publishing a map with their private addresses.

The case, which was decided nearly 50 years ago in 1973, saw members of the bench fabricate a constitutional "right" to abortion, depriving individual states from crafting their own laws to protect life. However, should Roe, as expected, be overturned, the matter of abortion would be *returned* to the states, where it always belonged, giving lawmakers the ability to propose legislation that would either place strong restrictions on the procedure or, in some

Police officers watch pro-abortion vandals damage the home of promine... about:reader?url=https%3A%2F%2Fwww.lifesitenews.com%2Fnews...

Case 7:22-cv-06950-PMH   Document 32-4   Filed 09/30/22   Page 5 of 10   EXHIBIT C

cases, ban it outright.

And while, of course, freedom of speech must be protected and defended for all Americans, demonstrations that devolve into vandalism, rioting, the use of intimidation tactics against members of the judiciary (or anyone else, for that matter), or violence in any form must *NEVER* be tolerated.

But the White House seems to be taking a different approach...

It wasn't until Monday afternoon that Press Secretary Jen Psaki finally acknowledged the threat posed to Supreme Court Justices by out-of-control pro-abotion activists, claiming that "judges perform an incredibly important function in our society, and they must be able to do their jobs without concern for their personal safety."

This is true, but it took Psaki an entire week to make any semblance of a definitive statement about the White House's position on this urgent matter. In fact, Psaki previously refused to discourage the targeting of Justices' homes when asked, insisting that pro-abortion groups were staging "peaceful protests" instead; she even failed to condemn the leak itself -- an unprecedented breach of trust and rejection of institutional norms that could permanently damage the standing of the court and its ability to function as an apolitical body.

And, of course, Joe Biden, himself, has been virtually silent on the matter, failing to effectively speak out against these riots and reassure the American people that those who seek to vandalize property and perpetrate violence will be held legally accountable for their actions by the Department of Justice.

This is entirely unacceptable behavior from a commander-in-chief, and as political allies like Chicago Mayor Lori Lightfoot (rather

Police officers watch pro-abortion vandals damage the home of promine... about:reader?url=https%3A%2F%2Fwww.lifesitenews.com%2Fnews...

Case 7:22-cv-06950-PMH   Document 32-4   Filed 09/30/22   Page 6 of 10

EXHIBIT C

ironically) incite insurrection by labeling the Supreme Court's pending decision a "call to arms," the American people must demand that Joe Biden clarify where he stands, and whose side he's *really* on.

**The rule of law must be upheld and applied equally, and that means calling out radical anti-life rioters and ensuring there are consequences for their violent outbursts and destruction of property across the country.**

**Please SIGN and SHARE this petition calling on Joe Biden to condemn these rioters, and direct the U.S. Department of Justice to take action that will hold them accountable for their actions under the law.**

Thank you!

**FOR MORE INFORMATION:**

''Rise up, fight back': Pro-abortion protesters descend upon Justice Alito's house over imminent abortion ruling' *(LifeSiteNews)*

*\*\*Photo Credit: Shutterstock*

An accompanying tweet revealed a malevolence of anti-Christian bigotry displaying a cross strewn with streams of blood including a caption stating "we're committed to fighting fascism, [and] Christian nationalism."

> Come join us July 1st !
>
> Confront the defenders of the far-right! pic.twitter.com/2f3FFxo0vH
>
> — Reproductive Justice Union (@ReproductiveJU) June 25, 2022

The Thomas More Society's email description explained that "between 40 and 50" individuals of the "radical anarchist pro-

Police officers watch pro-abortion vandals damage the home of promine... about:reader?url=https%3A%2F%2Fwww.lifesitenews.com%2Fnews...
Case 7:22-cv-06950-PMH   Document 32-4   Filed 09/30/22   Page 7 of 10
EXHIBIT C

abortion group … massed in front of the Brejchas' residence chanting obscenities about Tom, the pro-life movement, the police, and the Supreme Court."

"Suddenly they dropped loud smoke bombs, surged onto the lawn, and hurled paint bombs at the brick front of the house, porch, and door, staining the property with almost indelible green paint, and inking the sidewalk and driveway with their 'F' words, anarchist symbols (circled capital 'A'), and ugly slogans like 'No Gods, No Rulers,' and 'Abort the Supreme Court,'" the release described.

Fortunately, Brejcha and his wife Debbie were not home, yet "even though the police were sitting right outside watching everything, no arrests were made, and no one has been held accountable."

Furthermore, RJU distributed a doxing flyer in the neighborhood titled "YOUR NEIGHBOR HELPED OVERTURN ROE," which identified the Illinois attorney with being "Anti-Abortion, Anti-Gay, Anti-Vax, Pro-Trump, [and] Pro-voter suppression."

The TMS statement described the flyer as urging neighbors to "join their sick intimidation parade."



**EXHIBIT C**

> **Anti-Abortion, Anti-Gay, Anti-Vax, Pro-Trump, Pro-voter suppression**
>
> Brejcha is a key figurehead in a vast network of powerful lawyers and politicians backing the "grassroots" far-right Christian movement. Restricting abortion access is the flagship issue of a wider agenda to roll back civil rights for women, BIPOC, & LGBTQ people and impose fundamentalist ideology on all Americans.

A radical pro-abortion group targeted Thomas More Society attorney Tom Brejcha.

According to the release, the vandals also "tore up an American flag, shouting 'Death to America'" and did damage to the Brejchas' garden.

"[T]his is just more proof that the radical abortion partisans will stop at absolutely nothing to promote their wicked ways, even directly targeting the homes of innocent pro-life advocates like Tom and Debbie Brejcha," the email read.

"Now that *Roe v. Wade* has been overturned, they're lashing out harder than ever like a wounded beast, attacking anyone who stands for life."

Pro-abortion activist violence has skyrocketed since the U.S. Supreme Court draft decision that would overturn the landmark abortion case, *Roe v. Wade*, was leaked on May 2. Despite enormous pressure from similar pro-abortion terrorist groups, the majority of the court remained steadfast and officially issued the historic *Dobbs v. Jackson Women's Health Organization* ruling on June 24.

A list compiled by the pro-life Family Research Council shows that, as of July 11, at least 103 pro-abortion attacks have taken place since the leak, including 32 acts of vandalism against churches and

Police officers watch pro-abortion vandals damage the home of promine... about:reader?url=https%3A%2F%2Fwww.lifesitenews.com%2Fnews...

Case 7:22-cv-06950-PMH   Document 32-4   Filed 09/30/22   Page 9 of 10

EXHIBIT C

51 against pro-life organizations.

Though the Federal Bureau of Investigations (FBI) claims to be investigating such attacks, over the last two years many have observed the emergence of a "two-track justice system" where leftist terrorists who burned cities in the summer of 2020 enjoy great leniency, if they are arrested at all, and January 6 trespassers on the Capitol grounds are hunted down with SWAT teams and punished with significant time in prison, even prior to any trial.

Despite the many recent domestic terrorist acts against Christians, churches, and pro-life institutions across the country, including these at the Brejcha residence in the presence of police officers, LifeSiteNews is still unaware of any indictments.

**RELATED:**

Dr. Simone Gold is a political prisoner for daring to oppose COVID mandates

Marjorie Taylor Greene excoriates Dems for seeking Jan. 6 Commission while ignoring BLM riots

'Jane's Revenge' declares 'open season' on pro-life groups, promises to escalate violence

Pro-abortion group 'Jane's Revenge' admits to vandalizing four churches, continues to threaten pro-lifers

Jewish groups adopt same strategy as Satanists, demand legal abortion based on 'religious freedom'

Leave a legacy today!

Now is your chance to join the LifeSiteNews family and leave a legacy that your loved ones will cherish forever. Support LifeSiteNews right now, and leave a legacy of life for your children, grandchildren, and beyond. Join with a $25 monthly gift to celebrate

Police officers watch pro-abortion vandals damage the home of promine... about:reader?url=https%3A%2F%2Fwww.lifesitenews.com%2Fnews...

Case 7:22-cv-06950-PMH   Document 32-4   Filed 09/30/22   Page 10 of 10

EXHIBIT C

our 25th anniversary.