# EXHIBIT D





← Profile

@ReproductiveJU

## This account doesn't exist

Try searching for another.

### Don't miss what's happening
People on Twitter are the first to know.

Log in    Sign up