# EXHIBIT E

Miami pro-life clinic vandalized: 'If abortions aren't safe, neither are you...    about:reader?url=https%3A%2F%2Fwww.foxnews.com%2Fus%2Fmi...

Case 7:22-cv-06950-PMH   Document 32-6   Filed 09/30/22   Page 2 of 10

EXHIBIT E

foxnews.com

# Miami pro-life clinic vandalized: 'If abortions aren't safe, neither are you'

*Emmett Jones*

2-3 minutes

NEWYou can now listen to Fox News articles!

A [pro-life pregnancy clinic](#) in Miami was vandalized on Sunday, almost two weeks after the Supreme Court's decision to overturn Roe v. Wade. Surveillance footage caught two women walking to the back of clinic, where they spray-painted the walls with their intended message.

One of the vandals wrote: 'If abortions aren't safe, the [sic] neither are you."

Martha Avila, the president of Pregnancy Help Clinic in Miami-Dade County's Hialeah neighborhood, shared the vandalism footage with WSVN, in which one of the suspects shined a laser over the camera.

"I don't think the people that participated in this were confused at all," Avila [told WSVN](#). "They targeted a place that gives counseling to women that their DNA is pro-life, and they try to counsel women to help bring babies to term."

[FIVE OF THE MOST INCEDIARY ATTACKS ON SUPREME COURT FOLLOWING ROE, GUN, EPA RULINGS: 'WE HAVE TO](#)

Miami pro-life clinic vandalized: 'If abortions aren't safe, neither are you...     about:reader?url=https%3A%2F%2Fwww.foxnews.com%2Fus%2Fmi...

Case 7:22-cv-06950-PMH   Document 32-6   Filed 09/30/22   Page 3 of 10

EXHIBIT E

RAISE HELL'



A Miami clinic was vandalized days before a state judge blocked Florida's 15-week abortion ban (Mayor Esteban Bovo, Hialeah, Florida)

HIaleah Mayor Steve Bovo told FOX News Digital that those who are "radical in nature" disregard the systems of democracy. As a result, they resort to vandalism.



A Miami clinic was vandalized days before a state judge blocked Florida's 15-week aborition ban (Mayor Esteban Bovo, Hialeah,

Miami pro-life clinic vandalized: 'If abortions aren't safe, neither are you...    about:reader?url=https%3A%2F%2Fwww.foxnews.com%2Fus%2Fmi...

Case 7:22-cv-06950-PMH    Document 32-6    Filed 09/30/22    Page 4 of 10

EXHIBIT E

Florida)

"There are traditional ways to petition your government. Instead, people are usurping those ways of the law by destroying property out of anger," said Mayor Bovo.

He took to Instagram, as well, following the vandalism.

"The @hialeahpd is investigating what I consider a hate crime carried out by a radical individual or group of individuals." said Bovo in his caption.



A pro-life clinic in Miami was vandalized days before the state blocked Florida's 15 week abortion ban (Mayor Esteban Bovo, Hialeah, Florida)

CLICK HERE TO GET THE FOX NEWS APP

The vandalism comes days before a Florida judge blocked a state law that banned abortions after 15 weeks.

EXHIBIT E



The headquarters of an anti-abortion group in Madison, Wisconsin, was set on fire Sunday in an act of vandalism that included the attempted use of a Molotov cocktail and graffiti that read "If abortions aren't safe then you aren't either," the police said.

nytimes.com
Anti-Abortion Group in Wisconsin Is Hit by Arson, Authorities Say
A Molotov cocktail was used against Wisconsin Family Action in Madison and did not ignite, but another fire was set, the police said.

7:30 AM · May 9, 2022 · SocialFlow

355 Retweets   151 Quote Tweets   1,429 Likes

This Tweet is from a suspended account. Learn more

**omphaloskepsis** @fammi_ridere · May 9
Replying to @JasonShaneBiden and @nytimes
Do you say the same thing whenever there is an attack to an abortion clinic? Do you take them as a sign that the right is violent? Or these things only work in one way?

1

**Julio the guard donkey** ✌️🇺🇸🌻🇺🇦 @DonkeyJulio · May 9
Replying to @nytimes
Nice false flag opportunity, huh? 🤔

20    113

**dragool** @dragool6 · May 9
Replying to @nytimes
This is a good way to undermine your own cause.

8    81

**Kait** 🏳️‍🌈♿ @qirenni · May 9
Replying to @dragool6 and @nytimes
Which is why it almost certainly was anti-choicers who did it.

---

Explore
Settings

Search Twitter

New to Twitter?
Sign up now to get your own personalized timeline!
Sign up with Google
Sign up with Apple
Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**
The New York Times
@nytimes
News tips? Share them here: nyti.ms/2FVHq9v

**What's happening**
Music · 1 hour ago
Rapper Coolio has died aged 59
Trending with Coolio, Gangsta's Paradise

Los Angeles Times · Last night
California Gov. Gavin Newsom signs into law 13 abortion protection and reproductive health bills

Markets Insider · This evening
China's yuan drops to weakest level in 14 years and is on track for its worst annual loss since 1994

Weather · LIVE
Hurricane Ian makes Category 4 landfall in Florida
Trending with #hurricaneian

Television · 2 hours ago
The Real Housewives of Beverly Hills airing on Bravo
Trending with #RHOBH, Rinna

Show more

Terms of Service   Privacy Policy
Accessibility   Ads info   More
© 2022 Twitter, Inc.

Don't miss what's happening
People on Twitter are the first to know.
Log in   Sign up

Explore

Settings

**Kait** 🏳️‍🌈♿ @qirenni · May 9

Replying to @nytimes

It was probably a false flag.

But. But. You know.

24   26

Show replies

**optimaltrain** @optimaltrain1 · May 9

Replying to @nytimes

Terrorism.

2   3

This Tweet is from a suspended account. Learn more

Show replies

Search Twitter

**Don't miss what's happening**
People on Twitter are the first to know.

Log in



**63°**
Montgomery, AL

Watch Live    Latest Video    News    Weather    Sports

ADVERTISEMENT

# Vandals hit Vermont Statehouse: 'If abortions aren't safe you're not either'



Police report the Vermont Statehouse was vandalized early Saturday morning with broken windows and a message. (Montpelier Police Dept.)

By WCAX Staff and Jordan Gartner
Published: Jun. 25, 2022 at 3:47 PM EDT

MONTPELIER, Vt. (WCAX/Gray News) - Police in Montpelier say a state building was vandalized Saturday when windows were broken and a message was painted outside the main door.

The Capitol Police reports the incident happened at the Vermont Statehouse at around 2 a.m. The vandals left the building with seven broken windows and a message: "If abortions aren't safe you're not either."

The vandalism came in the aftermath of the U.S. Supreme Court decision that reversed Roe v. Wade, the 1973 court decision that provided a constitutional right to abortion.

CAX reports damages were estimated to be more than $25,000. The Statehouse was expected to open Saturday for its summer tour, but that has been postponed until Monday.

ADVERTISEMENT

Authorities urged anyone with further information on the incident to contact the Capitol Police at 802-828-2273.

*Copyright 2022 WCAX via Gray Media Group, Inc. All rights reserved.*

ADVERTISEMENT

## Most Read

▶ **Alabama inmate's medical records released following public outcry**



**Woman, victim in Monday shooting, dies from injuries**



**Montgomery police investigating 2nd deadly Monday shooting**



**Body found in South Alabama donation bin identified as homeless man**



▶ **Montgomery police working to combat violent crime, announce drug arrests**

**64°**
Colorado Springs, CO

News   Weather   Sports   11 Cares   Live Newscasts

ADVERTISEMENT

# Fire at Colorado pregnancy center being investigated as arson in wake of Roe v. Wade reversal



Other graffiti on the building read, "Bans off our bodies."  (Longmont Public Safety)

By Lindsey Grewe
Published: Jun. 27, 2022 at 8:51 AM EDT



LONGMONT, Colo. (KKTV) - A fire at a Colorado pregnancy center is being investigated as possible arson in the wake of the controversial Supreme Court ruling overturning Roe v. Wade.

Tensions have remained high across the nation as generations who have never known a country without abortion rights grapple with the reversal of a nearly 50-year-old decision. Protests have broken out across the U.S., and law enforcement in Longmont say the fire and vandalism at Life Choices may very well have been the handiwork of someone angered over the ruling.

The Longmont Public Safety Department says they were called to the crisis pregnancy center just after 3 a.m. Saturday.

"The building sustained fire and heavy smoke damage. At the arrival of police and fire staff, the front of the property had been vandalized with black paint," the department said.

ADVERTISEMENT

Graffiti on one of the walls offered a threat, "If abortions aren't safe, neither are you."

Officials are asking businesses and/or anyone living between Collyer and Lashley and 15th Avenue and 11th Avenue to check their surveillance videos for any activity between 2:45 a.m. and 3:30 a.m. Anyone with information that can help identify the suspect(s) responsible are encouraged to call 303-774-3700 and reference case number 22-5219.

"From either side, I hate to see vandalism like this," neighbor Cynthia Campbell told 11 News sister station CBS Denver. "This organization has been open several decades now, and I don't think they have a huge budget. ... I'm just sorry that they've been vandalized like this."

The FBI is assisting with the investigation.

The nullification of Roe v. Wade effectively outlaws abortion across half the U.S., but in Colorado, access to the procedure remains unchanged. The state passed a bill earlier this year ensuring abortion stayed legal at all stages of pregnancy regardless of the Dobbs decision, and Gov. Jared Polis signed it into law in April.

With abortion banned in all but two of Colorado's neighbors -- New Mexico and Kansas being the lone exceptions for now, with a vote looming in Kansas that could end access there -- the state has been bracing for an influx of out-of-state patients seeking the procedure.



The states in red are likely or certain to ban abortion now that the protected right to the procedure has been overturned.  (KKTV)

Life Choices is a non-profit that has been in Longmont since 1984. It says its mission is to offer free services related to pregnancy and sexual health, and encourage people to seek other options besides abortion.

*Copyright 2022 KKTV. All rights reserved.*

ADVERTISEMENT