# EXHIBIT F

# Jane's Revenge

The Time Is Now – Stand Up – Take Action

## First Communiqué

Posted on **2022/05/08**



*The headquarters of an anti-abortion group in Madison, Wisconsin, was set on fire on Sunday morning in a Molotov attack by anarchists. The following is their communiqué.*

First Communiqué

This is not a declaration of war. War has been upon us for decades. A war which we did not want, and did not provoke. Too long have we been attacked for asking for basic medical care. Too long have we been shot, bombed, and forced into childbirth without consent.

This was only a warning. We demand the disbanding of all anti-choice establishments,

To comply with the EU Privacy Laws we're bound to inform you that some third party services used on some of our  ✕
blogs (like Youtube) could use cookies Learn more

lives. We will not sit still while we are killed and forced into servitude. We have run thin on patience and mercy for those who seek to strip us of what little autonomy we have left. As you continue to bomb clinics and assassinate doctors with impunity, so too shall we adopt increasingly extreme tactics to maintain freedom over our own bodies.

We are forced to adopt the minimum military requirement for a political struggle. Again, this was only a warning. Next time the infrastructure of the enslavers will not survive. Medical imperialism will not face a passive enemy. Wisconsin is the first flashpoint, but we are all over the US, and we will issue no further warnings.

And we will not stop, we will not back down, nor will we hesitate to strike until the inalienable right to manage our own health is returned to us.

We are not one group, but many. We are in your city. We are in every city. Your repression only strengthens our accomplice-ship and resolve.

-Jane's Revenge

This entry was posted in **General** by **janesr**. Bookmark the **permalink [https://janesrevenge.noblogs.org/2022/05/08/first-communique/]** .

To comply with the EU Privacy Laws we're bound to inform you that some third party services used on some of our blogs (like Youtube) could use cookies Learn more ✕