# EXHIBIT G

EXHIBIT G



**The Daily Caller**   + Follow   View Profile

# Protesters Vandalize, Firebomb Pro-Life Centers In Weekend Of Violence Following Dobbs Decision

Sarah Weaver - Jun 27

React   |   98



Abortion rights demonstrators leave banners at a fence outside of the US Supreme Court in Washington, DC, May 14, 2022. - Thousands of activists are participating in a national day of action calling for safe and legal access to abortion. The nationwide demonstrations are a response to leaked draft opinion showing the US Supreme Court's conservative majority is considering overturning Roe v. Wade, the 1973 ruling guaranteeing abortion access. (Photo by Jose Luis Magana / AFP) (Photo by JOSE LUIS MAGANA/AFP via Getty Images)

© Photo by JOSE LUIS MAGANA/AFP via Getty Images

Continue reading   Feedback

Colorado pregnancy care center as possible arson, police say. A fire broke out at Life Choices in Longmont at the Denver area center around 3:17 a.m. Saturday morning.

The front door was broken and the property was vandalized with several pro-abortion messages spray painted in black paint. "If abortions aren't safe neither are you," one read. "Bans off our bodies," another read.

> "Mainly peaceful"
>
> The NY Times summarizes the post-Dobbs reaction nationwide, and doesn't even mention the attacks on cops, government buildings and pro-life pregnancy centers.
>
> The only reference to violence comes in graf 35, citing the guy who slapped Giuliani on back. pic.twitter.com/aCbKpdfdTz
>
> — Vince Coglianese (@VinceCoglianese) June 27, 2022

"At this time we are in a holding place," the group wrote in a comment on Facebook, "The insurance and FBI investigations are still in process and need to be finished before we begin cleaning up and moving forward."

A day before the attack, the far-left organization Colorado Liberation and Autonomy (COLA) posted a link to a map of pro-life pregnancy care centers created by two University of Georgia professors. The map refers to the centers as "fake women's health centers."

COLA posted the link with a graphic that said, "Your local pregnancy care center tonight" and "mask up, stay dangerous."

> Defend reproductive rights.
>
> If abortions are not safe, neither are you.https://t.co/kGiUwjqXjw
>
> -Received via anonymous email submission. pic.twitter.com/OYC8nTVJmF
>
> — Colorado Liberation &

Feedback

Autonomy (COLA)
(@AutonomyCola) June 24, 2022

COLA did not respond to the Daily Caller's request for comment.

SPONSORED CONTENT



Stained Toilet? Do This Immediately

Ad   Splashfoam.com



Forbes Billionaire List: Richest in the World 2022

Ad   Forbes.com

## MORE FOR YOU

Feedback