# EXHIBIT H


# Jane's Revenge

The Time Is Now – Stand Up – Take Action

## Jane's Revenge: Another Communiqué

Posted on **2022/06/15**



You have seen that we are real, and that we are not merely pushing empty words. As we said: we are not one group but many. You have seen us in Madison WI, Ft. Collins CO, Reisertown MA, Olympia

To comply with the EU Privacy Laws we're bound to inform you that some third party services used on some of our blogs (like Youtube) could use cookies Learn more     ✕

Case 7:22-cv-06950-PMH   Document 32-9   Filed 09/30/22   Page 3 of 3

EXHIBIT H

in countless locations invisibly. You've read the communiqués from the various cells, you've seen the proliferating messages in graffiti and elsewhere, and you know that we are serious.

We were unsurprised to see thirty days come and thirty days pass with no sign of consilience or even bare-minimum self-reflection from you who impersonate healthcare providers in order to harm the vulnerable. History may not repeat itself, but it certainly rhymes, and we've already seen such stanzas where medical autonomy is stripped away, humanity is increasingly criminalized, and merely surviving becomes largely untenable.

Your thirty days expired yesterday. We offered an honourable way out. You could have walked away. Now the leash is off. And we will make it as hard as possible for your campaign of oppression to continue. We have demonstrated in the past month how easy and fun it is to attack. We are versatile, we are mercurial, and we answer to no one but ourselves. We promised to take increasingly drastic measures against oppressive infrastructures. Rest assured that we will, and those measures may not come in the form of something so easily cleaned up as fire and graffiti. Sometimes you will see what we do, and you will know that it is us. Sometimes you will think you merely are unlucky, because you cannot see the ways which we interfere in your affairs. But your pointless attempts to control others, and make life more difficult, will not be met passively. Eventually your insurance companies, and your financial backers will realize you are a bad investment.

From here forward, any anti-choice group who closes their doors, and stops operating will no longer be a target. But until you do, it's open season, and we know where your operations are. The infrastructure of the enslavers will not survive. We will never stop, back down, slow down, or retreat. We did not want this; but it is upon us, and so we must deal with it proportionally. We exist in confluence and solidarity with all others in the struggle for complete liberation. Our recourse now is to defend ourselves and to build robust, caring communities of mutual aid, so that we may heal ourselves without the need of the medical industry or any other intermediary. Through attacking, we find joy, courage, and strip the veneer of impenetrability held by these violent institutions.

And for the allies of ours who doubt the authenticity of the communiqués and actions: there is a way you can get irrefutable proof that these actions are real. Go do one of your own. You are already one of us. Everyone with the urge to paint, to burn, to cut, to jam: now is the time. Go forth and manifest the things you wish to see. Stay safe, and practice your cursive.

—Jane's Revenge

This entry was posted in **General** by **janesr**. Bookmark the **permalink [https://janesrevenge.noblogs.org/2022/06/15/janes-revenge-another-communique/]** .

To comply with the EU Privacy Laws we're bound to inform you that some third party services used on some of our    ✕
blogs (like Youtube) could use cookies Learn more