# EXHIBIT J

foxnews.com

# Letter signed by radical abortion group Jane's Revenge declares 'open season' on pro-life pregnancy centers

*Danielle Wallace*

6-8 minutes

---

NEWYou can now listen to Fox News articles!

The pro-abortion radical group dubbed "Jane's Revenge" that's claimed responsibility for various arson attacks and vandalism since the leak of a draft opinion that would overturn Roe v. Wade published a new letter Tuesday declaring "open season" on pro-life pregnancy crisis centers.

The letter spoke of a supposed 30-day deadline for all pro-life groups to cease operations and condemned those "who impersonate healthcare providers in order to harm the vulnerable."

"We were unsurprised to see thirty days come and thirty days pass with no sign of consilience or even bare-minimum self-reflection from you," the letter dated June 14 reads. "History may not repeat itself, but it certainly rhymes, and we've already seen such stanzas where medical autonomy is stripped away, humanity is increasingly criminalized, and merely surviving becomes largely untenable."

It then warns to pro-life groups "your thirty days expired yesterday."

Letter signed by radical abortion group Jane's Revenge declares 'open s... about:reader?url=https%3A%2F%2Fwww.foxnews.com%2Fpolitics%2F...

Case 7:22-cv-06950-PMH   Document 32-11   Filed 09/30/22   Page 3 of 7

EXHIBIT J

**[ARMED SUSPECT ARRESTED BY JUSTICE KAVANAUGH'S HOME IDENTIFIED](#)**

"We offered an honourable way out," it says. "You could have walked away. Now the leash is off. And we will make it as hard as possible for your campaign of oppression to continue."



Mother's Day arson attack at pro-life group Wisconsin Family Action.  (WKOW)

The letter described how "easy and fun it is to attack" and vowed to take "increasingly drastic measures against oppressive infrastructures" following the expiration of the supposed deadline, saying this time "those measures may not come in the form of something so easily cleaned [up as fire and graffiti.](#)"

"From here forward, any anti-choice group who closes their doors, and stops operating will no longer be a target. But until you do, it's open season, and we know where your operations are," the letter, disseminated to email subscribers and in the form of an "Abolition Media" blog post, reads.

The group appeals to anyone "with the urge to paint, to burn, to cut,

Letter signed by radical abortion group Jane's Revenge declares 'open s... about:reader?url=https%3A%2F%2Fwww.foxnews.com%2Fpolitics%2F...
Case 7:22-cv-06950-PMH   Document 32-11   Filed 09/30/22   Page 4 of 7

EXHIBIT J

to jam" to commit violence.



A pro-life pregnancy center's office building in Buffalo, New York, was vandalized and is the scene of suspected arson. (CompassCare)

"The infrastructure of the enslavers will not survive. We will never stop, back down, slow down, or retreat. We did not want this; but it is upon us, and so we must deal with it proportionally. We exist in confluence and solidarity with all others in the struggle for complete liberation," it says. "Our recourse now is to defend ourselves and to build robust, caring communities of mutual aid, so that we may heal ourselves without the need of the medical industry or any other intermediary. Through attacking, we find joy, courage, and strip the veneer of impenetrability held by these violent institutions."

According to the letter, Jane's Revenge is "not one group but many," and has disseminated "communiqués from the various cells" in locations mostly based in the Pacific Northwest.

The letter claimed responsibility for various attacks already seen in the cities of Portland, Eugene and Gresham in Oregon, as well as in Olympia, Lynwood and Vancouver in Washington state. In

Letter signed by radical abortion group Jane's Revenge declares 'open s... about:reader?url=https%3A%2F%2Fwww.foxnews.com%2Fpolitics%2F...

Case 7:22-cv-06950-PMH Document 32-11 Filed 09/30/22 Page 5 of 7

EXHIBIT J

Maryland, the group claims to have carried out actions in Reisterstown and Frederick.

Other locations named are Madison, Wisconsin; Ft. Collins, Colorado; Des Moines, Iowa; Asheville, North Carolina; Buffalo, New York; Hollywood, Florida; Denton, Texas; and Washington, D.C.



A pro-life pregnancy center's office building in Buffalo, New York, targeted in an arson attack was spray painted with the message "Jane was here." (CompassCare)

The Washington Examiner has documented incidents of arson or vandalism or both targeting at least 13 anti-abortion centers across the country since the leak of a draft opinion in the case of Dobbs v. Jackson Women's Health Organization. In several of the attacks, mostly lodged at Christian faith-based pregnancy crisis centers, the building are tagged with renditions of the messages "Jane's Revenge" or "If abortions aren't safe, neither are you."

According to the newspaper, few of the incidents have resulted in any arrests.

Letter signed by radical abortion group Jane's Revenge declares 'open s... about:reader?url=https%3A%2F%2Fwww.foxnews.com%2Fpolitics%2F...

Case 7:22-cv-06950-PMH   Document 32-11   Filed 09/30/22   Page 6 of 7

EXHIBIT J

The Des Moines Register reported that vandals accused of breaking windows at the Christian Agape Pregnancy Center in Des Moines, Iowa, tagged the message "God loves abortions," and afterward a message online signed Jane's Revenge claimed responsibility and encouraged attacks on churches.

In a letter sent June 7, Sen. Jerry Moran, R-Kansas, supported by 15 other GOP senators, appealed to U.S. Attorney General Merrick Garland for information about how the Department of Justice is addressing "this disturbing trend of harassment, intimidation, and violence against religious and other pro-life organizations and individuals in the aftermath" of the leaked draft opinion.



A group of drummers marched outside of Kavanaugh's house after an alleged assassination attempt. (Fox News)

"We are dismayed that the open and public urgency with which the Department of Justice undertook efforts in the name of public safety last year is not being replicated currently to protect religious and other pro-life organizations and individuals," the letter says, claiming the DOJ "wasted no time" in publics responding to threats of violence against educations and school administrators related to

Letter signed by radical abortion group Jane's Revenge declares 'open s...    about:reader?url=https%3A%2F%2Fwww.foxnews.com%2Fpolitics%2F...
Case 7:22-cv-06950-PMH   Document 32-11   Filed 09/30/22   Page 7 of 7

EXHIBIT J

COVID-19 back-to-school policies.

In its most recent terrorism bulletin also issued on June 7, Department of Homeland Security warned of a "heightened threat environment" in the coming months, noting "individuals who advocate both for and against abortion have, on public forums, encouraged violence, including against government, religious, and reproductive healthcare personnel and facilities, as well as those with opposing ideologies.

**[CLICK HERE TO GET THE FOX NEWS APP](#)**

Last week, a California man was arrested after showing up outside the home of Supreme Court Justice Brett Kavanaugh with a gun, ammunition, a tactical knife, zip ties and various burglary tools. The affidavit says the suspect dialed 911 and admitted to intending to assassinate the conservative justice to "give his life purpose" following to the leak of the draft decision on abortion rights.

Danielle Wallace is a reporter for Fox News Digital covering politics, crime, police and more. Story tips can be sent to danielle.wallace@fox.com and on Twitter: @danimwallace.