# EXHIBIT K

**EXHIBIT K**

# Jane's Revenge

The Time Is Now – Stand Up – Take Action

## Two fake clinics attacked – Worcester, MA

Posted on **2022/07/08**



Two fake clinics in Worcester, Massachusetts (Problem Pregnancy and Clearway Clinic) have been attacked. The assholes who lie to vulnerable pregnant people about abortion to confuse them and convince them to not seek abortions discovered this morning that their buildings had been redecorated with paint and broken glass. As others have said, it is fun and easy to attack. As more people discover the joy in attacking the infrastructure of the patriarchy, the attacks will surely continue with increasing frequency. To anyone reading this thinking that it sounds like a good time, consider this your invitation to join the party. To any purveyors of patriarchy that might be reading this, fuck off, or you could be

next.

Joyfully yours,
Jane







**EXHIBIT K**



This entry was posted in **General** by **janesr**. Bookmark the **permalink [https://janesrevenge.noblogs.org/2022/07/08/two-fake-clinics-in-worcester-ma-attacked/]** .