# EXHIBIT M

**EXHIBIT M**

liveaction.org

# Abortion interrupted: One woman's story of abortion reversal - Live Action News

6-8 minutes

*A primary source for this story chose to remain anonymous to maintain her privacy. The* Denver Catholic Register *changed her name to "Kim" to accommodate her request.*



Kim, 32, was frantic when she left the Planned Parenthood clinic in Fort Collins Saturday afternoon. As soon as she took the first dose of the abortion pill, she knew she'd made a mistake. She pulled over in a nearby church parking lot.

"I started trying to throw up right away," she said, struggling to speak as she recalled the traumatic day last September when she was grappling with how to proceed with her pregnancy. "I just kept forcing myself to throw up until I couldn't taste the pill anymore."

At the same time, she searched the Internet for "abortion reversal"

Abortion interrupted: One woman's story of abortion reversal - Live Act...    about:reader?url=https%3A%2F%2Fwww.liveaction.org%2Fnews%2F...

Case 7:22-cv-06950-PMH   Document 32-14   Filed 09/30/22   Page 3 of 13

**EXHIBIT M**

on her smartphone. That search landed her at [www.abortionpillreversal.com](www.abortionpillreversal.com) and their 24-7 hotline. Her call ultimately connected her with Dr. Edwin Anselmi, a physician with Our Lady of Hope Medical Clinic in Centennial.

Anselmi advised her to come directly to the clinic. About two hours had elapsed from the time she took the pill when she arrived at his office. There he examined her, did an ultrasound—including listening to the baby's heartbeat—and immediately began a protocol to reverse the effects of the drug.

**How it works**

Kim had taken mifepristone, also known as the abortion pill. It has been available in the United States as an oral tablet since 2000 and is also referred to as RU-486 and the brand name Mifiprex. According to the Food and Drug Administration, it can be used to terminate a pregnancy up to 49 days after the first day of the last menstrual period.

Kim was about nine weeks along when she took it. The drug is administered under supervision in a medical facility, in her case at Planned Parenthood; and it induces abortion by counteracting the hormone progesterone needed to maintain a pregnancy. Without progesterone, placenta—a structure that develops in the uterus during pregnancy—fails, cutting off oxygen and nutrition to an embryo.

"When I went in they were still giving me the option of the pill or the machine," she said. "They were really pushing the machine saying 'We all agree we'd do the machine, it's less emotional.'"

"The machine" is a suction device that empties the uterus, commonly called aspiration or vacuum aspiration. Planned

Abortion interrupted: One woman's story of abortion reversal - Live Act... about:reader?url=https%3A%2F%2Fwww.liveaction.org%2Fnews%2F...
Case 7:22-cv-06950-PMH   Document 32-14   Filed 09/30/22   Page 4 of 13

EXHIBIT M

Parenthood personnel recommended it as a way to "get it over-with," "get it done fast," she said.

However Kim chose the pill, rationalizing that it wasn't really an abortion.

"It will just look like a miscarriage," she told herself. "I knew in my heart it was wrong. … I was praying the whole time."



Dr. Edwin Anselmi at his Centennial clinic, Our Lady of Hope.

## Just in time

God answered her prayers by connecting her with Anselmi before she continued to the next step of the abortion pill process. Following mifepristone, a second drug, misoprostol, is taken 36 to 72 hours later. Misoprostol causes contractions to expel the fetus, a process that can range from a few hours to a few days.

To block the effects of mifepristone, Anselmi launched a protocol developed by Doctors George Delgado and Mary Davenport described in their case study "Progesterone Use to Reverse the Effects of Mifepristone" published in "The Annals of Pharmacotherapy" December 2012. It involves progesterone injec

tions for three consecutive days, followed by an injection every other day for two weeks, then continued progesterone twice a week until the end of the first trimester.

"He was amazing," Kim said of Anselmi. "He was so kind and loving

Abortion interrupted: One woman's story of abortion reversal - Live Act...    about:reader?url=https%3A%2F%2Fwww.liveaction.org%2Fnews%2F...

Case 7:22-cv-06950-PMH   Document 32-14   Filed 09/30/22   Page 5 of 13

**EXHIBIT M**

and gentle. He's really an exceptional person."

Anslemi, a parishioner of Our Lady of Mount Carmel Latin Rite Church in Littleton, has been practicing pro-life family medicine for 20 years since graduating from Columbia University in New York in 1994. He is currently the only doctor in the Denver-metro area providing the progesterone protocol to reverse the abortion pill, though he would like to see more join the network started by Delgado that currently stands at 140 doctors across the country.

"If you're pro-life," he said. "Here's something you can do directly. I don't know what the outcome would've been (with Kim) if we didn't give her progesterone."

**What the future holds**

Kim, now 32 weeks pregnant, is excited to welcome her son in early May, along with his father. The couple plans to marry next summer. When facing the reality of an unexpected pregnancy last August, she was between jobs, had no health insurance, and was considering moving from Denver. Today she is employed full-time, secure in her relationship and "at peace."

"I've had a lot of anxiety," she said. "But at the same time I know God is the one with the ultimate say here. So far, he's done nothing but carry me and carry the baby. … It took me a while to get here, but now I'm really excited, I'm really happy."

Anselmi has been contacted by two other women: in one case he successfully reversed the abortion pill two days after the patient ingested mifepristone; and the other woman called with questions but in the end, did not receive treatment.

Since the website was established in January 2013, 330 women have called the hotline seeking abortion reversal counseling, 100 of

**EXHIBIT M**

them received the progesterone protocol, and 60 of those pregnancies continued.

"We have 18 living babies and 42 pregnant moms right now," according to Debbie Bradel, coordinator of the program.

"If there's any way to help a woman that wants to keep her pregnancy, I want to do it," said Anselmi, who provides the progesterone at no charge. "Babies are so precious."

For more information, visit www.abortionpillreversal.com or call 877-558-0333.

*Editor's Note: This article was first published at the* Denver Catholic Register *on March 13, 2014, and is reprinted here by permission.*



En Español (/../espanol)

Get Help Now: **(855) 209-4848 (tel:(855) 209-4848)**



(/)

Abortion Pill Reversal

The Abortion Pill (/the-abortion-pill)

About Us (/about-us)

**Contact** (/contact)

# ABORTION PILL REVERSAL SUCCESS STORIES

Fortunately, there is an effective process for reversing the abortion pill, called ABORTION PILL REVERSAL. Many women have already changed their minds about a MEDICATION ABORTION. It worked for them and it can work for you too!

## Emily's Story (/abortion-pill-reversal/success-stories/1-emily)

"The fear I had of being pregnant overcame all other emotions, and I took the pill. On the drive home I was consumed with guilt and regret. I cried the whole way home…I started looking online…and came across a website discussing a reversal process, and it had a phone number. I was filled with hope, but also

❯ Read more… (/abortion-pill-reversal/success-stories/1-emily)

Case 7:22-cv-06950-PMH   Document 32-14   Filed 09/30/22   Page 8 of 13

EXHIBIT M

doubt that it was real or attainable. Once I called the number, I came in contact with the hotline nurse...The next morning I was scheduled to go to the San Juan Diego Center...A worker called me and made sure I was coming, she even asked if I needed a ride. I took her call as a sign that I was doing the right thing."

# Lisbeth's Story (/abortion-pill-reversal/success-stories/7-lisbeth)

"There is help out there for women who are confused and feel lonely. For me, the help that the pregnancy center has given me is the best. I didn't feel alone and I knew that if I had a question I would not hesitate to call them...There is a new light in my home that brings a smile to everyone in my family and I would not change it for the world."

> Read more ... (/abortion-pill-reversal/success-stories/7-lisbeth)

# Cachet's Story (/abortion-pill-reversal/success-stories/9-cachet)

"Not following through with the abortion pill has been a tremendous blessing. My little girl is the joy of my life and I truly don't know what I would do with out her. I am so thankful God placed people in my path who were able to make sure my little angel had a chance at life."

> Read more ... (/abortion-pill-reversal/success-stories/9-cachet)

Case 7:22-cv-06950-PMH   Document 32-14   Filed 09/30/22   Page 9 of 13

EXHIBIT M

# Andrea's Story (/abortion-pill-reversal/success-stories/8-andrea)

"The next morning I read an article about a doctor who had successfully reversed the pill and saved a life. I immediately called the number given and was directed to a hotline where the most heartwarming voice answered. She had told me to have hope!"

  Read more … (/abortion-pill-reversal/success-stories/8-andrea)

# Maria's Story (/abortion-pill-reversal/success-stories/6-maria)

"When I went home I immediately went online hoping that there'd be something that could be done. Thankfully, I found the abortion pill reversal website and a nurse answered and she was so kind and willing to help…I have been given a second chance and was gifted with a precious little girl."

  Read more … (/abortion-pill-reversal/success-stories/6-maria)

# Rebecca's Story (/abortion-pill-reversal/success-stories/5-rebecca)

"After I took the abortion pill, I began to think about how this world is only for a

  Read more … (/abortion-pill-reversal/success-stories/5-rebecca)

Case 7:22-cv-06950-PMH   Document 32-14   Filed 09/30/22   Page 10 of 13

EXHIBIT M

short while, but my choice to abort this baby would be eternal. It was crystal clear to me that I made a huge mistake. I popped out of bed, went downstairs, and began to search on Google. I clicked on 'abortion reversal.' I called the hotline provided on the website and asked, 'Is it true that the abortion pill can be reversed?' The hotline nurse answered, 'Yes.'"

# Shanae's Story (/abortion-pill-reversal/success-stories/4-shanae)

"I would like to thank my APR Hotline nurse and doctor. Without them, I would not have my beautiful baby boy…If anyone out there is thinking of aborting, or possibly already took the first step that you thought you wanted to take, there is a way to fix it. Don't lose hope, don't give up on your baby's life."

➤ Read more ... (/abortion-pill-reversal/success-stories/4-shanae)

# Tina's Story (/abortion-pill-reversal/success-stories/3-tina)

"Without the option of the abortion pill reversal, my son would not be here today. I am thankful I found the information readily available online and for the caring nurse who talked to me and to the doctor. She is my son's angel. Thank you for giving us a second chance."

➤ Read more ... (/abortion-pill-reversal/success-stories/3-tina)

Case 7:22-cv-06950-PMH   Document 32-14   Filed 09/30/22   Page 11 of 13

EXHIBIT M

# Dr. Delgado's Story (/abortion-pill-reversal/success-stories/2-dr-delgado)

"As we journeyed together through the first trimester, at each visit I saw a transformation in Rhonda, Gary, and Rhonda's mother. I could see a beautiful love, joy, and peace developing within them and among them. They had recommitted themselves to their faith and were now trusting that God would guide them every step of the way. By the end of the first trimester, I referred Rhonda to an obstetrician. Rhonda feels blessed to have been given a second chance; a second chance she feels was by the grace of God.When I think of Rhonda and Gary, I think that they are, on one hand, extraordinary, but, on the other hand, ordinary like you and me. They initially acted out of fear, but through their near-death experience, they learned the power of trust, faith, purpose, and love"

❯ Read more ... (/abortion-pill-reversal/success-stories/2-dr-delgado)

*Keep Reading*

**Abortion Pill Reversal Overview**

(/abortion-pill-reversal/overview)

*Keep Reading*

## Abortion Pill Reversal FAQs

(/abortion-pill-reversal/faqs)



## Contact Us:

24/7 Helpline:
(855) 209-4848 (tel:(855) 209-4848)

Non-Urgent Inquiries:
**614-885-7577** (tel:614-885-7577)

**info@apr.life** (mailto:info@apr.life)

# Need More Info?

**POST-ABORTION RESOURCES** (https://optionline.org/after-abortion-support)

**SHARE MY STORY** (/../abortion-pill-reversal/share-my-story)

# Follow Us:

 (https://www.facebook.com/AbortionPillReversal?ref=bookmarks)

 (https://www.youtube.com/channel/UCD4hZe1VThMwXorcAasnW8Q)

 (https://vimeo.com/user42705942)

Disclaimer: ** Abortion Pill Reversal has been shown to increase the chances of allowing the pregnancy to continue. However, the outcome of your particular reversal attempt cannot be guaranteed.

Privacy Policy (/../privacy-policy)

© 2022 Abortion Pill Reversal / Abortion Pill Rescue Network