# EXHIBIT N

EXHIBIT N

liveaction.org

# Has your state experienced recent pro-abortion violence? Find out here.

29-37 minutes



In recent weeks, Live Action News has documented multiple acts of pro-abortion violence and hate crimes perpetrated against pro-life centers and churches in several states, due to the leaked draft Supreme Court opinion penned by Justice Samuel Alito, which appeared to show the Court's plan to overturn *Roe v. Wade*.

Has your state experienced recent pro-abortion violence? Find out here.    about:reader?url=https%3A%2F%2Fwww.liveaction.org%2Fnews%2Fs...

Case 7:22-cv-06950-PMH    Document 32-15    Filed 09/30/22    Page 3 of 20

EXHIBIT N

Here are the currently known incidents of pro-abortion violence, below:

- **Alabama:** A sign outside the Women's Hope Medical Clinic was damaged. (**5/19/2022**)

- **Alaska:**  The Community Pregnancy Center in Anchorage, Alaska, was allegedly "vandalized…with graffiti, a broken front door and nails," according to AlaskaWatchman.com. (**6/2/2022**)

- **Arizona:** LifeBoat Coffee, which offers customers life-affirming pro-life labels for their brand and is public about supporting the pro-life cause, was vandalized with a rock thrown through the business's window. Owner John Lillis told Live Action News that the Phoenix coffee establishment has also been targeted with hate mail. "Lifeboat Coffee Loves Life – we help women (and men), the unborn, the elderly and the infirmed," owner John Lillis told Live Action News (**7/6/2022**).

- **California:** A tweet published @GraffitiRadical revealed the image of a vandalized pro-life pregnancy center billboard allegedly out of Sebastopol, California (**5/24/2022**). In addition, His Nesting Place, a pro-life maternity home in Long Beach, California, which holds regular church services for the women they serve, had their Sunday services interrupted by an angry pro-abortion woman (**5/16/2022**). Disruptions also took place at Cathedral of Our Lady of the Angels in Los Angeles (**5/8/2022**) while someone attempted to disrupt priestly ordinations at the Cathedral of St. Mary of the Assumption in San Francisco (**6/4/2022**). A Woman's Friend Pregnancy Resource Clinic in Yuba City was vandalized with three rocks used to break a large window. (**6/27/2022-6/28/2022**; see news video). The mobile clinic of Options Health, a pregnancy

Has your state experienced recent pro-abortion violence? Find out here.        about:reader?url=https%3A%2F%2Fwww.liveaction.org%2Fnews%2Fs...

Case 7:22-cv-06950-PMH   Document 32-15   Filed 09/30/22   Page 4 of 20

EXHIBIT N

center in Concord, California, was vandalized, National Catholic Register reported (**6/25/2022**).

- **Colorado:** St. John XXIII parish in Fort Collins was vandalized (**5/8/2022**) with the graffiti messages, "My Body My Choice" and the anarchist 'A' (see news video) while vandals sprayed graffiti on doors and statutes of the Sacred Heart of Mary Parish (**5/3/2022**) in Boulder (see news video). The Longmont Fire Department in Colorado is asking for help to identify the pro-abortion arsonists that set fire to the Life Choices pregnancy Center in Longmont (**6/25/22**). According to the Department's Facebook page, engines were dispatched at 3:17 am to the pregnancy center on Mountain View Avenue. "The building sustained fire and heavy smoke damage. At the arrival of police and fire staff, the front of the property had been vandalized with black paint.  This fire is being investigated as arson," the post states. Images uploaded by the Department show spray painted messages that read "bans off our bodies" and also include the Jane's Revenge threat, "If abortions aren't safe neither are you."  The criminals also painted the facility with the Anarchist 'A' symbol.

- **Washington, D.C.:** Police arrested Nicholas John Roske, who allegedly traveled to Maryland with the specific goal of killing Supreme Court Justice Brett Kavanaugh, based on the Supreme Court leaked draft opinion overturning *Roe v. Wade* (**6/8/2022**). Capitol Hill Crisis Pregnancy Center was vandalized (**6/3/2022**) and the words "Jane says revenge" were spray painted on the building (see news video). That same day, DC Antifascists Action published images on Twitter of a threatening message found on an overpass in D.C., signed "Jane's Revenge." It also read, "If abortions aren't safe, then you're not either, Jane's Revenge." A

Has your state experienced recent pro-abortion violence? Find out here.   about:reader?url=https%3A%2F%2Fwww.liveaction.org%2Fnews%2Fs...

Case 7:22-cv-06950-PMH   Document 32-15   Filed 09/30/22   Page 5 of 20

EXHIBIT N

statue in D.C. was vandalized and posted to Twitter with the message, "My body my choice" (**5/5/2022**). Vandals also damaged the headquarters of Concerned Women for America (CWA), and CWA staff has reported that they have had coffee cups hurled at them in their parking garage, and the offenders have been consistently confrontational and made vulgar gestures at them (**5/7/2022**).

- **Florida:** The Respect Life Office in Hollywood, Florida, was vandalized and tagged "Janes Revenge" along with the threat, "If abortions aren't safe then neither are you" (**5/28/2022**). The pro-abortion TEQUESTA BLACK STAR Blog published additional images. (See video.) The Heartbeat of Miami center in Hialeah, Florida, was vandalized with hate messages according to Local10.com. A spokesperson said the center was first contacted by phone with threats around the time the Supreme Court draft opinion was leaked suggesting the eventual overturning of *Roe v. Wade*. The two suspects "spray painted over security cameras before painting an apparent threat and the calling card 'Jane's Revenge' with an anarchist's logo," the news outlet wrote, adding that the FBI and Homeland Security are involved in the investigation. Messages included "If abortions aren't safe the [ sic] neither are you," "our rage will not stop," "Jane's Revenge," and a message about the death penalty (**7/5/2022**).
LifeChoice Pregnancy Center in Winter Haven, Florida, was vandalized — and according to photos, a spray painted on the center's building read, "Your time is up," "We're coming for U" and "Jane's revenge." The signature Jane's Revenge threat, "If abortions aren't safe then you aren't either," was also left. The symbol "A" anarchy symbol can be seen in the images spray

Has your state experienced recent pro-abortion violence? Find out here.  about:reader?url=https%3A%2F%2Fwww.liveaction.org%2Fnews%2Fs...

Case 7:22-cv-06950-PMH   Document 32-15   Filed 09/30/22   Page 6 of 20

EXHIBIT N

painted on the center's sign and near the front door. A security camera was covered with pink paint, The Ledger reported (6/25-26/2022). The entrance sign of Saint Phillips AME Church at 6200 Centerville Road in Tallahassee was vandalized with the pro-abortion message, "My BODY" spray painted in red, according to the Tallahassee Democrat. In addition to the graffiti at the church, an unknown person spray-painted "Death to conservatives my body your choice," along with an anarchy symbol in the roadway (**6/26/2022**).

- **Indiana:** A War Memorial in Monroe County, Indiana, was targeted with pro-abortion graffiti, which read, "Free the uterus" and "Abort the court," Fox59.com reported. The message "Her body her choice" was left on the side of the courthouse, "while other pro-abortion rights messages were scrawled onto a war memorial in front of the courthouse," including the message "Abortion is not murder," the media outlet wrote (**6/25/2022**).

- **Iowa:** An communique allegedly from Jane's Revenge claim the domestic terrorist pro-abortion group vandalized a pregnancy center in Iowa (**6/2/2022**). According to KCCI, vandals painted graffiti messages and broke windows at the Agape Pregnancy Resource Center in Des Moines. A twitter post found online included images showing the Informed Choices Medical Clinic vandalized (**6/25/2022**). Iowa City police activity page shows a call was dispatched to the address of the pregnancy center the morning of June 26 for "Criminal Mischief/Vandalism" where officers found "graffiti and paint on the sign."

- **Kansas:** Surveillance cameras caught a vandal committing "criminal damage" at the Church of the Ascension in Overland, where the perpetrator defaced a sign promoting a pro-life state

Has your state experienced recent pro-abortion violence? Find out here.  about:reader?url=https%3A%2F%2Fwww.liveaction.org%2Fnews%2Fs...

Case 7:22-cv-06950-PMH   Document 32-15   Filed 09/30/22   Page 7 of 20

EXHIBIT N

proposition (**5/11/2022**). A "pro-life sign at St. Teresa of Avila Catholic Church in Hutchinson, Kansas, about 50 miles northwest of Wichita was vandalized," National Catholic Register reported (**7/4/2022**). Church of the Ascension in Overland Park has been vandalized since May with the most recent incident reported by KSHB: "In red, the words 'My Body My Choice' were painted across the walls of Ascension Catholic School, which is connected to the church, along with a statue of the Blessed Virgin Mary" (**7/10/2022**).

- **Kentucky:** St. Louis Catholic Church in Louisville was vandalized with pro-abortion messages (**5/8/2022**).

- **Louisiana:** Tombstones for unborn children were defaced with red paint at the shrine to the Virgin Mary at Holy Name of Mary Catholic Church in Algiers (**6/25/2022**), according to Nola.com. The paper reported, "someone poured a gallon of red paint across the shrine, which consists of a statue of Mary and Jesus flanked by tombstones for the unborn, and planted a sign saying, 'In Memory of Women Who Die From Lack of Legal Abortion.'" The Woman's New Life Clinic Pregnancy Resource Center in Baton Rouge was vandalized with the vandals spray painting red paint on the building, signs, and parking lot, including the infamous "Jane's Revenge" insignia. Other spray-painted messages included "Abortion is a Right," "Fake Clinic," "Abortion is Healthcare," the anti-police acronym "ACAB," and "Not Safe" (**7/11/2022**).

- **Maryland:** Birthright in Frederick was vandalized and tagged "Defend Roe" and also, "F*** Fake Clinic" (**5/15/2022**). In addition, vandals attacked Alpha Pregnancy Center in Reisterstown (see news video) and tagged the facility with the threatening messages, "If abortions aren't safe, neither are you"

Has your state experienced recent pro-abortion violence? Find out here.    about:reader?url=https%3A%2F%2Fwww.liveaction.org%2Fnews%2Fs...

Case 7:22-cv-06950-PMH   Document 32-15   Filed 09/30/22   Page 8 of 20    EXHIBIT N

and "Jane's Revenge" (**5/13/2022**). CareNet Pregnancy Center of Frederick was also vandalized (**5/4/2022**). Montgomery County Fire and Rescue responded to a fire at the Bethesda United Methodist Church, which according to media reports do not hold a position on abortion (**7/9/2022**). Montgomery County Fire and Rescue responded to a fire at the St. Jane Frances de Chantal Catholic Church and Rev. Samuel Giese said he felt the arson may have been tied to the church's pro-life beliefs although nothing left at the church indicated a motive (**7/10/2022**). Wildwood Baptist Church in Bethesda was vandalized and pastor Rev. David Sayne told the Washington Times that St. Jane parishioners have frequently joined his congregation in praying at the local abortion business owned by LeRoy Carhart (news video) (**7/10/2022**).

- **Massachusetts:** Blue and yellow paint was splashed on Problem Pregnancy on Pleasant Street in Worcester and the signature 'Jane's Revenge' was left behind, CBS Boston reported. Images of the assault were published at Abolition Media blog and the Jane's Revenge blog (**7/7/2022**). Clearway Clinic PRC was vandalized, and a statement they published to their blog claims vandals "smashed glass for two doors and three windows. The entrance was also spray-painted with the words 'Jane's Revenge.'" Images of the assault were published at Abolition Media blog and the Jane's Revenge blog (**7/7/2022**).

- **Michigan:** Family Life Services pregnancy center in Ypsilanti was vandalized (**5/11-12/2022**) with pro-abortion messages. St. Joseph's Priory in Armada, Michigan, was defaced with graffiti messages reading "666" (**5/2/2022**). A nearly naked Riseup4AbortionRights activist disrupted Mass (**6/12/2022**) at the St. Veronica Parish in Eastpointe, Michigan, shouting: "Overturn

Has your state experienced recent pro-abortion violence? Find out here.          about:reader?url=https%3A%2F%2Fwww.liveaction.org%2Fnews%2Fs...

Case 7:22-cv-06950-PMH   Document 32-15   Filed 09/30/22   Page 9 of 20

EXHIBIT N

Roe? Hell no," "Abortion on Demand Without Apology," and "Overturn Roe." The congregants responded with "Abortion kills babies." A [video](#) of the disruption was uploaded by Refuse Fascism Ohio. The Lennon Pregnancy Center in Dearborn Heights spray painted (**6/19/2022**) with the threat, "If abortions isn't safe, neither are you!" and multiple windows were also broken out. A message by abortion extremists allegedly emailed to the anarchist blog [Abolition Media](#), has [claimed credit for the attack](#) and notes that two pro-life pregnancy centers in the Detroit, Michigan area had been targeted. The post, "[Fake Clinic Attacked in Detroit](#)" relayed a message emailed to the blog by the perpetrators which read, "On the night of 6/19 a gang of criminal queers smashed the windows of two fake abortion clinics in the greater Detroit area leaving the messages 'if abortion isn't safe, neither are you' and 'fake clinic.' Jane will have her revenge." In addition, Jackson Right to Life's office and Congressman Tim Walberg's office were also targeted (**6/22/2022**) in Michigan by pro-abortion zealots who appear to be following orders from domestic terrorist group Jane's Revenge. Both offices [share a building](#) where vandals smashed the windows and the glass in the front door. In addition, they tagged the Jackson RTL sign with "Jane's Revenge" and in an apparent error also tagged a home two doors down from the pro-life building with a threatening message that read, "If abortion isn't safe niether [sic] RU!" The Pregnancy Care Center in Redford, Michigan, was [vandalized](#) (**6/19/2022**) with windows broken. It was also spray painted with the message "This is a Fake Clinic," and was signed, "Jane."

- **Minnesota**: The Minnesota Citizens Concerned for Life (MCCL) office was vandalized for the second time in recent weeks. Images

Has your state experienced recent pro-abortion violence? Find out here.     about:reader?url=https%3A%2F%2Fwww.liveaction.org%2Fnews%2Fs...

Case 7:22-cv-06950-PMH    Document 32-15    Filed 09/30/22    Page 10 of 20

EXHIBIT N

in a tweet [published](#) by MCCL show windows busted along with the spray painted message "Abortion is Liberation."
(**6/14/2022**) Birthright in St. Paul was [targeted](#); according to [MPRNews.org](#), "Black spray paint on the side of the building read 'Blood On Your Hands.' The front of the building had red spray paint with three messages: 'Abort America,' "F*** You' and 'Janes Revenge,'" the media outlet wrote. The crime was confirmed on the center's [Facebook page](#). (**7/4/2022**)

- **Mississippi:** Mt. Avery Missionary Baptist Church in Columbus was [vandalized](#) with spray painted messages reading, "Keep your laws off my body" and "Girls just want to have fundamental human rights" (**5/23/2022**).

- **New Hampshire:** Police in Littleton, New Hampshire, are [investigating](#) whether a message — "fund abortion/abort God," found scrawled on the exterior of a Christian, pro-life pregnancy center — is a hate crime. Chief Paul Smith [told](#) the Union Leader that a person from the Pathways Pregnancy Care Center on Redington Street notified his department about the message. Smith [told](#) the NH Journal that they have already contacted the New Hampshire Attorney General's Office about the possibility this could end up being charged as a hate crime. Michael Garrity, director of communications at the New Hampshire Department of Justice, said the state Attorney General's Office is watching for Littleton's results (**6/28/2022**).

- **New York:** CompassCare Pregnancy Services in Buffalo was [firebombed](#) and tagged with the message "Jane was here" (watch [news video](#)). Because over 600 pro-life pregnancy centers nationwide are using their materials CompassCare feels they will be further targeted, and sent an e-mail which read in part, "Sources

Has your state experienced recent pro-abortion violence? Find out here.    about:reader?url=https%3A%2F%2Fwww.liveaction.org%2Fnews%2Fs...

Case 7:22-cv-06950-PMH   Document 32-15   Filed 09/30/22   Page 11 of 20

EXHIBIT N

monitoring the social media pages of abortion activists flagged multiple comments encouraging followers to locate the home of CompassCare CEO Jim Harden. Harden's wife and young children relocated yesterday, as police track suspicious activity at their home" (**6/7/2022**). In addition to those incidents, a vulgar pro-abortion protest was held at Saint Patrick's Cathedral which also received threats to bomb and burn down the church (**5/7/2022**). A tabernacle was stolen, the Holy Eucharist was thrown on the floor, and statues of angels on the altar were decapitated and destroyed (**5/29/2022**) at the St. Augustine Catholic Church in Brooklyn. Statues of Lúcia dos Santos and Jacinta Marto, two of the children who witnessed the apparitions of Our Lady of Fatima, were smashed and decapitated (**5/17/2022**) at Our Lady of Sorrows Catholic Church in NYC. St. Margaret's Roman Catholic Church on Hertel Avenue in Buffalo, New York, was vandalized (**6/22/2022**). According to WKBW, "Police said sometime between 10 p.m. Wednesday and 9 a.m. Thursday several religious statues and garden pots in the back of the church gardens were damaged." A Catholic Church near Amsterdam Avenue was graffitied with the Jane's Revenge style threat which read, "If abortion isn't safe, neither are you," law enforcement told the NY Post. "The chilling message, spray-painted in black, was discovered around 5:30 a.m. [June 27, 2022] on one outer door of Ascension Roman Catholic Church near Amsterdam Avenue, coupled with the name of the group, 'Jane's Revenge,' on another door, along with an anarchy symbol," police also said, according to the report (**6/27/2022**).

- **North Carolina:** Mountain Area Pregnancy Services in Asheville was vandalized with the threatening message, "If abortions aren't safe, neither are you!" (**6/6/2022**) along with an anarchist symbol on

Has your state experienced recent pro-abortion violence? Find out here.     about:reader?url=https%3A%2F%2Fwww.liveaction.org%2Fnews%2Fs...

Case 7:22-cv-06950-PMH   Document 32-15   Filed 09/30/22   Page 12 of 20   EXHIBIT N

the front of the building (see this news video and this video). Holy Family Catholic Church in Hillsborough, North Carolina, was vandalized with what the Carolina Journal described as "anti-Christian and pro-abortion messages in bright yellow spray paint." According to the report, the spray painted messages, which included an anarchist symbol, read "F*CK THE CHURCH" and "I love abortion" (**7/3/2022**). The GOP headquarters was spray painted with the Jane's Revenge threat, "If abortion isn't safe neither r you," according to multiple social media posts on Twitter (**6/24/2022**).

- **Ohio:** Right to Life of Northeast Ohio in Akron was vandalized according to Executive Director Allie Frazier, who published images of the damage in a Twitter post. The vandals broke several windows and left threatening spray-painted messages which originated with the Jane's Revenge earlier threats that read, "If abortion isn't safe, neither RU" and signed "Jane" along with other expletives (**7/7/2022**). Right to Life of Northeast Ohio in Akron was earlier targeted by pro-abortion activists (**6/24/2022**). According to the organization's Facebook page, "On 6/24, the @NEOhioLife office was targeted by pro-abortion activists who gathered outside and placed pro-abortion signs. They also rang our Ring, gave us the middle finger, and hung a coat hanger on our door."

- **Oregon:** In Gresham, First Image pro-life pregnancy center, located in the greater Portland area (**6/11/2022**), was set on fire (news video). A Molotov cocktail was thrown into the offices of Oregon Right to Life (**5/8/2022**). Twitter handle @rubyfire77 posted images (**5/27/2022**) of pro-abortion graffiti messages spray painted on the Dove Medical Clinic in

Has your state experienced recent pro-abortion violence? Find out here.    about:reader?url=https%3A%2F%2Fwww.liveaction.org%2Fnews%2Fs...

Case 7:22-cv-06950-PMH   Document 32-15   Filed 09/30/22   Page 13 of 20   EXHIBIT N

Eugene, Oregon, vandalized and spray painted with the "A" anarchy symbol, along with the phrases "Abortion is Healthcare" and "Not a Clinic" and signed "from Jane." The Southeast Portland Pregnancy Resource Center in Portland was vandalized with the message "F*** CPCs" (**5/2/2022**). An image of a vandalized pro-life billboard with the message "Abort the Supreme Court" was posted (**5/20/2022**). Portland abortion supporters vandalized property with messages to "kill the Supreme Court" and "riot" while they damage pregnancy center operated by a woman identifying as a "pro-choice Democrat" (**6/25/2022**). According to the Oregonian, Mother and Child Center is "not an anti-abortion pregnancy center" and is operated by a "pro-choice, liberal Catholic Democrat." The "direct action" event was advertised as a response to the overturning of Roe v. Wade on Friday, the Oregonian reported.  "If abortions aren't safe then you aren't either," read one flyer published by journalist Andy Ngo on Twitter. Footage of the graffiti has been published at Fox News and include the "Jane's Revenge" tag as well as suggestions to "riot" and "kill the Supreme Court."  A separate spray-painted message published by journalist Andy Ngo read "Death to SCOTUS." In Eugene, a protest planned outside the previously vandalized Dove Medical Clinic pregnancy center, the night the Supreme Court announced the overturn of Roe ended with arrests after a crowd of about 75 pro-abortion people began to "advanced closer to officers" with some throwing "smoke bombs at officers along with several filled water bottles" (**6/24/22**). A release published by police described that the riotous crowd was warned by law enforcement that they would be arrested but did not comply with police orders, the police statement claimed. Police report that "arrests were made, with people fighting with officers and not complying with lawful orders."

Has your state experienced recent pro-abortion violence? Find out here.    about:reader?url=https%3A%2F%2Fwww.liveaction.org%2Fnews%2Fs...

Case 7:22-cv-06950-PMH   Document 32-15   Filed 09/30/22   Page 14 of 20   EXHIBIT N

Adding that, "Some officers suffered minor injuries during the event, which lasted about five hours." CatholicPhilly.com reported that police officers successfully drove dozens of anarchist rioters away from Holy Redeemer Church in Portland. A tweet published by @hunnybadgermom responded, "I do believe they had every intention of wrecking the historic Holy Redeemer Catholic Church, like they did with the Hinson Church building a few days before. They've made it plain they hate Christians" (**7/1/2022**). Michael Lawrence, lead pastor of Hinson Baptist Church in Portland, Oregon, penned a detailed account about vandalism received by multiple ministries, which surround the First Image Pregnancy Resource Center. Pastor Lawrence noted that despite a police presence and previous warning of a "direct action" attack, in broad daylight, the "fully masked" vandals circled the block, and within just minutes then, "Using umbrellas and masks to shield their identities from security cameras, they smashed almost every ground-floor window on the side of the building that hadn't yet been boarded up and covered the building in vile graffiti aimed specifically at Christians." (**6/27/2022**). In Portland, the Catholic Sentinel reported that "[a] sign at All Saints Parish in the well-off Laurelhurst district [was] spray-painted with the ominous message that abortion rights extremists have been using: 'If abortions aren't safe, neither are you.' The letters were blood red." In addition, the paper reports that "The Mother and Child Education Center was vandalized again… This time, attackers painted graffiti and smashed windows, causing an estimated $10,000 damage." (**6/26/2022**)

- **Pennsylvania:** The image of a vandalized pro-life billboard in Pittsburgh from Pro-life Across America was published

Has your state experienced recent pro-abortion violence? Find out here.        about:reader?url=https%3A%2F%2Fwww.liveaction.org%2Fnews%2Fs...

Case 7:22-cv-06950-PMH   Document 32-15   Filed 09/30/22   Page 15 of 20

**EXHIBIT N**

(**5/17/2022**). An e-mail sent to [Abolitionist Media](#) allegedly by a group called "Anti Hope Brigade" claimed responsibility for smashing the windows of a Philadelphia Pregnancy Center (**6/11/2022**). The email read: "We smashed out all of the windows of the 'Hope' pregnancy center on Broad st. We are tired of your 'family values' and you forcing families, and your values onto our bodies. This fake clinic spread lies and is part of a broader attempt to strip away body autonomy from hundreds of women and people. We are inspired by the actions of comrades in Wisconsin, Colorado, New York, and a growing list of places. If the attack on abortion does not stop, our attacks will broaden. This is also intended as a small gesture of complicity with all those imprisoned by the state, in honor of June 11th." National Catholic Register [reported](#) that St. Patrick Catholic Church in Philadelphia was [vandalized](#) (**6/25/2022**).

- **Tennessee:** A Molotov cocktail was [thrown](#) through the first floor window of Hope Clinic for Women, a pregnancy resource center in midtown Nashville. Thankfully it did not ignite, the Metro Nashville Police Department (MNPD) [said](#). The FBI is assisting the MNPD Specialized Investigations Division and Hazardous Devices Unit in the investigation and has [released](#) photos of the suspect (**6/30/2022**).

- **Texas:** Two Pregnancy Resource Centers in [Denton, Texas](#), were spray painted with abortion messaging (**5/7/2022**) like, "Not a Clinic" and "Forced birth is Murder" (see this [news video](#) and [this one](#)). The [Trotter House](#) PRC in [Austin](#), [Texas](#), was vandalized (**5/3/2022**). In addition, abortion supporters with RiseUp4AbortionRights [disrupted](#) the [Lakewood Church](#) where Joel Osteen preaches in Houston (**6/5/2022**). Activists also [spray-](#)

Has your state experienced recent pro-abortion violence? Find out here. about:reader?url=https%3A%2F%2Fwww.liveaction.org%2Fnews%2Fs...

Case 7:22-cv-06950-PMH Document 32-15 Filed 09/30/22 Page 16 of 20

EXHIBIT N

- painted "Pro-choice is pro-life" (**5/8/2022**) on the front and side doors of Holy Rosary Catholic Church in Houston (see news video). That same day, FoxNews reported that two Catholic churches in Katy were also vandalized and at St. Bartholomew the Apostle Catholic Church, the vandals attempted to remove the tabernacle containing the sacred presence of Christ and the Eucharist. At St. Elizabeth Ann Seton Catholic Church, someone attempted to desecrate the Eucharist (**5/8/2022** – see news video).

- **Utah:** National Catholic Register reported that the Pregnancy Resource Center of Salt Lake City received a threatening sign taped to their front door which read, "If abortions aren't safe neither are you," and on the backside, "Women are fragile, not like a flower, but more like a bomb" (**6/24/2022**). Arches New Hope Pregnancy Center in Moab, Utah, was vandalized and spray painted messages were left on the building (**7/6/2022**).

- **Vermont:** The State House was vandalized with a spray painted message that read, "If abortions arent safe you arent either," according to a News nation report. Live Action News previously reported that a Jane's Revenge "e-mail" claimed to have vandalized a PRC in Burlington but the group offered no evidence (**6/25/2022**).

- **Virginia:** The First Care Women's Health pregnancy resource center in Manassas was vandalized with messages that read, "Fake Clinic," "Liars," and "Abortion is a Right" (**5/8/2022**). Blue Ridge Pregnancy Center in Lynchburg, Virginia, was vandalized on (**6/25/2022**). The center posted images to their Instagram page and Facebook page showing the spray painted threat typical of Jane's Revenge, which read, "If Abortion Aint Safe You Aint Safe!" In a separate part of the building, the graffiti was signed Jane's Revenge with an anarchist 'A' symbol. The pro-life organization's

Has your state experienced recent pro-abortion violence? Find out here.    about:reader?url=https%3A%2F%2Fwww.liveaction.org%2Fnews%2Fs...

Case 7:22-cv-06950-PMH   Document 32-15   Filed 09/30/22   Page 17 of 20

EXHIBIT N

sign was also tagged with the anarchist 'A.' The center wrote on Facebook, "PLEASE PRAY! Urgent call for help, BRPC has been vandalized greatly and we need the support of our community now more than ever. If you are available to give financial support for additional security, and lots of prayers, we would greatly appreciate you. We know God has His hand over our center and the work at BRPC is not finished."

The St. John Neumann Catholic Community Church in Fairfax County was the subject of a possible arson according to [WJLA.com](). "The church was damaged by graffiti related to the recent Supreme Court Roe v Wade ruling," a [tweet]() by a local reporter also stated.  A news release [published]() by the Fairfax County Police Department claimed that Fire and Rescue responded at 6:45am on **6/26/2022** and discovered smoldering mulch at the St. John Neumann Catholic Community Church. Fire and Rescue personnel also detected an accelerant was likely used in the fire and observed graffiti spray painted on a sign at the entrance of the church. They requested police to the scene to assist with the investigation. "Officers found three additional locations on the back of the building damaged by graffiti. The remarks spray painted were related to the recent Supreme Court Roe v Wade ruling. Officers are working with the staff of the Church to review surveillance footage," the report stated. A Fox5DC reporter [tweeted images]() of the messages, one of which claimed, "This won't stop."

- **Washington:** Someone plastered posters on the [Care Net Puget Sound]() offices in Federal Way, claiming the facility wants to "push forced birth options" (**6/4/2022**). In addition, Next Step Pregnancy Center in Lynnwood was [vandalized]() with the threat, "If abortion isn't safe, you aren't either" (**5/25/2022**). And an alleged "cell" of the

Has your state experienced recent pro-abortion violence? Find out here.    about:reader?url=https%3A%2F%2Fwww.liveaction.org%2Fnews%2Fs...

Case 7:22-cv-06950-PMH   Document 32-15   Filed 09/30/22   Page 18 of 20

EXHIBIT N

Jane's Revenge terrorist group claimed responsibility for the vandalism of four churches in Olympia; their message was signed "Jane's Revenge Bo Brown Memorial Cell" (**5/22/2022**). Pro-abortion activists lay on the steps of St. James Cathedral in Seattle with fake blood (**5/8/2022**). Options360 Women's Clinic in Vancouver, Washington, was vandalized and spray painted with the now infamous "Jane's Revenge" insignia (**6/8/2022**). Arsonists firebombed the office of pro-life lawmaker, House Rep. Andrew Barkis' in Olympia, Washington. Lieutenant Paul Lower of the Olympia Police Department told Fox News Digital that the department is investigating the incident as arson and said the police "always want to pay attention" to any potentially politically motivated crime. To date, no one has taken credit for the crime and no motive has been made public. "Somebody throwing a lit flare through my window to bring my building down is not an angry tenant because we withheld their deposit to clean their carpet," Barkis told Fox News. "That's not what's behind this. We'll find out in the investigation" (**6/14/2022**). Care Net of Puget Sound's center in Kenmore, Washington, was vandalized and a burned American flag was left on scene. The center's Facebook page stated, "This morning our Kenmore center was vandalized, and an American flag was burned and left on our property. We are saddened that any group or person would choose to use vandalism, intimidation and threats of violence to make a point. We choose to believe that people who commit such crimes do not understand what we do and do not understand that in hurting us, they ultimately hurt the vulnerable women and families we are serving. We are more resolved than ever to continue the work we have been doing for the past 40 years –providing free, compassionate, confidential, non-judgmental care to every woman

Has your state experienced recent pro-abortion violence? Find out here.        about:reader?url=https%3A%2F%2Fwww.liveaction.org%2Fnews%2Fs...

Case 7:22-cv-06950-PMH   Document 32-15   Filed 09/30/22   Page 19 of 20

EXHIBIT N

who walks through our doors." The Jane's Revenge message "if abortions aren't safe you aren't either!" was spray painted on the building (**7/5/2022**).

St. Anthony's Catholic Church in Renton was vandalized, according to q13Fox.com: "Authorities say the suspect spray-painted messages saying 'Abortions save lives' and 'F!!! you' all over the building. In addition, almost all the outside locks were jammed with a hardening substance, and four stained-glass windows were shattered. The suspect also broke into the church, stealing money from four donation boxes," the media report states (6/24/2022).  An attempted arson attack hit the Two Hearts Pregnancy Aid center in Everett and a message published to the PRC's website confirmed an incident: "Our building sustained some vandalism… The authorities were called and the cause of the damage is under investigation. Two Hearts Pregnancy Aid is a non-political, non-sectarian social-service organization. We remain committed to providing material goods and support to expectant parents, babies, and children up to 5 years old," it stated (**6/27/2022**). In Bellevue, a man was caught on video smashing glass windows and spray-painting messages all over St. Louise Catholic Church. Messages left at the church ranged from "liar," to "religion of hate" and "go to your fake Hell," Fox13 News reported (**6/27/2022**).

- **Wisconsin:** Wisconsin Family Action was the first victim of an arson attack (**5/8/2022**). See video here, here, here, and here. St. Bernard Catholic Church in Madison, Wisconsin, was vandalized with a profane message that read. "Pro life my f***ing a** let's talk about all the native kids you've killed!!!" (**7/1/2022**).

Read additional acts or threats of violence can be

Has your state experienced recent pro-abortion violence? Find out here.    about:reader?url=https%3A%2F%2Fwww.liveaction.org%2Fnews%2Fs...

Case 7:22-cv-06950-PMH    Document 32-15    Filed 09/30/22    Page 20 of 20

**EXHIBIT N**

read [here](), [here](), [here]() and [here]().

The pro-life legal firm Thomas More Society previously issued a [letter]() warning some of the more public pro-abortion groups that if they threaten places of worship, there could be "significant legal liability" under the F.A.C.E. federal law. In addition, 16 United States Senators sent a [letter]() to U.S. Attorney General Merrick Garland asking for the DOJ to respond to the increasing incidents of pro-abortion violence.

*Editor's Note: Some dates have been corrected. This post will continue to be updated as needed. One PA incident has been removed due to error.*

[*"Like" Live Action News on Facebook*]() **for more pro-life news and commentary!**

LIVEACTION