# EXHIBIT O

NYC cops brace for Roe v. Wade abortion protests in Manhattan   about:reader?url=https%3A%2F%2Fnypost.com%2F2022%2F06%2F...

Case 7:22-cv-06950-PMH   Document 32-16   Filed 09/30/22   Page 2 of 14

EXHIBIT O

[nypost.com](nypost.com)

# Thousands of protesters gather in Washington Square Park after Roe v. Wade overturn

*Jack Morphet, Steven Vago, David Propper*

8-10 minutes

---

Thousands of protesters converged in Manhattan's Washington Square Park on Friday night for a rally over the US Supreme Court ruling overturning Roe v. Wade.

The number of demonstrators surged at around 6 p.m. when a group from Union Square marched down Fifth Avenue and joined the ongoing protest at Washington Square.

One cop estimated there were 17,000 people in the crowd. They were marching up Park Avenue after 9 p.m. toward Grand Central Station.

Earlier in the evening, New York Attorney General Letitia James grabbed a bullhorn under the park's renowned arch and slammed the Supreme Court as "radical."

"Every movement in this country, every revolution we've ever experienced in this country, has not been led by elected officials, it's been led by all of you who are here today to demand justice," James told protesters.

NYC cops brace for Roe v. Wade abortion protests in Manhattan    about:reader?url=https%3A%2F%2Fnypost.com%2F2022%2F06%2F2F...

Case 7:22-cv-06950-PMH   Document 32-16   Filed 09/30/22   Page 3 of 14

EXHIBIT O

"The only way we can respond to this political decision is a political response is to vote. Vote for those women who will not have rights to abortion. Vote for all those in harm's way today. Vote against the Supreme Court of the United States, our radical right-wing Supreme Court."



Abortion rights supporters protest in New York after the United States Supreme Court ruled in the Dobbs v Women's Health Organization abortion case.
Reuters/Caitlin Ochs



NYC cops brace for Roe v. Wade abortion protests in Manhattan    about:reader?url=https%3A%2F%2Fnypost.com%2F2022%2F06%2F2F...
Case 7:22-cv-06950-PMH   Document 32-16   Filed 09/30/22   Page 4 of 14
EXHIBIT O



People showed their disappointment in the Roe v. Wade ruling.

Getty Images/ Spencer Platt



Thousands of protesters gather inside Washington Square Park.

Paul Martinka



NYC cops brace for Roe v. Wade abortion protests in Manhattan about:reader?url=https%3A%2F%2Fnypost.com%2F2022%2F06%2F...
Case 7:22-cv-06950-PMH Document 32-16 Filed 09/30/22 Page 5 of 14
EXHIBIT O



A protester holds a sign as people speak out against the SCOTUS ruling.

Getty Images

Former Mayor Bill de Blasio said women's rights were "stolen from them in broad daylight."

"To me, this is a horrible moment because the court no longer supports the American people," he told the Post. "And I now fully believe this is proof positive we have to expand the Supreme Court."

De Blasio said more people were to blame than just former President Donald Trump, who nominated three conservative justices.

"The people (former President) Trump named moved this court to the extreme right and out of the American mainstream," he said.

Grandmother Randy Osofsky, 72, from Flatiron, held aloft a wire coat hanger as a throwback to a time when women were forced to self-induce abortions.

"We can't go back," Osofsky said. "I fought this fight 50 years ago and now it's worse. You never used to have to carry your rapist's baby, but now you will have to in places like Texas.

"I am still fighting for all women to have the right to an abortion, including my granddaughters. We're not handmaidens."

Hoboken student Eva Leveckis, 20, carried a sign that read: "I

NYC cops brace for Roe v. Wade abortion protests in Manhattan  about:reader?url=https%3A%2F%2Fnypost.com%2F2022%2F06%2F...
Case 7:22-cv-06950-PMH   Document 32-16   Filed 09/30/22   Page 6 of 14

**EXHIBIT O**

demand separation between vagina and state.

"If the Supreme Court can overturn Roe v Wade, I'm concerned they'll overturn protections for contraception and same-sex marriage," she told the Post at the scene.

Upper East Sider Ashley Ratner said she didn't think the court would overturn the case as she held up an "Abort the Court" sign.

"I guess I was naïve," the 30-year-old said.

Soho resident Morgan Sanders said she wanted to pass out when she heard the news.

"I think women should be the deciding factor of women's rights, not old men," she said while holding a sign that stated, "The Supreme Court Can Eat A D—."

Others chanted, "Hey, hey, ho ho, Supreme Court has got to go!" and "our body, our choice!"

Protesters also directed expletives at Supreme Court Justices Clarence Thomas and Samuel Alito, who voted to toss Roe v. Wade.

Even House Speaker Nancy Pelosi, a Democrat, faced the ire of some in the crowd.

"Today Nancy Pelosi cried crocodile tears and recited poetry. Nancy, where the f— have you been?" Tatianna, a speaker with CUNY for Abortion Rights, said to cheers.

Another young woman crawled around the crowded park with a baby doll hanging from between her legs.

Pre-med student Ikbola Shukhratoua, 20, carried a sign that read: "If I wanted the government in my womb, I'd f–k a Senator."

NYC cops brace for Roe v. Wade abortion protests in Manhattan    about:reader?url=https%3A%2F%2Fnypost.com%2F2022%2F06%2F...
Case 7:22-cv-06950-PMH   Document 32-16   Filed 09/30/22   Page 7 of 14

EXHIBIT O



Protesters gather in numbers inside Washington Square.

Paul Martinka



Many protesters carried signs in the park.

Paul Martinka



NYC cops brace for Roe v. Wade abortion protests in Manhattan      about:reader?url=https%3A%2F%2Fnypost.com%2F2022%2F06%2F...
Case 7:22-cv-06950-PMH   Document 32-16   Filed 09/30/22   Page 8 of 14

EXHIBIT O



Protesters began gathering in Union Square Park in Manhattan early Friday afternoon.



Women began gathering in Washington Square Park Friday afternoon.

REUTERS

NYC cops brace for Roe v. Wade abortion protests in Manhattan  about:reader?url=https%3A%2F%2Fnypost.com%2F2022%2F06%2F...

Case 7:22-cv-06950-PMH   Document 32-16   Filed 09/30/22   Page 9 of 14

EXHIBIT O

NYU worker Sonia Rhodes of Crown Heights, Brooklyn, took to Washington Square Park to scrawl protest messages in chalk which read: "Stop the war on women; My mother already fought for this; What's next?; Keep your shrivelled d— off my laws; Mandatory Vasectomies; Hands off my vag; and Abort the court.

"I generally feel so embarrassed for this country," Rhodes told The Post.

A draft of the decision from the conservative majority in the court leaked last month, giving activists a jump on organizing — and leading cops to prepare for the worst if demonstrations descend into violence.

Protests in New York City's Union Square and Washington Square Park after the overturning of Roe vs. Wade

Protests in New York City's Union Square and Washington Square Park after the overturning of Roe vs. Wade

Video Player is loading.

Current Time 0:00

Duration 0:40

Remaining Time 0:40

- captions settings, opens captions settings dialog
- captions off
- English, selected





Hundreds of women began protests across NYC Friday.

Getty Images

Organizers were urging marchers to "bring your rage."

[Get The Post's latest updates following the Supreme Court's decision to overturn Roe v. Wade.](#)

A day earlier, the group [NYC for Abortion Rights](#) had tweeted of the planned rally, "F–k SCOTUS, f–k the Church, f–k the state."

A second protest is also developing in Manhattan's Union Square.

The NYC for Abortion Rights Twitter account reposted advice from an organizer for the rallies that said participants should turn off their phones' facial recognition and location services — and write the name of their lawyers on their arms.

"Wear a mask and cover any identifying markings (tattoos, birthmarks, etc.)," the post said.

In the event someone is arrested, get names of officers and badge numbers and film cops but not the protesters, the advice added.



NYC cops brace for Roe v. Wade abortion protests in Manhattan  about:reader?url=https%3A%2F%2Fnypost.com%2F2022%2F06%2F...
Case 7:22-cv-06950-PMH   Document 32-16   Filed 09/30/22   Page 11 of 14

EXHIBIT O



At least 1,000 people gathered in Washington Square Park.

Paul Martinka



Planned Parenthood of Greater New York Action Fund's head said

NYC cops brace for Roe v. Wade abortion protests in Manhattan    about:reader?url=https%3A%2F%2Fnypost.com%2F2022%2F06%2F...

Case 7:22-cv-06950-PMH    Document 32-16    Filed 09/30/22    Page 12 of 14

**EXHIBIT O**

"the fight is far from over."

Paul Martinka



In most major cities, protests are taking place over the Supreme Court's reversal of Roe v. Wade.

Getty Images

The NYPD had already announced "enhanced patrols," including at "abortion alternative clinics," to thwart attacks from "extremists and malicious actors," according to a memo sent by the department's intelligence bureau Wednesday in anticipation of the ruling.

"Numerous acts of property destruction across the US necessitates heightened situational awareness for members of the service on protective deployments at related entities in New York City," the memo states.

The exact locations where officers are expected to enhance patrols weren't disclosed.

NYC cops brace for Roe v. Wade abortion protests in Manhattan   about:reader?url=https%3A%2F%2Fnypost.com%2F2022%2F06%2F2F...
Case 7:22-cv-06950-PMH   Document 32-16   Filed 09/30/22   Page 13 of 14
EXHIBIT O

The head of Planned Parenthood of Greater New York Action Fund said the Empire State will continue to serve as an "Abortion Access State for all New Yorkers and the rest of the country."

"This is a profoundly dismal day for our country, but the fight is far from over," interim president and CEO Joy Calloway said in a statement.



Larger demonstrations are expected to take place at Washington and Union Square Park.

Getty Images



**EXHIBIT O**



An abortion rights supporter holds up a sign in New York City on June 24, 2022.

REUTERS

"Abortion justice demands that we fiercely fight to ensure equitable access to the full spectrum of sexual and reproductive health care — and abortion is health care.

"We will not compromise on our bodies, our dignity, or our freedom. We have strength in numbers and power in our united voices," Calloway said.