# EXHIBIT R

EXHIBIT R

cbsnews.com

# Vandals smash statues at Our Lady of Sorrows Church on Lower East Side

Tony Aiello

3-4 minutes

Crime



Updated on: May 31, 2022 / 11:27 PM / CBS New York

Cardinal Dolan joins parishioners at NYC church struck by vandals

Cardinal Dolan joins parishioners at NYC church struck by vandals 01:43

**NEW YORK** -- There were solemn prayers on the Lower East

Vandals smash statues at Our Lady of Sorrows Church on Lower East Si...          about:reader?url=https%3A%2F%2Fwww.cbsnews.com%2Fnewyork...

Case 7:22-cv-06950-PMH   Document 32-19   Filed 09/30/22   Page 3 of 4

EXHIBIT R

Side on Tuesday at a vandalized shrine behind a Catholic church.

As CBS2's Tony Aiello reports, Timothy Cardinal Dolan joined parishioners to express his sorrow and support.

Our Lady of Sorrows has changed with the city. It was a German parish, then Italian, and now Hispanic, but always, a devotion to the Virgin Mary and saying the rosary.

Three years ago, parishioners fixed up the shrine to Our Lady of Fatima, featuring statues of three children Catholics believe Mary communicated with in 1917.

On May 17, one or more vandals struck under cover of darkness. Two of the statues were beheaded.

"A violation, you know. And it was really, it was very scary, and the thing was, it was interesting, they destroyed the statues of the children but they left the Virgin Mary alone.," said Tom McNamara, a priest at Our Lady of Sorrows Church.

"The community, very, very, very sad. We can't believe that people can do that something to the church," parishioner Mary Torres said.

It upset neighbor Sara Weiner, who is Jewish.

"People come here and stand to pray. And I don't get it. I just don't get it. It's evil," she said.

The shrine is surrounded by a high chain-link fence topped with barbed wire. There are no surveillance cameras. The church now wants to install them.

Tuesday night, Cardinal Dolan used a rosary given to him during a recent visit to Ukraine and told parishioners to be the light against the darkness.

Vandals smash statues at Our Lady of Sorrows Church on Lower East Si... about:reader?url=https%3A%2F%2Fwww.cbsnews.com%2Fnewyork...

Case 7:22-cv-06950-PMH   Document 32-19   Filed 09/30/22   Page 4 of 4

EXHIBIT R

"Goodness, truth and beauty are going to have the last word, not evil and viciousness and ugliness and division," he said.

They plan to replace what was destroyed and pray for those responsible.

In:

- lower east side

- Timothy Dolan

Tony Aiello



Tony Aiello serves as a CBS2 general assignment reporter with a focus on covering news and breaking stories in the Northern Suburbs.

Twitter Facebook

Thanks for reading CBS NEWS.

Create your free account or log in
for more features.

Please enter email address to continue

Please enter valid email address to continue