# EXHIBIT S

EXHIBIT S

liveaction.org

# More pregnancy centers and churches hit with arson and vandalism in subsequent 'Night of Rage' attacks

14-18 minutes

Pro-abortion arsonists attacked another pro-life pregnancy center and acts of vandalism continued in subsequent 'Night of Rage' attacks following the *Dobbs* Supreme Court ruling overturning *Roe v. Wade* and *Planned Parenthood v. Casey*.

The group Jane's Revenge, which has issued new messages in past days, previously vowed a 'Night of Rage' following the Court decision which led to limited violence in the streets and an arson attack at the Life Choices pregnancy Center in Longmont, Colorado.



More pregnancy centers and churches hit with arson and vandalism in s... about:reader?url=https%3A%2F%2Fwww.liveaction.org%2Fnews%2F...

Case 7:22-cv-06950-PMH   Document 32-20   Filed 09/30/22   Page 3 of 17

EXHIBIT S

Life Choices Pregnancy Center in Colorado arson June 25 2022 with spray painted threat (Images: Longmont Fire Department)

Jane's Revenge is named after the "Jane Collective," a 1960s underground group out of Chicago, Illinois, which provided or referred for illegal abortions. It is not clear whether this is one group, multiple groups, or individuals using the same insignia. "Jane's Revenge" tends to speak through intermediaries — so far, mostly anarchist groups — to promote their messages.

The group previously claimed responsibility for the arson and violence at some pro-life centers across the country where in May, the Wisconsin Family Action offices were Jane's Revenge's first target of an arson attack, with the group taking credit for firebombing the facility. Last month, a Molotov cocktail was thrown into the offices of Oregon Right to Life, and on June 6, perpetrators spray painted the message "Jane was here" when they firebombed CompassCare Pregnancy Services in Buffalo, New York. On June 11, a pregnancy center in the area of Gresham, Oregon, was also firebombed but no messages were left behind.

**Arson at Colorado PRC**

The most recent arson attack took place on June 25 in Colorado, although to date no one has claimed responsibility yet. According to the Longmont Fire Department, fire engines were dispatched in the early morning hours (3:17 am) to the Life Choices pregnancy Center in Longmont. The Department's Facebook page contained images of the fire damaged building, and included a brief message: "The building sustained fire and heavy smoke damage. At the arrival of police and fire staff, the front of the property had been

More pregnancy centers and churches hit with arson and vandalism in s...     about:reader?url=https%3A%2F%2Fwww.liveaction.org%2Fnews%2F...

Case 7:22-cv-06950-PMH   Document 32-20   Filed 09/30/22   Page 4 of 17

EXHIBIT S

vandalized with black paint. This fire is being investigated as arson."

Images uploaded by the Department show spray painted messages that read "bans off our bodies" and also include the Jane's Revenge threat, "If abortions aren't safe neither are you." The criminals also painted the facility with the Anarchist 'A' symbol.



Life Choices Pregnancy Center arson June 25 2022 with Jane's Revenge type threat graffiti (Image: Longmont Fire Department)

**Virginia Church arson investigated, pro-abortion graffiti spray-painted**

On June 26, the St. John Neumann Catholic Community Church in Fairfax County, Virginia, was the subject of a possible arson according to WJLA.com. "The church was damaged by graffiti related to the recent Supreme Court Roe v Wade ruling," a tweet by a local reporter also stated.

More pregnancy centers and churches hit with arson and vandalism in s... about:reader?url=https%3A%2F%2Fwww.liveaction.org%2Fnews%2F...

Case 7:22-cv-06950-PMH Document 32-20 Filed 09/30/22 Page 5 of 17

EXHIBIT S

&lt;span data-mce-type="bookmark" style="display: inline-block; width: 0px; overflow: hidden; line-height: 0;" class="mce_SELRES_start"&gt;&lt;/span&gt;

A news release published by the Fairfax County Police Department claimed that "Fire and Rescue responded at 6:45 Sunday morning to a call for smoldering mulch at the St. John Neumann Catholic Community Church, 11900 Lawyers Road, Reston. Fire and Rescue personnel detected an accelerant was likely used in the fire and observed graffiti spray painted on a sign at the entrance of the church. Fire and Rescue personnel requested police to the scene to assist with the investigation. Officers found three additional locations on the back of the building damaged by graffiti. The remarks spray painted were related to the recent Supreme Court Roe v Wade ruling. Officers are working with the staff of the Church to review surveillance footage…"

Anyone who may have information about this incident is asked to contact detectives at 703-478-0904.

A Fox5DC reporter tweeted images of the messages. Some were vulgar, and one claimed, "This won't stop."



More pregnancy centers and churches hit with arson and vandalism in s...    about:reader?url=https%3A%2F%2Fwww.liveaction.org%2Fnews%2F...

Case 7:22-cv-06950-PMH   Document 32-20   Filed 09/30/22   Page 6 of 17

EXHIBIT S

Graffiti abortion messages at St John Neuman Catholic Church on Reston VA. (Images: Twitter)

**Virginia PRC vandalized**

The Blue Ridge Pregnancy Center (BRPC) in Lynchburg, Virginia, was also vandalized on June 25 with spray painted Jane's Revenge signatures. The pro-life center published images of the crime to their Instagram and Facebook pages (seen below), which showed that the vandals had broken windows and left a graffiti message typical of Jane's Revenge. It read, "If Abortion Aint Safe You Aint Safe!" and was signed Jane's Revenge with an anarchist 'A' symbol. The pro-life organization's sign was also tagged with the anarchist 'A.'

On Facebook, BRPC wrote, "PLEASE PRAY! Urgent call for help, BRPC has been vandalized greatly and we need the support of our community now more than ever. If you are available to give financial support for additional security, and lots of prayers, we would greatly appreciate you. We know God has His hand over our center and the work at BRPC is not finished."



More pregnancy centers and churches hit with arson and vandalism in s... about:reader?url=https%3A%2F%2Fwww.liveaction.org%2Fnews%2F...

Case 7:22-cv-06950-PMH Document 32-20 Filed 09/30/22 Page 7 of 17

EXHIBIT S

Blue Ridge Pregnancy Center vandalized with Janes Revenge threat

WBJ7.com reported, "According to Lynchburg Police Department, officers responded at around 10:40 a.m. Saturday to 3701 Old Forest Road for a report of property damage and found the building spray-painted with graffiti. Multiple windows were also broken. Video footage from security cameras shows the masked group of people carrying out the acts. Contact 434-941-9937 with information."

The police are asking for information leading to an arrest and anyone with information about the arson is encouraged to contact Detective Dubie or Crime Stoppers are the image below.



More pregnancy centers and churches hit with arson and vandalism in s... about:reader?url=https%3A%2F%2Fwww.liveaction.org%2Fnews%2F...

Case 7:22-cv-06950-PMH   Document 32-20   Filed 09/30/22   Page 8 of 17

EXHIBIT S



.

A post published to the Abolition Media blog, allegedly sent by the group Jane's Revenge, took credit for the incident.

**Informed Choices Medical Clinic PRC in Iowa City vandalized**

A message on Twitter claimed that a "fake clinic" in Iowa City, Iowa, was vandalized on June 25. The post included images of the Informed Choices Medical Clinic, allegedly from that same evening, as well as one from the following day. Live Action News has not confirmed with the pregnancy center, but the Iowa City police activity page shows a call was dispatched to the address of the pregnancy center the morning of June 26 for "Criminal Mischief/Vandalism" where officers found "graffiti and paint on the sign."



Informed Choices pregnancy resource center vandalized June 25 Iowa City (Image: Twitter)

More pregnancy centers and churches hit with arson and vandalism in s... about:reader?url=https%3A%2F%2Fwww.liveaction.org%2Fnews%2F...

Case 7:22-cv-06950-PMH   Document 32-20   Filed 09/30/22   Page 9 of 17    EXHIBIT S

## California pro-life center attacked

Tree of Life in Paso Robles, California, was also vandalized over the weekend. Police told KSBY.com that they believe the vandalism may have happened in light of the Supreme Court's decision to overturn Roe v. Wade sometimes between Friday night and Saturday morning. According to Paso Robles police, Tree of Life received a letter from Jane's Revenge. Police also told the media outlet that the group's letter stated that they intended to cause harm and damage to the Tree of Life pregnancy support center. The center allegedly received a warning of the attack from the Jane's Revenge, which later published a communique and image of a center they vandalized in the state.

&lt;span data-mce-type="bookmark" style="display: inline-block; width: 0px; overflow: hidden; line-height: 0;" class="mce_SELRES_start"&gt;&lt;/span&gt;

## Portland rioters property and damage pregnancy center operated by 'pro-choice Democrat'

Portland police have reported that on June 25 around 10 p.m., "a group of over 60 people marched out of Grant Park, Northeast 33rd Avenue and U.S. Grant Place. Participants, most dressed in all black, began breaking windows and scrawling graffiti." Footage of the graffiti has been published at Fox News and include the "Jane's Revenge" tag as well as suggestions to "riot" and "kill the Supreme Court."  A separate spray-painted message published by journalist Andy Ngo read "Death to SCOTUS."



More pregnancy centers and churches hit with arson and vandalism in s... about:reader?url=https%3A%2F%2Fwww.liveaction.org%2Fnews%2F...

Case 7:22-cv-06950-PMH Document 32-20 Filed 09/30/22 Page 10 of 17

EXHIBIT S



Proabortion graffiti spray painted around Portland after SCOTUS overturned Roe Janes Revenge

The [police release](#) confirmed that "several banks and coffee shops had broken windows. A van belonging to Portland Public Schools was damaged, broken windows and tagged with paint." In addition, the report states that, "A pregnancy resource center was vandalized." A reporter for the Oregonian tweeted a short video of the damage to the Mother and Child Center. Ironically, the center's executive director, Maura White, [told the Oregonian](#) that it is *not an anti-abortion* pregnancy center. "We're not anything like that," White told the paper. "I'm a pro-choice, liberal Catholic Democrat."

Maura White went on [Fox News](#) June 27 to describe what the center does and the extent of the damage. She said the vandals smashed out windows and graffitied over everything causing at least $10K in damage, she told Fox News. She claimed the center has been attacked on social media as well. "Antifa, other people sending out information about us. They don't understand what we're doing," she stated. "We're here helping people, we help anyone who walks in our door," she added.

"My organization, we are non-profit… they mistakenly thought that we were out here doing anti-abortion everything. The violence was

More pregnancy centers and churches hit with arson and vandalism in s... about:reader?url=https%3A%2F%2Fwww.liveaction.org%2Fnews%2F...

Case 7:22-cv-06950-PMH Document 32-20 Filed 09/30/22 Page 11 of 17

EXHIBIT S

horrible," she stated. She added that she was contacted by police and the FBI that something like this could occur and pointed to the defund the police movement which she claimed impacted law enforcement's ability to be on the streets.

White said she did not understand how rioting by alleged pro-choice activists was in any way helpful to the abortion rights cause.



Pregnancy center operated by prochoice Dem attacked in Portland

The "direct action" event was advertised as a response to the overturning of Roe v. Wade on Friday, the Oregonian reported. "If abortions aren't safe then you aren't either," read one flyer announcing the march, the paper noted. A copy of the flyer was published by journalist Andy Ngo on Twitter.



More pregnancy centers and churches hit with arson and vandalism in s...    about:reader?url=https%3A%2F%2Fwww.liveaction.org%2Fnews%2F...

Case 7:22-cv-06950-PMH    Document 32-20    Filed 09/30/22    Page 12 of 17

EXHIBIT S



Direct Action Portland Flyer after SCOTUS overturned Roe If abortions aren't safe

### Ten arrested outside Eugene, Oregon PRC

In Eugene, Oregon, a protest was planned outside the previously vandalized Dove Medical Clinic pregnancy center the night the Supreme Court announced the overturn of Roe. The pro-life center had been previously vandalized and spray-painted with the "A" anarchy symbol, along with the phrases "Abortion is Healthcare" and "Not a Clinic" and signed "from Jane."



More pregnancy centers and churches hit with arson and vandalism in s... about:reader?url=https%3A%2F%2Fwww.liveaction.org%2Fnews%2F...

Case 7:22-cv-06950-PMH Document 32-20 Filed 09/30/22 Page 13 of 17

EXHIBIT S



Night of Rage protest at Dove Medical PRC in Eugene planned (Image: Twitter)

A [news release](#) by the Eugene police states, "Due to the potential for property damage toward a business located in Eugene, as well as the general safety and security of the other businesses and residents downtown, Eugene Police monitored the situation." According to the release, as more people arrived in late hours of the night, police saw "[s]ome people… picking up rocks and several

More pregnancy centers and churches hit with arson and vandalism in s... about:reader?url=https%3A%2F%2Fwww.liveaction.org%2Fnews%2F

Case 7:22-cv-06950-PMH Document 32-20 Filed 09/30/22 Page 14 of 17

EXHIBIT S

began putting on gas masks. One female had a chemical pump sprayer and she was pumping it up."

The release states that a crowd of about 75 pro-abortion people began to "advanced closer to officers" with some throwing "smoke bombs at officers along with several filled water bottles." The [riotous crowd](#) was warned by law enforcement that they would be arrested but reportedly did not comply with police orders. Police report that "arrests were made, with people fighting with officers and not complying with lawful orders."

"Some officers suffered minor injuries during the event, which lasted about five hours," police noted.

## Protester charged with attempted murder for attempting to burn LAPD police officer

A pro-abortion supporter was arrested and charged with attempted murder on June 24 for allegedly [attacking](#) a police officer with a "makeshift flamethrower." A [news release](#) by the LAPD explains, "On Friday, June 24, 2022 at around 8:20 p.m., LAPD officers at 5th Street and Main [in Los Angeles] were assaulted by projectiles, fireworks and a makeshift blow torch, resulting in two arrests and four officers injured… *Resisting an Executive Officer'* and the other for *'Attempted Murder'* on a police officer."

KTLA added, "a small group of protesters did clash with police in downtown. Bottles, rocks and fireworks were seen thrown at officers during a later portion of the protest." This matched the [LAPD news release](#) which also stated, "The vast majority of those involved were peaceful and law abiding, however, a much smaller group of individuals took to the streets with the intention of creating chaos and destruction." Police identified the subject as "30-year-old

More pregnancy centers and churches hit with arson and vandalism in s...    about:reader?url=https%3A%2F%2Fwww.liveaction.org%2Fnews%2F

Case 7:22-cv-06950-PMH    Document 32-20    Filed 09/30/22    Page 15 of 17

EXHIBIT S

Michael Ortiz," and KTLA reported the attack against the officer, who was hospitalized with burn injuries. A second person, identified as 23-year-old Juliana Bernado, was also arrested "after she allegedly tried to take an officer's baton." A short video of the incident is below:

### Louisiana tombstones for unborn children defaced

Tombstones for unborn children were defaced at a church in Louisiana. A shrine to the Virgin Mary at the Holy Name of Mary Catholic Church in Algiers was vandalized with red paint on Saturday June 25, according to Nola.com, which also reported that "Dog walkers at a park near Holy Name of Mary Roman Catholic Church discovered the vandalism to its Virgin Mary shrine, the Rev. Eugene Jacques said. Sometime overnight, someone poured a gallon of red paint across the shrine, which consists of a statue of Mary and Jesus flanked by tombstones for the unborn, and planted a sign saying, 'In Memory of Women Who Die From Lack of Legal Abortion.'"



More pregnancy centers and churches hit with arson and vandalism in s... about:reader?url=https%3A%2F%2Fwww.liveaction.org%2Fnews%2F

Case 7:22-cv-06950-PMH   Document 32-20   Filed 09/30/22   Page 16 of 17

EXHIBIT S

A shrine to the Virgin Mary at Holy Name of Mary Roman Catholic Church in Algiers Point was found splashed with red paint on Saturday, June 26, 2022, a day after the U.S. Supreme Court overturned its Roe v. Wade ruling establishing a constitutional right to abortion. Parishioners soon cleaned up the shrine, which also includes tombstones for the unborn.

Shrine to Virgin Mary at Holy Name of Mary Roman Catholic Church in Algiers vandalized (Image posted to Nola.com)

**New York church vandalized days prior to SCOTUS opinion**

On June 22, St. Margaret's Roman Catholic Church on Hertel Avenue in Buffalo, New York, was vandalized. According to WKBW, "Police said sometime between 10 p.m. Wednesday and 9 a.m. Thursday several religious statues and garden pots in the back of the church gardens were damaged."



St Margarets Roman Catholic Church Buffalo NY vandalized

Also in New York, graffiti with several pro-abortion messages including, "Abort the Court" and "Jane was Here" were seen lining the path after during a pro-abortion march.

More pregnancy centers and churches hit with arson and vandalism in s... about:reader?url=https%3A%2F%2Fwww.liveaction.org%2Fnews%2F...

Case 7:22-cv-06950-PMH Document 32-20 Filed 09/30/22 Page 17 of 17

**EXHIBIT S**

A state by state list of recent pro-abortion attacks can be read at Live Action News [here](#).

*"Like" Live Action News on Facebook* **for more pro-life news and commentary!**