# EXHIBIT U

Bishop Chairmen Plead for Peace as Attacks on Pro-Life Organization...   about:reader?url=https%3A%2F%2Fwww.usccb.org%2Fnews%2F20...
Case 7:22-cv-06950-PMH   Document 32-22   Filed 09/30/22   Page 2 of 3

EXHIBIT U

usccb.org

# Bishop Chairmen Plead for Peace as Attacks on Pro-Life Organizations Mount

*By Public Affairs Office*

2-3 minutes

WASHINGTON – In response to ongoing attacks on Catholic churches and pro-life pregnancy centers, Cardinal Timothy M. Dolan of New York, chairman of the U.S. Conference of Catholic Bishops' (USCCB) Committee on Religious Liberty and Archbishop William E. Lori of Baltimore, chairman of the USCCB's Committee on Pro-Life Activities issued the following statement:

"The Catholic Church has a long history of service to those who are most vulnerable, including both mother and child, and remains the largest private provider of social services in the United States. From religious communities to pregnancy care centers, from refugee resettlement services to foster care and adoption agencies, and from maternity homes to parish-based ministries, the Church consistently bears witness in word and deed to the beauty and dignity of every human life.

"For two years now, Catholic churches have been attacked and vandalized at an alarming rate. In July of 2020, we strained to understand this violence. In October of 2021, we called on elected

Bishop Chairmen Plead for Peace as Attacks on Pro-Life Organization... about:reader?url=https%3A%2F%2Fwww.usccb.org%2Fnews%2F20...

Case 7:22-cv-06950-PMH   Document 32-22   Filed 09/30/22   Page 3 of 3

EXHIBIT U

officials to condemn the attacks. This past January, we prayed that all religious communities would be free to worship without fear. Only rarely have the motives been clear; when they were, it was often opposition to the Church's teachings on life in the womb.

"Since the leak of the draft opinion in *Dobbs v. Jackson Women's Health Organization*, charities that support pregnant mothers in need have been firebombed, and pro-life organizations have been attacked almost daily and terrorized, and even the lives of Supreme Court justices have been directly threatened. In light of this, we urge our elected officials to take a strong stand against this violence, and our law enforcement authorities to increase their vigilance in protecting those who are in increased danger.  We thank those who have already done so, and we encourage them to continue.

"Above all, each of us must choose the path of peace and open our hearts to the love that God has for his children. O Sacred Heart of Jesus, touch our hearts and make them like your own."

###

Media Contact:

Chieko Noguchi

202-541-3200