# EXHIBIT V

Case 7:22-cv-06950-PMH   Document 32-23   Filed 09/30/22   Page 2 of 4   **EXHIBIT V**

foxnews.com

# Multiple arrested after New York City pro-abortion protesters shout down Catholic parishioners outside church

*Andrew Miller*

2-3 minutes

---

NEWYou can now listen to Fox News articles!

Several arrests were made as pro-abortion protesters clashed with anti-abortion activists at a New York City Catholic Church on Saturday.

The New York Police Department confirmed to Fox News Digital that five arrests were made at a pro-abortion protest at The Basilica of St. Patrick's Old Cathedral in Lower Manhattan.

Police did not provide any information on the ages of the protesters or the charges against them.

Several videos and photos posted on social media by individuals at the protest showed NYPD officers making arrests and attempting to subdue the crowd.

**INDIANA BECOMES FIRST STATE IN NATION TO APPROVE NEAR-TOTAL ABORTION BAN POST ROE**

Case 7:22-cv-06950-PMH   Document 32-23   Filed 09/30/22   Page 3 of 4

EXHIBIT V



Pro-abortion protesters clash with anti-abortion activists at Lower Manhattan Church (New York Young Republican Club Catholic Caucus)

## CLICK HERE TO GET THE FOX NEWS APP

Anti-abortion protesters typically show up at the cathedral on the first Saturday of every month and walk to a nearby Planned Parenthood site to demonstrate against abortion.



Pro-abortion protesters clash with anti-abortion activists at Lower Manhattan Church (New York Young Republican Club Catholic

EXHIBIT V

Caucus)

Video provided to Fox News Digital by the New York Young Republican Club Catholic Caucus shows pro-abortion protesters shouting down Catholic parishioners as they attempt to enter the church and calling them Nazis.

"The NYYRC Catholic Caucus denounces the violence once again directed at parishioners of Old St. Patrick's this morning, another effort to terrorize Catholics, and we applaud any members of our group who attended their rosary rally," the caucus told Fox News Digital in a statement. "Open witness to Christ in New York City is a dangerous act; history will look fondly on those who stood nonetheless. Growing forces in this city want to stop anyone from standing for Christ. If so, we will kneel for him."

Andrew Mark Miller is a writer at Fox News. Find him on Twitter @andymarkmiller and email tips to AndrewMark.Miller@Fox.com.