# EXHIBIT W

23 and counting: pro-life organizations firebombed, damaged ahead of c...   about:reader?url=https%3A%2F%2Fmetrovoicenews.com%2F23-and-...

Case 7:22-cv-06950-PMH   Document 32-24   Filed 09/30/22   Page 2 of 6                EXHIBIT W

metrovoicenews.com

# 23 and counting: pro-life organizations firebombed, damaged ahead of court ruling

*Dwight Widaman*

4-5 minutes

Home / News / Media Watch / 23 and counting: pro-life organizations firebombed, damaged ahead of court ruling





Glass is cleaned up outside CompassCare in Amherst, NY. It was firebombed June 7.

23 and counting: pro-life organizations firebombed, damaged ahead of c... about:reader?url=https%3A%2F%2Fmetrovoicenews.com%2F23-and-...

Case 7:22-cv-06950-PMH   Document 32-24   Filed 09/30/22   Page 3 of 6

EXHIBIT W

June 15, 2022

A rash of nationwide firebombings and [vandalism](#) of pro-life organizations in recent weeks has gone virtually unreported by the national media. The groups firebombed or otherwise attacked include pro-life educational non-profits and clinics that serve at-risk women and girls in crisis pregnancies.

Here's a list provided by Catholic Vote:

1. Hollywood, FL — South Broward Pregnancy Center and Archdiocese of Miami Respect Life Ministry

2. Asheville, NC — Mountain Area Pregnancy Services

3. Manassas, VA — First Care Women's Health

4. Alexandria, VA — Concerned Women for America

5. Reiserstown, MD — Alpha Pregnancy Center

6. Frederick, MD — BirthRight of Frederick

7. Frederick, MD — CareNet Frederick

8. Reiserstown, MD — Alpha Pregnancy Center

9. Buffalo, NY — CompassCare Pregnancy Services

10. Madison, WI — Wisconsin Family Action

11. Des Moines, IA — Agape Pregnancy Resource Center

12. Denton, TX — Woman to Woman Pregnancy Resource Center

13. Austin, TX — Trotter House

14. Long Beach, CA — His Nesting Place Home for Mothers & Children

15. Sebastopol, CA — Pregnancy Center Billboard

23 and counting: pro-life organizations firebombed, damaged ahead of c... about:reader?url=https%3A%2F%2Fmetrovoicenews.com%2F23-and-...

Case 7:22-cv-06950-PMH   Document 32-24   Filed 09/30/22   Page 4 of 6   EXHIBIT W

16. Eugene, OR — Dove Medical Clinic

17. Keizer, OR — Oregon Right to Life

18. Gresham, OR — Gresham Pregnancy Resource Center

19. Portland, OR — Southeast Portland Pregnancy Resource Center

20. Vancouver, WA — Options360 Women's Clinic

21. Federal Way, WA — Care Net Pregnancy and Family Services of Puget Sound

22. Lynnwood, WA — Next Step Pregnancy Services

The attacks have ramped up in recent weeks as the Supreme Court nears its decision that could return the regulation of abortion back to the states. In essence, the nation's high court could overturn *Roe v. Wade*. If that occurred, abortion would no longer be a protected "right" by the federal government but would still be legal in many states.

The Biden administration has not condemned any of the bombings and took days to condemn the assassination attempt of Supreme Court Justice Brett Kavanaugh. The attempt against Kavanaugh was narrowly averted and only after the attacker phoned into 911 his intent to kill the justice.

The assassination attempt received 0 seconds of coverage on Sunday morning news programs (with the exceptino of Fox News Sunday) immediately after the attack.

On Monday, the Republican National Convention took aim.

On Thursday, Arizona Senate candidate Blake Masters witnessed a man with a Black Lives Matter t-shirt allegedly attacking a pro-life woman by hitting her in the jaw. On May 4, a Catholic parish in

23 and counting: pro-life organizations firebombed, damaged ahead of c... about:reader?url=https%3A%2F%2Fmetrovoicenews.com%2F23-and-...

Case 7:22-cv-06950-PMH Document 32-24 Filed 09/30/22 Page 5 of 6

EXHIBIT W

Denver, Colorado, was vandalized "with smashed windows and spray-painted pro-abortion messages," the *Washington Times* reported

Democrat leaders have been criticized by some in their own party and even left-leaning media outlets like CNN for inciting the violence. But it is primarily conservatives that are calling out the violence.

Kansas Senator Roger Marshal again criticized Sen. Chuck Schumer (D-NY) who seemingly incited violence in a speech to followers during a nomination protest rally.

"Chuck Schumer called for this violence. The armed lunatic who showed up at Justice Brett Kavanaugh's home was simply following orders. Justice cannot be served under the threat of mob violence," Marshall, a Republican, tweeted.

The messaging in the attacks has many worried. "If abortions aren't safe then you aren't either," vandals wrote on a Wisconsin Family Action facility.

In Oregon, Gresham Pregnancy Resource Center was reportedly firebombed on Saturday. Images show a burned-out shell inside the center's facility, according to Life News.

The attack followed firebombings of pro-life groups and pregnancy centers in Wisconsin, Oregon, and New York.

The court could hand down its ruling on the Mississippi case any day. Barricades have been put up around the Supreme Court in Washington to guard against planned protests.

Tagged with: abortion   assassination attempt   court ruling   courts   culture   firebombs   fireboming   kavanaugh   news reporting   politics

EXHIBIT W

pro-life prolife prolife clinics SUPREME COURT

