IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE, SALLY ROE, | ) |
| Plaintiffs, | ) |
| -against- | ) Case No. 7:22-cv-06950 - PMH |
| COUNTY OF WESTCHESTER, et al., | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I, Christopher A. Ferrara, hereby certify as follows:

1. On September 30, 2022, Plaintiffs' as-filed Motion for Leave to Proceed Anonymously (ECF No. 32), Proposed Order (ECF No. 32-1), supporting Exhibits (ECF Nos. 32-2 to 32-24), and Memorandum in Support (ECF No. 33), was served upon following opposing counsel: Doreen Rich – for Defendant City of White Plains Dept. of Public Safety, at drich@whiteplains.gov who consented to service by email, and Counsel of record for the County Defendants, who were served via ECF on the same date.

2. On October 3, 2022, counsel for defendant New Rochelle Police Department was served the same documents by priority mail (see attached).

All counsel have previously been served this Court's briefing schedule for this Motion. (ECF Nos. 26, 29.)

October 3, 2022

          Respectfully submitted,

          s/<u>Christopher A. Ferrara</u>
          CHRISTOPHER A. FERRARA, ESQ.
          Special Counsel – Thomas More Society
          148-29 Cross Island Parkway
          Whitestone, Queens, New York 11357
          Telephone: (718) 357-1040
          cferrara@thomasmoresociety.org
          *Counsel for Plaintiffs*

# AFFIDAVIT OF SERVICE

| Case: 7:22-cv-6950-PMH | Court: IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | County: SOUTHERN DISTRICT OF NEW YORK | Job: 7747594 |
|---|---|---|---|
| **Plaintiff / Petitioner:** JANE DOE and SALLY ROE (pseudonyms) | | **Defendant / Respondent:** COUNTY OF WESTCHESTER; GEORGE LATIMER, Chief Executive of the County of Westchester, in his official capacity;, et al. | |
| **Received by:** ASubpoena | | **For:** Christopher A. Ferrara, ESQ CF7123 | |
| **To be served upon:** New Rochelle Police Department C/O New Rochelle Law Department ATTN: Brian Powers | | | |

I, Al Amin Mohammad, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents

**Recipient Name / Address:** New Rochelle Police Department C/O New Rochelle Law Department ATTN: Brian Powers, 515 NORTH AVENUE, NEW ROCHELLE, NY 10801

**Manner of Service:** Mail, Oct 3, 2022

**Documents:** PLAINTIFFS' MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYMS, (PROPOSED) ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYMS, MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYMS and EXHIBITS

On Oct 3, 2022, I completed service by enclosing a copy of the above document, in a postpaid sealed wrapper properly addressed to said respondent at respondent's last known residence /place of employment at 515 NORTH AVENUE, NEW ROCHELLE, NY 10801 , endorsed with the words," personal and confidential" and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, within New York State.

USPS Priority Mail #: 9405 5036 9930 0361 2156 92

Al Amin Mohammad

Christopher A. Ferrara, ESQ CF7123
Thomas More Society 148-29 Cross Island Parkway
whitestone, NY 11357
(718) 357-1040

*Subscribed and sworn to before me by the affiant who is personally known to me.*

Notary Public

Date 10/3/22

Gail Kagan
Notary Public State of New York
NO. 01KA6094470
Qualified in Westchester County
Commission Expires June 23, 2023