IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| JANE DOE and SALLY ROE, (pseudonyms) | |
| Plaintiffs,, | |
| v. | NOTICE OF APPEARANCE |
| COUNTY OF WESTCHESTER, | |
| GEORGE LATIMER, Chief Executive of the County of Westchester, in his official capacity, | Case No. 7:22-cv-06950 |
| COUNTY OF WESTCHESTER COUNTY DEPARTMENT OF PUBLIC SAFETY, | |
| TERRANCE RAYNOR, acting Commissioner of the Westchester Department of Public Safety, in his official capacity, | |
| NEW ROCHELLE POLICE DEPARTMENT, | |
| CITY OF WHITE PLAINS DEPARTMENT OF PUBLIC SAFETY, | |
| Defendants. | |

---

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP has been retained and hereby appears in the above-captioned action as attorneys for the City of White Plains Department of Public Safety and demands that all papers served or required to be served in this case be given and served upon the undersigned at the following office address and telephone number:

Wilson, Elser, Moskowitz, Edelman & Dicker LLP
1133 Westchester Avenue
White Plains, New York 10604
Attn: Peter A. Meisels, Esq.
Tel: (914) 323-7000
Fax: (914) 323-7001
E-mail: peter.meisels@wilsonelser.com

276577830v.1

PLEASE TAKE FURTHER NOTICE that, the foregoing demand also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile, e-mail or otherwise.

Dated: White Plains, New York
October 18, 2022

        WILSON, ELSER, MOSKOWITZ,
        EDELMAN & DICKER LLP

        Peter A. Meisels, Esq.

By: _____
        Attorneys for
        City of White Plains Department of Public Safety
        1133 Westchester Avenue
        White Plains, New York 10604
        (914) 323-7000

TO: CHRISTOPHER A. FERRARA, ESQ.
     Special Counsel – Thomas More Society
     148-29 Cross Island Parkway
     Whitestone, Queens, New York 11357
     cferrara@thomasmoresociety.org
     Counsel for Plaintiffs

     MICHAEL G. MCHALE, ESQ.
     Counsel – Thomas More Society
     10506 Burt Circle, Ste. 110
     Omaha, NE 68114
     mmchale@thomasmoresociety.org
     Counsel for Plaintiffs