## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JANE DOE** and **SALLY ROE** (pseudonyms) ) | |
| Plaintiffs, ) | |
| v. ) | |
| **COUNTY OF WESTCHESTER**; ) | |
| **GEORGE LATIMER**, Chief Executive of the County of Westchester, in his official capacity; ) | |
| **COUNTY OF WESTCHESTER COUNTY DEPARTMENT OF PUBLIC SAFETY**; ) ) | |
| **TERRANCE RAYNOR**, acting Commissioner of the Westchester Department of Public Safety, in his official capacity; ) ) | Case No. 7:22-cv-6950 PMH |
| ) | |
| **NEW ROCHELLE POLICE DEPARTMENT**; ) | |
| **CITY OF WHITE PLAINS DEPARTMENT OF PUBLIC SAFETY**, ) | |
| ) | |
| Defendants ) | |

## CERTIFICATE OF SERVICE

I, Christopher A. Ferrara, hereby certify that on October 21, 2022, I served the Reply Brief on Plaintiffs Motion to Proceed with Pseudonyms:

1) by ECF on counsel for County Defendants and White Plains Dept. of Public Safety

2) by email on counsel for New Rochelle Police Dept. by consent.

Dated: October 21, 2022

                                                Respectfully submitted,

                                                s/ Christopher A. Ferrara

CHRISTOPHER A. FERRARA, ESQ.
Special Counsel – Thomas More Society
148-29 Cross Island Parkway
Whitestone, Queens, New York 11357
Telephone: (718) 357-1040
cferrara@thomasmoresociety.org
*Counsel for Plaintiffs*