Westchester
gov.com

**George Latimer**
**County Executive**

**John M. Nonna**
**County Attorney**

October 27, 2022

Hon. Philip M. Halpern, U.S.D.J.
The Hon. Charles L. Brieant Jr.
Federal Building and Courthouse
300 Quarropas Street, Room 530
White Plains, NY 10601
*Via ECF*

      Re:    *Doe v. County of Westchester, et al.*, 22-cv-06950 (PMH)

Dear Judge Halpern:

      This letter is submitted on behalf of Defendants County of Westchester, George Latimer, County of Westchester Department of Public Safety, and Terrance Raynor (collectively, "County Defendants") to respectfully request that Your Honor so-order the enclosed stipulation which would extend the time for the County Defendants to respond to the complaint in this matter.

      As Your Honor knows, a motion by the Plaintiffs to proceed under pseudonym is *sub judice*. Currently, the County Defendants' response to the complaint is due on November 7, 2022. The proposed stipulation would extend the time for the County Defendants to respond to the complaint until the later of 20 days after a decision on the pseudonym motion or 20 days after Plaintiffs file an updated complaint, if the Court denies the motion and orders Plaintiffs to disclose their names. This is the County Defendants' first request to extend their time to respond to the complaint.

      Thank you for your attention to this matter.

                                                                Sincerely,

                                                              /s/Justin R. Adin
                                                              Deputy County Attorney