UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X

**JANE DOE** and **SALLY ROE** (pseudonyms),

                Plaintiffs,

    -against-

**COUNTY OF WESTCHESTER**;

**GEORGE LATIMER**, Chief Executive of the County of Westchester, in his official capacity;

**COUNTY OF WESTCHESTER COUNTY DEPARTMENT OF PUBLIC SAFETY**;

**TERRANCE RAYNOR**, acting Commissioner of the Westchester Department of Public Safety, in his official capacity;

**NEW ROCHELLE POLICE DEPARTMENT**;

**CITY OF WHITE PLAINS DEPARTMENT OF PUBLIC SAFETY**,

                Defendants.

---------------------------------------------------------------------- X

**Case No.: 7:22-cv-06950 (PMH)**

     **PLEASE TAKE NOTICE** that Benjamin Sonnenfeldt, Esq. of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, an attorney duly admitted to practice law before this Court, hereby appears on behalf of the defendant, **CITY OF WHITE PLAINS DEPARTMENT OF PUBLIC SAFETY** in the above captioned action and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon her at the following address:

    Benjamin Sonnenfeldt, Esq.

    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

    1133 Westchester Avenue

    White Plains, New York 10604

    Telephone number:    914-323-7000

    Facsimile:    914-323-7001

    E-mail:    benjamin.sonnenfeldt@wilsonelser.com

Dated: White Plains, New York
October 27, 2022

        Yours, etc.

        WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____

        Benjamin Sonnenfeldt
        Attorneys for Defendant
        CITY OF WHITE PLAINS
        DEPARTMENT OF PUBLIC SAFETY
        1133 Westchester Avenue
        White Plains, NY 10604
        (914) 323-7000
        Benjamin.sonnenfeldt@wilsonelser.com

TO:
CHRISTOPHER A. FERRARA, ESQ.
CF7123 Special Counsel – Thomas More Society 1
48-29 Cross Island Parkway
Whitestone, Queens, New York 11357
(718) 357-1040
cferrara@thomasmoresociety.org

MICHAEL G. MCHALE, ESQ.
Counsel – Thomas More Society 10506 Burt Circle, Ste. 110
Omaha, NE 68114
Telephone: 402-501-8586
mmchale@thomasmoresociety.org