UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE and SALLY ROE,<br><br>         Plaintiffs,<br><br>  – against –<br><br>COUNTY OF WESTCHESTER, *et al.*,<br><br>         Defendants. | 22-cv-6950 (PMH)<br><br>**STIPULATION** |

**IT IS HEREBY STIPULATED AND AGREED THAT** the time for Defendants County of Westchester, George Latimer, County of Westchester Department of Public Safety, and Terrance Raynor, to Answer or otherwise respond to the Complaint in this action is extended to the later of twenty (20) days following the decision of the Court on Plaintiffs' motion to proceed under pseudonyms or twenty (20) days following the filing of an updated complaint if the Court denies said motion and requires the filing of a complaint with the names of Plaintiffs included, should Plaintiffs elect to proceed under their real names.

Dated: October 26, 2022

s/Christopher A. Ferrara
_____
Christopher A. Ferrara
Special Counsel – Thomas Moore Society
*Attorney for Plaintiffs*
148-29 Cross Island Parkway
Whitestone, Queens, New York 11357

/s/John M. Nonna
_____
John. M. Nonna
Westchester County Attorney
*Attorney for County Defendants*
Michaelian Office Building
148 Martine Avenue, 6th Floor
White Plains, New York 10601

**SO ORDERED**

Dated: White Plains, New York
    October 31, 2022

_____
Philip M. Halpern
United States District Judge