

October 28, 2022

> Application granted.
>
> The time for Defendant White Plains Department of Public Safety to respond to the Complaint is extended to the later of (i) 20 days after a decision on Plaintiff's pseudonym motion or (ii) 20 days after the filing of an Amended Complaint if Plaintiff's pseudonym motion is denied.
>
> **SO ORDERED.**
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>          October 31, 2022

*Via Electronic Filing _ PACER*
Hon. Philip M. Halpern, U.S.D.J.
The Hon. Charles L. Brieant Jr.
Federal Building and Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:     *Doe v. County of Westchester, et al.*, 22-cv-06950 (PMH)

Dear Judge Halpern:

We represent the defendant White Plains Department of Public Safety (hereinafter, "White Plains").  We join in the County Defendants' request to extend the time to respond to the complaint.  Plaintiffs have not responded to our request for consent.

We are requesting this extension as we have just recently been retained to represent White Plains in this matter.  At present, White Plains' response to the complaint is due on November 7, 2022.  In addition, there is a pending motion to proceed pseudonymously before this Court.  Depending on the outcome, our firm may need to run an updated search for conflicts.  White Plains is therefore requesting that our time to respond to the complaint be extended to either: (i) 20 days after a decision on the pseudonym motion if the motion is granted, or (ii) 20 days after Plaintiff files an amended caption if the motion is denied.  White Plains has not made any previous requests for extensions of time to respond to the complaint in this case.

1133 Westchester Avenue | White Plains, NY 10604 | p 914.323.7000 | f 914.323.7001 | wilsonelser.com

Albany, NY | Atlanta, GA | Austin, TX | Baltimore, MD | Beaumont, TX | Birmingham, AL | Boston, MA | Charlotte, NC | Chicago, IL | Dallas, TX | Denver, CO
Detroit, MI | Edwardsville, IL | Madison, NJ | Garden City, NY | Hartford, CT | Houston, TX | Jackson, MS | Las Vegas, NV | London, England | Los Angeles, CA
Louisville, KY | McLean, VA | Merrillville, IN | Miami, FL | Milwaukee, WI | Nashville, TN | New Orleans, LA | New York, NY | Orlando, FL | Philadelphia, PA | Phoenix, AZ
Raleigh, NC | San Diego, CA | San Francisco, CA | Sarasota, FL | Seattle, WA | Stamford, CT | St. Louis, MO | Washington, DC | West Palm Beach, FL | White Plains, NY



- 2 –

Hon. Philip M. Halpern, U.S.D.J.

                              Respectfully yours,

                              WILSON, ELSER, MOSKOWITZ,
                              EDELMAN & DICKER, LLP
                              *Attorneys for the City of White Plains Department of Public Safety*

                              Benjamin W. Sonnenfeldt, Esq.
                              1133 Westchester Avenue
                              White Plains, New York 10604
                              (914) 323-7000

CC:  All Parties Via ECF