# EXHIBIT A



## Statement of Peace

40 Days for Life is committed to ending the scourge of abortion through prayerful, peaceful, lawful vigils demonstrating truth, love & compassion. Please sign this Statement if you wish to participate in any 40 Days for Life activity:

I, _____, agree to abide by this Statement of Peace:
<br>   Print Name

- I will pursue only peaceful, prayerful and lawful solutions to the violence of abortion by supporting life from natural conception to natural death
- I will show compassion and reflect Christ's love to all
- I will not intentionally cause harm or commit crimes or violence
- I am in no way, directly or indirectly, associated with any abortion provider including Planned Parenthood

While participating in a 40 Days for Life activity:
- I will not obstruct or block driveways, sidewalks, roadways or any lawful passage
- I will not litter, deface, damage or trespass on another's property
- I will closely attend to any minors in my care
- I will not threaten, curse, yell at or verbally abuse anyone
- I will neither commit any act of violence, threaten or touch any person, nor display or discuss weapons
- I will be polite and cooperative with law enforcement and valid civil authority
- If asked to leave by a valid authority, I will comply and contact 40 Days for Life HQ
- I will not advocate for or against any candidate for elective office, any proposed or actual legislation, or any ballot initiative

I will strive to maintain the safety of myself and others by:
- Trying to have at least two vigil participants on site at a time and never being alone after dark
- Holding vigil in a safe, public and lawful location
- Immediately calling and cooperating with law enforcement and recording any incident if I feel unsafe or if any act of violence or damage is made or threatened
- Leaving and calling law enforcement if I feel threatened or endangered

Name & Signature: _____ Date:_____

Address: _____

E-mail: _____ Phone:_____

If the participant is a minor who is unaccompanied by a parent/guardian, a parent/guardian must complete the following:

## PARENTAL CONSENT

I, the minor's parent and/or legal guardian, have read and understand and agree with this Statement of Peace and agree to all terms or behalf of myself and my child/charge; I agree to be responsible on his/her behalf to the fullest extent of the law.

I,_____, give my permission for _____, to participate in a 40 Days for
<br>   Print Name                                                                      Print Minor's Name

Life prayer vigil or other activity.

Name & Signature: _____ Date:_____