# EXHIBIT B

EXHIBIT B





EXHIBIT B





<mark>Case 7:22-cv-06950-PMH   Document 45-2   Filed 11/23/22   Page 5 of 7</mark>

EXHIBIT B





EXHIBIT B