# EXHIBIT C





## THERE IS A WAY

### What if this pregnancy doesn't mean your life is over?



Our whole lives are spent planning. From the time we can barely talk, people are asking us what we're going to do with our lives. After so many plans and expectations, an unexpected pregnancy can seem like your life is over. Especially if it seems like no one but that little voice deep in your heart hopes there is any possibility for making this work. Well, what if that little voice is right? What if this pregnancy isn't the worst thing possible? What if everything will again be all right—and even better than all right? The Visitation Mission is here to help you unfold the beautiful promise that lies hidden in the unexpected: your greatest self, waiting to emerge.

You have a lot of dreams yet to accomplish. The powerlessness you feel now is not who you know yourself to be. There are so many unanswered questions, so many seeming impossibilities. But the passion that has already given shape to your hopes and ambitions in life is what reveals the strength you are capable of as a woman, even in the most confusing of circumstances.

▶ **YOU CAN DO THIS, AND YOU ARE NOT ALONE.**

## Take the first step.

---

## THERE ARE RESOURCES

### You might have practical concerns during your pregnancy.

**THERE ARE RESOURCES AVAILABLE TO YOU:**

- **Housing** - A place you can call home; one that meets your needs.
- **Professional Services** - Whether you need medical or legal support, assistance in continuing your education, or help finding employment, talented professionals are ready to assist you.
- **Friends on the Journey** - Inspired by your courage and strength, there are many who are eager to make themselves available to provide emotional and material support.
- **Other Needs** - There are those with resourceful minds who will help you consider all possibilities.



Everyone in my family and his family, including the father of the baby, was pressuring me to get an abortion. Somehow I just could not see that as an option...Luckily, I was given the number of the Visitation Mission, and I was pretty much out of hope when I spoke to them. Now I am living in a safe place, and I start college in the fall.

-Michelle

---

## YOU DO HAVE SUPPORT

### You are not alone.

The Sisters and Co-workers of the Visitation Mission are eager to listen to you, your hopes, and your struggles. We can help find real possibilities during a difficult time. We want to walk with you and see you thrive. Take that first step.

Call us: 877.777.1277
Text us: 212.203.8716
visitationcenterus.org

### Walking together.



In the heart of every woman is the longing to be heard.
To be understood.
To be believed in.
To be seen for her unique beauty and goodness that all too often she doesn't see in herself.

### You are a gift.

### We believe in you.

Let's talk and find that solution you can live with.

**877.777.1277**



# Pregnant?

## What if this pregnancy doesn't mean your life is over?

## There is a way.

Let's walk this together.
Call us. Free support.

877.777.1277



Suddenly,
when all seems lost
a door opens.

**Sisters of Life
Visitation Center**
20 Cardinal Hayes Place
New York, NY 10007

Take the first step. Call us.
Free support.

**Call us: 877.777.1277**
**Text us: 212.203.8716**
visitationcenterus.org

When the Visitation Center told me that everything would be all right, I thought they were crazy. But they weren't crazy. Everything turned out better than all right. I will never regret. I will never mourn the loss of my child. I made a choice I can live with.

—Rachel



## FINDING HEALING

For two months I had been carrying around a crumpled Hope and Healing pamphlet I found at the back of the church and was finally ready to reach out. I emailed the Sisters, and mentioned that I had more than one abortion. I was received with such compassion, such mercy that, I knew I had come to the right place.

It was a freezing-cold January morning the day the retreat began. I kept asking the Blessed Mother to help me the whole way to the retreat center, and almost turned around three times. I walked up to the door and rang the bell, "Here goes nothing." The door opened and I was greeted by a Sister. She was so warm, welcoming, and without an ounce of judgment or ridicule.

As I walked into that chapel with the sun streaming in through the stained glass, I knelt down and let out a sigh of relief. I felt a warm blanket of love wrap around me as if I were home. I could have knelt there all day. For the first time in a very long time, I knew I was safe, and I knew this is where I belonged to be healed. - Carey

The Sisters of Life walk in solidarity with those suffering after abortion on the journey of healing.

### Where can I begin?

**1. Individual meetings:**

We believe that God has a unique and beautiful plan of healing for each woman who contacts us. Many who are suffering alone experience great peace as they are able share their burdens with another. The Sisters are available to meet with women individually in person or over the phone as they walk through the journey of healing.




**2. Retreats:**

The Sisters host monthly Days of Prayer and Healing, monthly Gatherings, and Hope and Healing Weekend Retreats. These events are opportunities to experience the loving mercy of God in a safe and sacred space.

All retreats are led by the Sisters of Life and women who have experienced both the suffering of abortion and the joy of healing in Christ. The retreats are directed by faithful priests who have a sensitivity and a heart for those who suffer. They include witnesses of mercy, Scripture sharing, personal prayer, opportunity for Sacramental Confession, and the Holy Sacrifice of the Mass.



"For so long I defined myself by my abortions. It affected all my thinking. After the Day of Prayer and Healing everything changed. I learned that I am defined by God's infinite love for me."
- Eileen

Sisters of Life at 866.575.0075 or
hopeandhealing@sistersoflife.org

**EXHIBIT C**

W.40DAYSFORLIFE.COM



**STEP into HOPE.**

FREE PREGNANCY HELP

Take the first step.
Move beyond the fear.
*You are worth it.*

For confidential 24/7 help:

Call: 1-800-712-4357
Text: "HELPLINE" to 313131
optionline.org

---

UNPLANNED PREGNANCY?
Call: 877.777.1277 / Text: 212.203.8716
http://bit.ly/pregnancy-help

ABORTION PILL REVERSAL
877.558.0333
abortionpillreversal.com

ADVERSE PRENATAL DIAGNOSIS?
Call: 877.777.1277 / Text: 212.203.8716
http://bit.ly/pregnancy-help

NEED HEALING FROM AN ABORTION?
Call Hope & Healing Mission:
866.575.0075
http://bit.ly/Hope-Healing

---

UNPLANNED PREGNANCY?
Call: 877.777.1277 / Text: 212.203.8716
http://bit.ly/pregnancy-help

NEED HEALING FROM AN ABORTION?
Call Hope & Healing Mission:
866.575.0075
http://bit.ly/Hope-Healing

SUFFERING INFERTILITY?
Call The Gianna Center: 212.481.1219
nationalgiannacenter.org

ADVERSE PRENATAL DIAGNOSIS?
Call: 877.777.1277 / Text: 212.203.8716
http://bit.ly/pregnancy-help

---

**STEP into HOPE.**

Take the first step.
Move beyond the fear.
*You are worth it.*

RESPECT LIFE OFFICE / ARCHDIOCESE of NEW YORK

lifeofficenyc.org
646.689.2613



**MATERNITY SERVICES AVAILABLE (as of February 2014)**

The following organizations assist women facing an unplanned pregnancy and offer or refer for free pregnancy tests, counseling, material & emotional support, medical care, educational programs, housing, support groups.  *Please note: The Family Life/Respect Life Office provides referral information for these agencies solely for your information. While the Office supports the assistance these agencies provide with regard to pregnant women, we are not responsible for their policies, the views they express, the products and services they offer, or the content of their materials or websites.*

- **Catholic Guardian Society and Home Bureau** 1011 First Ave., NYC Hotline: 1-800-592-HELP.  The CHB is an affiliated agency of Catholic Charities of the Archdiocese of New York (adoption services available).

- **Sisters of Life** *Visitation Mission (212) 737-0221 or (877) 777-1277 http://www.sistersoflife.org/visitation-mission-pregnancy-help*

- **Midtown Pregnancy Support Center** www.mpsc.org  104 E.40th St. Suite 706, NYC (212) 689-1705 Offers Christian pregnancy/post-abortion counseling *specially suited to professional women.*

- **Life Options** 10 St. Joseph Avenue, Yonkers, NY 10703 (914) 620-4464  Free pregnancy tests, mentoring, emotional and material support through the first year of child's life. Phone line is answered 24/7.

- **Pregnancy Help, Inc.** www.pregnancyhelp.com  233 West 14th Street, NYC (212) 243-7119

- **Life Center of New York** 6802 5th Ave, Brooklyn NY (718) 748-4992.  Tries having at least 1 Spanish-speaking counselor available @ all times.

- **Catholic Charities of Bklyn/Queens Brooklyn NY** (718) 625-7800 Also in Jackson Heights NY.

- **Boro Pregnancy Counseling Center** www.bpcc.org Flushing, NY (718) 961-4357

- **Life Center of Long Island**  www.lifecenterli.org  Deerpark (631)243-2373,  Massapequa (516) 798-9100, and Hempstead (516) 408-6300.

- **Crossroad Foundation** cross_road_foundation@hotmail.com  Staten Is NY (718) 667-6035.

- **Pregnancy Care Center** www.pregnancycarecenter.net 466 Main Street, New Rochelle NY (914) 235-9535

- **CareNet of Rockland** www.carenetrockland.com  2 Pearlman Drive, Ste L9 Spring Valley NY (845) 352-6074

- **My Choice Pregnancy Care Center** – www.mychoicepcc.com 388 Blooming Grove Tpk, New Windsor, NY (845) 294-1812

- **Sullivan County Pregnancy Support Ctr.** 155 N. Main St. Liberty, NY (845) 292-2224

- **The Care Center** Islandia, NY (631) 630-9779



# MATERNITY HOMES

The following Maternity Homes offer a place to live for teens &/or women: pregnant only **[PO]**, pregnant & with one or more children already born **[P&OC]**, or single mothers not currently pregnant **[SM]**.

- **Covenant House** [Teens to age 21.5 yrs: **PO, P&OC, SM**] NYC 212-613-0300

- **New York Foundling Hospital** [Teens: **PO**] NYC (212) 886-4073

- **Rosalie Hall** [Teens & early 20's exceptions : **PO**] Bronx NY (718) 920-9800. Contact: Sr. Ellen Hunt. Very structured program specially able to serve young women with challenging backgrounds; most referrals come through EAU or are court-mandated.

- **Angela House** [18 & over: **SM** with 1 child ,birth to age 5] Bronx NY 718-231-7592

- **Good Counsel, Inc.** [any age: **PO**, **P&OC**, **SM** with babies 1-6 weeks old] www.goodcounselhomes.org Five locations in NY: South Bronx, Staten Island, Spring Valley, Poughkeepsie, Harrison. All placements through Hotline 1-800-723-8331. Each home is structured & long-term. Note: Harrison serves those struggling with Drug & Alcohol Addiction &/or Mental Sufferings.

- **Mitty Residence** [18 & over: **PO, P&OC, SM**] Bronx NY (718) 365-3299 All referrals from the Emergency Assistance Unit (EAU) at 1511 East 151 St, Bronx NY.

- **Angel Guardian Home** [Teens only: **SM**] Brooklyn NY 718-638-7424

- **Missionaries of Charity** [18 & over: **PO, P&OC**] Brooklyn NY 718-453-7428.

- **St. Francis Residence** [18 & over: **PO, P&OC, SM** with babies to 3 months old] Brooklyn NY 718-855-8861 Normally receives women in their 3rd trimester of pregnancy; the usual length of stay is 1year from entrance.

- **Seton Residence** [18 & over: **PO, P&OC, SM**] Brooklyn NY (718) 518-8302 All referrals from the Emergency Assistance Unit (EAU) at 1511 East 151 St, Bronx NY

- **Elinor Martin Residence** [18 & over: **PO, SM** with one child birth to age 1] White Plains, NY. Contact the Pregnancy Care Center: 914-235-9535 Usually receives women in their 3rd trimester of pregnancy or after birth.

- **Momma's House** [**PO, P&OC,SM**] Wantaugh, NY (516) 781-8637 (Has several Homes on Long Island).

# POST–ABORTION SERVICES AVAILABLE

These organizations provide healing services to men and women who have suffered abortion

- **Lumina** www.postabortionhelp.org  (718) 881-8008 or (877) 586-4621 Contact: Theresa Bonapartis Provides referrals for peer group support, post–abortion ministers & clergy, professional counselors.

- **Sisters of Life Entering Canaan Mission**  http://nyfamilylife.org/project-rachel/retreats (718) 881-8008 or (877) 586-4621 for Day/Weekend Retreats, & f/u Gatherings.