# EXHIBIT D

EXHIBIT D



