# EXHIBIT E

EXHIBIT 5
:22-cv-06950-PMH   Document 45-5   Filed 11/23/22   Page

## Do you feel...

scared?
nervous?
alone?
angry?
frustrated?
overwhelmed?

## Do you wonder...

how did this happen to me?
what am I supposed to do now?

## Do you want...

help?
support?
answers?

Who will listen and really understand how scared & sick and angry you are?

## We will!

---

valuable human beings with basic rights and individual needs.

**We care about you.**
It is never too late to pray! Stop and ask Jesus to help you. He loves you more than you can possibly imagine. His power is greater than any problem, and he can heal any wound. He is waiting to help you. All you have to do is ask!

"Dear Jesus, I am scared and I don't know what to do. Please come and be with me right now. Show me what to do and give me the strength to do it.
Amen"

### YOU ARE PRECIOUS IN GOD'S EYES!

### Post Abortion Healing

**Lumina**
http://postabortionhelp.com/pah
(877) 586-4031, or email
lumina@postabortionhelp.org

**Sisters of Life**
866.575.0075
hopeandhealing@sistersoflife.org

**Rachel's Helpers**
347.702.2352

**A LAMP FOR LIFE**   718-501-LIFE
lampforlife@lumensmercy.org

---

## Pregnant? Worried?

## We'll Help!

**BROOKLYN**
*EMC Pregnancy Center*
44 Court ST, #913   718-596-6300
*LIFE CENTER of NEW YORK*
6802 3rd Ave. (68th St.)   718-748-8932

**QUEENS**
*BRIDGE to LIFE*
147-31 Sanford Ave.   718-463-1810
*EMC Pregnancy Center (Corona)*
8908 Roosevelt Ave.   718-651-0400

**MANHATTAN**
*PREGNANCY HELP*
233 W. 14th St.   212-245-7119
*SISTERS OF LIFE*
127 E. 71st St.   212-737-0221
*AVAIL*
110 E. 40th St.   212-689-1705
*GIANNA CENTER*
15 E. 40th St., Ste 101   212-481-1219

**BRONX**
*EMC Pregnancy Center*
304 East 149th St.   718-402-6300

## How we can help you:

- Free Pregnancy test
- Free ultrasound
- Counseling as needed with parents, boyfriend, or husband
- Professional services (legal, medical, employment)
- Offer you spiritual support
- Show you how you can continue with school
- Arrange for housing

*All services offered with strict confidentiality.*

*Our help is free.*

We will help you - before, during, and after your pregnancy.

## Did you know?

### Abortion - Possible health risks

Physical
- Perforation of uterus or cervix
- Increased risk of cervix cancer
- Death
- Retained placenta of fetal parts
- Complications for future pregnancies

Mental
- Feelings of guilt & anxiety
- Suicidal thoughts
- Sexual dysfunction
- Eating disorders
- Drug & alcohol abuse
- Repeat abortions

For more information: www.abcofwomen.org

### Abortion Pill - possible health risks

*(The RU-486 pill is offered up to 49 days or 7 weeks of pregnancy. You may have to agree to have a surgical abortion if the pill does not work.)*

- heavy bleeding/hemorrhaging
- infection
- death
- vomiting, diarrhea, severe pain
- damage to the uterus

For more information, visit www.abortionpilllinks.org

### Contraceptives: possible health risks

- Blood clots (can cause strokes)
- Breast cancer
- Cervical cancer
- Infertility
- Weight gain
- Mental depression
- Abortifacient (cause medical abortion)

For more information, visit www.drcrilla.edu.org





**EXHIBIT 5**



Cuando en el Centro de la Visitación me dijeron que todo saldría bien, pensé que estaban locos, pero no era una locura. Todo salió mucho mejor de lo esperado, y yo nunca tendré que arrepentirme de mi decisión. Nunca tendré que llorar la pérdida de mi hijo. Tomé la decisión que me permite vivir en paz.

– Raquel

De repente
cuando todo parece
perdido se nos
abre una puerta.

Toma el primer paso.
Llámanos.
Apoyo gratis.

**Hermanas de la Vida
Centro de la Visitación
visitationcenterus.org**

Llámanos: 877.777.1277
Texto: 212.203.8796



¿EMBARAZADA?

Te dicen, esto no
puede funcionar.
Talvez no te conocen.

Hay un camino.

Recorrámoslo juntas.

Llámanos. Apoyo gratis.
877.777.1277

...este embarazo no significa que tu vida se acabó?

Toda nuestra vida la pasamos planeando. Desde que apenas podemos hablar la gente nos pregunta qué vamos a ser cuando seamos mayores. Después de tantos planes y expectativas, un embarazo inesperado puede hacernos creer que nuestra vida ha llegado a su fin. Especialmente si parecieran que todos, con excepción de ese vocecita que nos habla desde el fondo de nuestro corazón, nos aseguran que no hay ninguna posibilidad de hacer que esto funcione. Bueno, ¿y qué tal si todo vuelve a estar bien? La Misión de la Visitación está aquí para ayudarte a descubrir la linda promesa que se esconde en lo inesperado: lo más grande de lo que está a punto de surgir.

Tienes muchos sueños por lograr todavía. La impotencia que sientes ahora no revela la persona que tú eres. Hay tantas preguntas sin respuesta y tantas imposibilidades aparentes. Pero la pasión que guía tus esperanzas y ambiciones en tu vida es la que expresa la fortaleza de la que eres capaz como mujer, incluso en las circunstancias más dolorosas y difíciles.

**TÚ PUEDES HACERLO. Y NO ESTÁS SOLA.**

## HAY RECURSOS

Puedes tener preocupaciones prácticas durante tu embarazo.

**HAY RECURSOS DISPONIBLES PARA TI:**

**VIVIENDA**
Un lugar al que puedas llamar hogar y que satisfaga tus necesidades.

**SERVICIOS PROFESIONALES**
Sea que necesites apoyo médico o legal, apoyo para continuar tu educación o buscar empleo, tenemos profesionales que están dispuestos a ayudarte.

**COMPAÑEROS DE VIAJE**
Inspirados por tu valor y determinación hay muchas personas que desean ayudarte en tus necesidades emocionales y materiales.

**OTRAS NECESIDADES**
Contamos con la ayuda de personas inteligentes y prácticas que te ayudarán a considerar todas las posibilidades.

Todas en mi familia o en la de él, incluyendo el papá del bebé, me presionaban para que tuviera un aborto. De alguna manera yo no pude considerarlo como una opción. Afortunadamente, ingresé en el albergue de la Misión de la Visitación y cuando llené mis esperanzas estaban muy bajas. Ahora vivo en un lugar seguro y empiezo la universidad en el otoño. – Ana



**Toma el primer paso.**

## NO ESTÁS SOLA.

Las hermanas y colaboradores de la Misión de la Visitación desean escucharte, conocer tus esperanzas y dificultades. Podemos ayudarte a encontrar verdaderas posibilidades durante este tiempo difícil. Queremos caminar contigo y verte triunfar. Toma el primer paso.



**Llámanos:** 877.777.1277
**Texto:** 212.203.8716
visitationsisters.org

## Caminemos Juntas.

En el corazón de cada mujer está el deseo de ser escuchada. De ser comprendida. De que se la confíe. De ser admirada en su más profunda belleza y en tu bondad que tantas veces ella misma no ve.



**Tú eres un regalo.**

**Nosotras creemos en ti.**

Hablemos y encontremos la solución con la que puedas vivir en paz.




877.777.1277

**EXHIBIT E**

## Stepping into Mercy

### A NEW BEGINNING

"I am no longer alone. After 29 years of silence, shame, fear, regret, and pain I reached out. The Day of Prayer and Healing marked a new beginning in my life. Being in the presence of other women who shared their experience of abortion, I was lifted up and found the support I needed." - Eileen

**What if I have never told anyone about my abortion, is it confidential?** The day is completely confidential. We do not discuss the day outside of the gathering. We ask all who participate to honor this confidentiality. It is a very safe and healing environment.

**What if I don't feel like sharing or talking with anyone?** That is completely fine. There is no pressure to speak. There is much to be gained by being part of a group and listening to others.

**What if I've had more than one abortion?** God's mercy is infinite and He never tires of forgiving us. Jesus said to St. Faustina, "The greater the sinner the greater right he has to my mercy." We stake our lives on the truth that God is merciful. He is a loving Father who never rejects anyone who comes to him.

**Entering Canaan**
**Days of Prayer and Healing for Women**
(Developed by Theresa Bonopartis with the Sisters of Life)

If you would like to speak to a Sister, or find out more about our monthly Days of Prayer and Healing, contact the Sisters of Life at:

866.575.0075 (toll free)
hopeandhealing@sistersoflife.org

For men:
877.586.4621 (toll free)
Lumina@postabortionhelp.org

## Ocean of mercy

I want everyone to know that His mercy is much greater than our sins.
- Jeanine

# EXHIBIT E

## reigning mercy

If you have suffered from abortion, you may be experiencing:
Guilt, shame, anxiety, depression, nightmares, suicidal or abusive behavior, eating disorders, suicidal thoughts...

These are some of the symptoms of Post Abortion Stress. The pain is real but you do not have to suffer alone. Our God of Mercy wants to heal you and give you the peace He desires you to have. There are people dedicated to helping you—do not be afraid to reach out for help.

ENTERING CANAAN, Prayer and Healing Retreats, help those suffering the effects of abortion. We offer a safe place, a way out of the pain, in a non-judgmental atmosphere.

Our Days and Weekends of Prayer and Healing include: Stories of mercy, scripture sharing, the Sacrament of Reconciliation, personal prayer, the Holy Sacrifice of the Mass and quiet time.

---

It is said that God can bring good out of all things, even recover or pain if we can surely truly represent. There is not a time when I would have looked into God's someone — especially a life just like the one I had committed. The "unforgivable" sin of what him. Now I know, enough personal experience that God does bring good out of all things... if we let him. I knew that some of you yet produce, thinking, "but I hurt made them one abortion," or "you hated them probably worse than I..." or "he just hated me to cheat," etc. But this process of healing from abortion isn't about who you are and what you've done, it is about who He is and what He's done.

When I look back at where I have come from, the guilt, the shame, the grief, it is with continual amazement and a deep joy and gratitude that I live my life now. Instead of doubting His love and goodness toward me, I have come to expect it. For those who take this journey of healing with complete trust and abandonment, the Mercy of God is there for the taking. With it comes a new found life, one that is full of peace. I have come to know this peace because He never lives within me. I no longer feel the need to be perfect, I have bared my soul to the Lord and he has loved me in spite of my imperfection. I no longer fear abandonment — I have learned He never abandoned me — even after my abortion. Through my child lost to abortion, He has taught me the difference between true love and self-centered selfishness.

Through the forgiveness I have been offered by God and my sister, I have learned it is my true role in life to model the compassion and mercy he shows. Now I am truly able to reach out to others, to forgive them, to touch them, to accept them and be patient with them. Because I know I could not have done the things I had done without the grace of God, I am able to observe others with a new compassion. It is much easier now not to judge. Rather than focus on people's faults or failings, I can see them in the situation they are in with an understanding I haven't had before. My life has been turned around. My priorities have been rearranged.

I want to be you. It is so satisfying giving. You have not served me before, it's beginning to see the ready faith we have. You to take an end always be the other things we often have to face are the same fear that I would worry about my dreams to the firstborn. We people who had a call to having them through the abandonment, sickness, and pain and will call out of this love within. You realize how hard the journey, it is never as difficult as what you are doing with now. I trust you in and say that you will, begin your journey toward hoping by reaching out to those trained to help. In choosing yourself to those willing to pass abortion, and more importantly, by putting your trust in God, even if you don't "feel" it called. You are not alone in your feelings, there are mourns for them. There is not more for "pains" in community to process. We have lost our children and we need to be allowed to grieve for them. Through finding you, will become a better person in spite of your abortion. God is the Mercy and love is waiting for you. I will be praying for you.

*Theresa Bonopartis*

EXHIBIT E



The Church is aware of the many factors which may have influenced your decision, and she does not doubt that in many cases it was a painful and even shattering decision. The wound in your heart may not yet be healed. Certainly what happened was real and remains terribly wrong. But do not give in to discouragement and do not lose hope. Try rather to understand what happened and face it honestly. If you have not already done so, give yourselves over with humility and trust to repentance. The Father of Mercies is ready to give you his forgiveness and his peace in the Sacrament of Reconciliation. You will come to understand that nothing is definitively lost and you will also be able to ask forgiveness from your child, who is now living in the Lord..."

—Blessed Pope John Paul II *Evangelium Vitae #99*

### Honoring Gianna
### DAYS OF PRAYER & HEALING
for women

September 14, 2013
October 5, 2013
November 16, 2013
January 18, 2014
February 15, 2014
March 15, 2014
May 31, 2014

Call for future dates and other events.

For more information or to register contact Sisters of Life at:
866.575.0075 (toll free)
hopeandhealing@sistersoflife.org
or Theresa Bonopartis:
877.586.4621 (toll free)
Lumina@postabortionhelp.org

To register for men:
Toll free: 877.586.4621
Lumina@postabortionhelp.org

## Reigning Mercy

Letting Mercy Himself
flow through and heal our hurting souls.

THE OCEAN OF JESUS' MERCY

**EXHIBIT 5**



## FINDING HEALING

For two months I had been carrying around a crumpled Hope and Healing pamphlet. I found it at the back of the church and was finally ready to reach out. I emailed the Sisters, and mentioned that I had more than one abortion. I was received with such compassion, such mercy that, I knew I had come to the right place.

It was a freezing cold January morning the day the retreat began. I kept asking the Blessed Mother to help me the whole way to the retreat center, and almost turned around three times. I walked up to the door and rang the bell, "Here goes nothing." The door opened and I was greeted by a Sister. She was so warm, welcoming, and without an ounce of judgment or ridicule.

As I walked into that chapel with the sun streaming in through the stained glass, I knelt down and let out a sigh of relief. I felt a warm blanket of love wrap around me as if I were home. I could have knelt there all day. For the first one in a very long time, I knew I was safe, and I knew this is where I belonged to be healed. – Carra

### The Sisters of Life walk in solidarity with those suffering from abortion.

Where can I begin?

**1. Individual meetings**

We believe that God has a unique and beautiful plan of healing for each woman who contacts us. Many who are not being alone experience great peace as they are able share their burdens with another. The Sisters are available to meet with women individually in person or over the phone as they walk through the journey of healing.



**2. Retreats**

The Sisters host monthly Days of Prayer and Healing, monthly Gatherings, and Hope and Healing Weekend Retreats. These events are opportunities to experience the loving mercy of God in a safe and sacred space.

All retreats are led by the Sisters of Life and women who have experienced both the suffering of abortion and the joy of healing in Christ. The retreats are directed by faithful priests who have a sensitivity and a heart for those who suffer. They include witnesses of mercy, Scripture sharing, personal prayer, opportunity for Sacramental Confession, and the Holy Sacrifice of the Mass.



> "For so long, I defined myself by my abortions. It affected all my thinking. After the Day of Prayer and Healing, everything changed. I learned that I am defined by God's infinite love for me."
> – Eileen

Sisters of Life at 866.575.0075 or hopeandhealing@sistersoflife.org

EXHIBIT E

Suddenly, when all seems lost a door opens.

When the Visitation Center told me that everything would be all right, I thought they were crazy. But they weren't crazy. Everything turned out better than all right. I will never regret. I will never loose the love of my child I made a choice I can live with.

-Rachel

Sisters of Life
Visitation Center
visitationcenter.nyc.org

Take the first step. Call us.
Free support.

Call us: 877.777.1277
Text us: 212.203.8716

What if this pregnancy doesn't mean your life is over?

There is a way.

Let's walk this together.
Call us. Free support.

877.777.1277

EXHIBIT E

## What if this pregnancy doesn't mean your life is over?



Our whole lives are spent planning. From the time we can barely talk people are asking us what we're going to do with our lives. After so many plans and expectations, an unanticipated pregnancy can seem like the end of the line. Especially if it seems like no one but that little voice deep in your heart hopes there is and possibility for making this work. Well, what if that little voice is right? What if this pregnancy isn't the whole thing possible? What if everything will again be all right, and even better than of right? The Visitation Mission is here to help you unfold the beautiful promise that lies hidden in the unexpected – your greatest will, waiting to emerge.

You have a lot of dreams yet to accomplish. The possessiveness you feel now is not who you know yourself to be. There are so many unanswered questions, so many seeming impossibilities. But the person that has already given shape to your hopes and ambitions in life is what made the strength, you are capable of as a woman, even in the most confusing of circumstances.

**YOU CAN DO THIS, AND YOU ARE NOT ALONE.**

## Take the first step.

---

You might have practical concerns during your pregnancy.

**THERE ARE RESOURCES AVAILABLE TO YOU:**

- **Housing** – A place you can call home. One that meets your needs.
- **Professional Services** – Whether you need medical or legal support, to continue your education or find employment, talented professionals are ready to help you.
- **Friends on the Journey** – Inspired by your courage and strength there are many who are eager to make themselves available to provide emotional and material support.
- **Other needs** – There are those with resourceful minds who will help you consider all possibilities.



Everyone in my family and his family including the father of the baby was pressuring me to get an abortion. Somehow I just could not see that as an option. Luckily, I was given the number of the Visitation Mission and I was pretty much out of hope when I spoke to them. Now I am living in a safe place, and I start college in the fall.
— Michelle

---

**You are not alone.**
The Sisters and Co-workers at the Visitation Mission are eager to listen to you, your hopes and your struggles. We can help find real possibilities during a difficult time. We want to walk with you and see you thrive. Take that first step. Call us.

(toll free) 1.877.777.1277
www.sistersoflife.org

## Walking together.

In the heart of every woman is the longing
to be heard.
To be understood.
To be believed in.
To be seen for her unique beauty and goodness that all too often she doesn't see in herself.

**You are a gift.**



### We believe in you.
Let's talk and find that solution you can live with.

**1.877.777.1277**

22-cv-06950-PMH   Document 45-5   Filed 11/23/22   Page

EXHIBIT E




Suddenly,
when all seems lost
a door opens.

When they told me that
everything would be all right
I thought they were crazy.
But they weren't crazy.
Everything turned out better than all right.
I will never regret. I will never
mourn the loss of my child.
I made a choice I can live with.

—Rachel

Take the first step. Call us.
Sisters of Life
212.737.0221
1.877.777.1277 (toll free)
www.sistersoflife.org

Pregnant? There is a way.

"I made a choice
I can live with."

Call us.

22-cv-06950-PMH   Document 45-5   Filed 11/23/22   Page

EXHIBIT E

## What I'm pregnant doesn't mean your life is over?



Our whole lives are spent planning. From the time we can barely talk, people are asking us what we're going to do with our lives. After so many plans and expectations, it can seem far your life is over. Especially if it seems like no one but that little voice deep in your heart hopes there is any possibility for making this work. Well, what if that little voice is right? What if this pregnancy isn't the worst thing possible? What if everything will again be all right—and even better than all right? The Visitation Mission is here to help you unfurl the beautiful promise that lies hidden in the unexpected: your greatest self, waiting to emerge.

You have a lot of dreams yet to accomplish. The powerlessness you feel now is not who you know yourself to be. There are so many unanswered questions, so many seeming impossibilities. But the passion that has already given shape to your hopes and ambitions in life is what reveals the strength you are capable of as a woman, even in the most confusing of circumstances.

**YOU CAN DO THIS, AND YOU ARE NOT ALONE.**

### THERE ARE RESOURCES AVAILABLE TO YOU:

- **Housing** – A place you can call home, one that meets your needs.
- **Professional Services** – Whether you need medical or legal support, assistance in continuing your education, or help finding employment, talented professionals are ready to assist you.
- **Friends on the Journey** – Inspired by your courage and strength, there are many who are eager to make themselves available to provide emotional and material support.
- **Other Needs** – There are those with resourceful minds who will help you consider all possibilities.



Everyone in my family and his family, including the father of the baby, was pressuring me to get an abortion. Somehow I just could not see that as an option. Luckily, I was given the number of the Visitation Mission, and I was pretty much out of hope when I spoke to them. Now I am living in a safe place, and I start college in the fall.

— *Jennifer*

## Take the first step.

The Sisters and Coworkers of the Visitation Mission are eager to listen to you, your hopes, and your struggles. We can help find real possibilities during a difficult time. We want to walk with you and see you thrive. Take that first step.

Call us: 877.777.1277
Text us: 212.203.8714
visitationmission.org

## Walking together.

In the heart of every woman is the longing
to be heard.
To be understood.
To be believed in.
To be seen for her unique beauty and goodness that all too often she doesn't see in herself.

**You are a gift.**



## We believe in you.

Let's talk and find that solution you can live with.

**877.777.1277**







you are not alone.

Call us

Sisters of Life
212.737.0221
1.877.777.1277 (toll free)
visitationcenterus.org
visitation@sistersoflife.org



Healing *after Abortion*

To speak to a Sister, or learn about our monthly Days of Prayer and Healing, contact the Sisters of Life:

866.575.0075 (toll free)
hopeandhealing@sistersoflife.org

To register for men:
877.586.4621 (toll free)
Lumina@postabortionhelp.org

Ocean of mercy