# EXHIBIT F





EXHIBIT F