# EXHIBIT G



# STEP *into* HOPE.

## FREE PREGNANCY HELP

Take the first step.
Move beyond the fear.
*You are worth it.*

**For confidential 24/7 help:**

*Call:* 1-800-712-4357
*Text:* "HELPLINE" to 313131
optionline.org

UNPLANNED PREGNANCY?

*Call:* 877.777.1277 / *Text:* 212.203.8716
http://bit.ly/pregnancy-help

———————

ABORTION PILL REVERSAL

877.558.0333
abortionpillreversal.com

———————

ADVERSE PRENATAL DIAGNOSIS?

*Call:* 877.777.1277 / *Text:* 212.203.8716
http://bit.ly/pregnancy-help

———————

NEED HEALING FROM AN ABORTION?

*Call Hope & Healing Mission:*
866.575.0075
http://bit.ly/Hope-Healing

