# EXHIBIT H

# Hope

**FREE** Pregnancy Help

877-777-1277






MY DAUGHTER AT **30 WEEKS** GESTATION

**BORN** AT 35 WEEKS; SPENT 1 WEEK IN NICU

**NOW** AGE 20, SOPHOMORE STUDYING MECHANICAL ENGINEERING

# PRAY TO END ABORTION