# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBRA A. VITAGLIANO,<br><br>    *Plaintiff*,<br><br>    v.<br><br>COUNTY OF WESTCHESTER;<br><br>GEORGE LATIMER, in his official capacity as County Executive of the County of Westchester;<br><br>– and –<br><br>JOHN M. NONNA, in his official capacity as County Attorney of the County of Westchester,<br><br>    *Defendants*. | Case No.  7:22-cv-09370<br>[rel 7:22-cv-06950] |

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Joseph C. Davis, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the District of Columbia and Louisiana; and that his contact information is as follows:

> Joseph C. Davis
> The Becket Fund for Religious Liberty
> 1919 Pennsylvania Ave. NW Suite 400
> Washington, D.C. 20006
> Telephone: 202-955-0095
> Email: jdavis@becketlaw.org

Applicant, having requested admission Pro Hac Vice to appear for all purposes as counsel in the above entitled action for Plaintiff Debra Vitagliano;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: White Plains, New York
November 30, 2022

_____
Philip M. Halpern
United States District Judge