UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBRA A. VITAGLIANO,<br><br>　　*Plaintiff*,<br><br>　　v.<br><br>COUNTY OF WESTCHESTER;<br><br>GEORGE LATIMER, in his official capacity as County Executive of the County of Westchester;<br><br>– and –<br><br>JOHN M. NONNA, in his official capacity as County Attorney of the County of Westchester,<br><br>　　*Defendants*. | Case No.  7:22-cv-09370<br>[rel 7:22-cv-06950] |

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of Daniel L. Chen, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the District of Columbia and California; and that his contact information is as follows:

　　Daniel L. Chen
　　The Becket Fund for Religious Liberty
　　1919 Pennsylvania Ave. NW Suite 400
　　Washington, D.C. 20006
　　Telephone: 202-955-0095
　　Email: dchen@becketlaw.org

Applicant, having requested admission Pro Hac Vice to appear for all purposes as counsel in the above entitled action for Plaintiff Debra Vitagliano;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: White Plains, New York
December 8, 2022

_____
Honorable Philip M. Halpern
United States District Judge