# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBRA A. VITAGLIANO,<br><br>　　*Plaintiff*,<br><br>　　v.<br><br>COUNTY OF WESTCHESTER;<br><br>GEORGE LATIMER, in his official capacity as County Executive of the County of Westchester;<br><br>– and –<br><br>JOHN M. NONNA, in his official capacity as County Attorney of the County of Westchester,<br>　　*Defendants*. | Case No. 7:22-cv-09370<br>[rel 7:22-cv-06950]<br><br>**[PROPOSED] ORDER GRANTING JOINT RULE 21 MOTION TO DROP PARTIES** |

PHILIP M. HALPERN, United States District Judge:

　　The parties have filed a Joint Rule 21 Motion to Drop Defendants George Latimer and John M. Nonna, sued in their official capacities, from the case. (Doc. 25). For the reasons stated therein, the motion is GRANTED.

　　The Clerk of Court is respectfully directed to drop, under Federal Rule of Civil Procedure 21, Defendants George Latimer and John M. Nonna from the case and to amend the case caption accordingly.

**SO ORDERED.**

Dated: White Plains, New York
　　　 December 8, 2022

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Honorable Philip M. Halpern
　　　　　　　　　　　　　　　　　　　United States District Judge