# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **40 DAYS FOR LIFE,** a nonprofit corporation of the State of Texas, | ) ) ) | |
| **WHITE PLAINS 40 DAYS FOR LIFE**, an unincorporated association of the State of New York, | ) ) ) ) | |
| **JANE DOE** and **SALLY ROE** (pseudonyms), | ) ) | Case No.  7:22-cv-6950-PMH [related case: 7:22-cv-09370] |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| **COUNTY OF WESTCHESTER**, | ) ) | |
| **GEORGE LATIMER**, Chief Executive of the County of Westchester, in his official capacity, and | ) ) ) ) | **[PROPOSED] ORDER GRANTING JOINT MOTION TO ADD AND DROP PARTIES UNDER  FED. R. CIV. P. 21 and** |
| **TERRANCE RAYNOR**, acting Commissioner of the Westchester Department of Public Safety, in his official capacity, | ) ) ) ) | **15(a)(2)** |
| Defendants. | ) ) ) | |

PHILIP M. HALPERN, District Judge:

The parties have filed a Joint Rule 21 Motion to drop Plaintiff "Jane Doe," substituting Plaintiff Oksana Hulinsky, to designate Plaintiff "Sally Roe" by her real name, and to drop Defendants George Latimer and Terrance Raynor, sued in their official capacities, from the case, according to the corresponding proposed Second Amended Verified Complaint submitted in support of said joint motion, to the filing of which counsel for Defendants has consented pursuant to Fed. R. Civ. P. 15(a)(2).

For the reasons stated therein, the motion is GRANTED, and it is hereby ORDERED as follows:

1. Plaintiffs shall file the proposed Second Amended Verified Complaint within _____ days of the date of this Order.

2. The Clerk of Court is respectfully directed, under Federal Rule of Civil Procedure 21, to amend the case caption to add Plaintiff Oksana Hulinsky as a Plaintiff, to drop Plaintiff "Jane Doe," to drop Defendants George Latimer and Terrance Raynor, and to state the real name of Plaintiff "Sally Roe", Regina Joy Creary Molinelli, pursuant to the withdrawal of her pending motion for leave to proceed pseudonymously.

**So Ordered.**

Dated:_____
White Plains, New York

_____
Hon.  Philip M. Halpern
United States District Judge