## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **40 DAYS FOR LIFE,** a nonprofit corporation of the State of Texas, | ) ) ) |
| **WHITE PLAINS 40 DAYS FOR LIFE**, an unincorporated association of the State of New York, | ) ) ) ) Case No.  7:22-cv-6950-PMH |
| **JANE DOE** and **SALLY ROE** (pseudonyms), | ) [related case: 7:22-cv-09370] ) |
| Plaintiffs, | ) ) |
| v. | ) **ORDER GRANTING JOINT** ) **MOTION TO ADD AND DROP** |
| **COUNTY OF WESTCHESTER**, | ) **PARTIES UNDER FED R. CIV.** ) **P. 21 and 15(a)(2)** |
| **GEORGE LATIMER**, Chief Executive of the County of Westchester, in his official capacity, and | ) ) ) ) |
| **TERRANCE RAYNOR**, acting Commissioner of the Westchester Department of Public Safety, in his official capacity, | ) ) ) |
| Defendants. | ) ) |

PHILIP M. HALPERN, District Judge:

The parties have filed a Joint Rule 21 Motion to drop Plaintiff "Jane Doe," substituting

Plaintiff Oksana Hulinsky, to designate Plaintiff "Sally Roe" by her real name, and to drop

Defendants George Latimer and Terrance Raynor, sued in their official capacities, from the

case, according to the corresponding proposed Second Amended Verified Complaint submitted

in support of said joint motion, to the filing of which counsel for Defendants has consented

pursuant to Fed. R. Civ. P. 15(a)(2).

For the reasons stated therein, the joint motion is GRANTED, and it is hereby ORDERED as follows:

1. Plaintiffs shall file the proposed Second Amended Verified Complaint within 14 days of the date of this Order.

2. Plaintiffs' pending Motion for Protective Order for Leave to Proceed Anonymously is DENIED as moot.

3. The Clerk of Court is respectfully directed, under Federal Rule of Civil Procedure 21, to amend the case caption to: (i) add Oksana Hulinsky and Regina Creary Molinelli as Plaintiffs in this action; (ii) drop Jane Doe and Sally Roe as a Plaintiffs in this action; and (iii) to drop George Latimer and Terrance Raynor as Defendants in this action.

4. The Clerk of Court is respectfully directed to terminate the motion sequences pending at Doc. 32 and Doc. 50.


**SO ORDERED.**

Dated: White Plains, New York
      December 16, 2022

Philip M. Halpern
United States District Judge