

A national public interest law firm defending life, family and religious liberty.

January 24, 2023

**BY ECF**

Hon. Philip M. Halpern
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

RE: **40 Days for Life, et al. v. Westchester County**
**Case No. 7:22-cv-6950**

Your Honor,

Regarding the briefing schedule for Plaintiffs' Motion for Preliminary Injunction, Plaintiffs are requesting a one-week extension until February 1, 2023 to serve their moving papers.

Defendant's opposition would be served on February 22, 2023 and Plaintiffs' reply papers would be served, and all Motion papers filed, on March 1, 2023, so that the outside date of the briefing schedule would not be changed.

The reason for this request is that I was involved in the trial of U.S. v. Moscinski which ended on Monday afternoon, January 24 – Tuesday being a travel day – while co-counsel on the brief, Michael McHale, is still engaged in the trial of U.S. v. Houck and will be for at least the rest of this week.

Mr. Nonna consents to this adjustment of the briefing schedule, which will not affect the date for submission of all papers to Your Honor.

Respectfully submitted,

s/ Christopher A. Ferrara
CHRISTOPHER A. FERRARA, ESQ.
Special Counsel – Thomas More Society
148-29 Cross Island Parkway
Whitestone, Queens, New York 11357
Telephone: (718) 357-1040
cferrara@thomasmoresociety.org
*Counsel for Plaintiffs*

c: Defense Counsel for Westchester County by ECF

309 W. Washington Street | Suite 1250 | Chicago, IL 60606 | thomasmoresociety.org
*"Injustice anywhere is a threat to justice everywhere."* Dr. Martin Luther King