# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **40 DAYS FOR LIFE,** a nonprofit corporation of the State of Texas,<br><br>**WHITE PLAINS 40 DAYS FOR LIFE**, an unincorporated association of the State of New York,<br><br>**OKSANA HULINSKY,** and<br><br>**REGINA JOY CREARY MOLINELLI,**<br><br>Plaintiffs,<br><br>v.<br><br>**COUNTY OF WESTCHESTER**,<br><br>Defendant. | Case No. 7:22-cv-6950 |

## CERTIFICATE OF SERVICE

I, Christopher A. Ferrara, certify that with consent of opposing counsel, on February 1, 2023, I served the following documents on them by email: (1) Notice of Motion; (2) Memorandum of Law in Support of Plaintiffs' Motion for a Preliminary Injunction, (3) Proposed Order, and (4) Declaration of Plaintiffs' Counsel Authenticating Exhibits to Second Amended Verified Complaint.

Dated: February 1, 2023

                                            Respectfully submitted,

                                            s/ Christopher A. Ferrara

CHRISTOPHER A. FERRARA, ESQ.
Special Counsel – Thomas More Society
148-29 Cross Island Parkway
Whitestone, Queens, New York 11357
Telephone: (718) 357-1040
cferrara@thomasmoresociety.org
*Counsel for Plaintiffs*