# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OKSANA HULINSKY, *et al.*, <br><br> Plaintiffs, <br> -against- <br><br> COUNTY OF WESTCHESTER, <br><br> Defendant. | Case No. 7:22-CV-6950 (PMH) <br> *Rel. Vitagliano v. County of Westchester,* <br> 7:22-cv-09370 (PMH) |

## NOTICE OF MOTION FOR INTERVENTION

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law, dated March 15, 2023 and the Declaration of Constance Considine, Proposed Intervenor All Women's Medical Office Based Surgery, PLLC will move this Court, before the Honorable Philip M. Halpern, United States District Judge, at the United States District Court for the Southern District of New York located at 300 Quarropas Street, White Plains, NY 10601 on a date and time to be designated by the Court, for (a) an Order pursuant to Fed. R. Civ. P. 24(a) granting intervention of right as for All Women's Medical Office Based Surgery, PLLC, or in the alternative, (b) an Order Pursuant to Fed. R. Civ. P. 24(b) granting permissive intervention as for All Women's Medical Office Based Surgery, PLLC, and (c) for such other and further relief as this Court deems just and proper.

| Dated: March 15, 2023 | FOLEY HOAG LLP |
|---|---|
| | */s/ Natasha Reed* |
| | Natasha N. Reed |
| | (*nreed@foleyhoag.com*) |
| | Mital B. Patel |
| | (*patelm@foleyhoag.com*) |
| | Lynn A. Neils |
| | (*lneils@foleyhoag.com*) |
| | Shrutih V. Ramlochan-Tewarie |
| | (*stewarie@foleyhoag.com*) |
| | |
| | 1301 Sixth Avenue, 25th Floor |
| | New York, New York 10019 |
| | Tel: 212-812-0400 |
| | Fax: 212-812-0399 |
| | |
| | *Attorneys for Proposed Intervenor* |
| | *All Women's Medical Office* |
| | *Based Surgery, PLLC* |