UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OKSANA HULINSKY, *ET AL.*,

                         Plaintiffs,

-against-

COUNTY OF WESTCHESTER,

                         Defendant.

Case No. 7:22-CV-6950 (PMH)

## **DECLARATION OF CONSTANCE CONSIDINE**

I, **CONSTANCE CONSIDINE**, hereby declare and state as follows pursuant to 28 U.S.C. § 1746:

1. I am the Chief Administrator for All Women's Medical Office Based Surgery, PLLC ("AWM"), located in White Plains, New York. I submit this declaration in support of AWM's motion to intervene. This declaration is based upon my personal knowledge and my review of business records.

2. AWM traces its roots to All Women's Health & Medical Services, which was formed in 1978 by a group of private physicians who came together to create an association of private gynecological practices dedicated to serving the needs of women who request an abortion. In 2009, after some acquisitions, All Women's Health & Medical Services became known as AWM.

3. AWM operates medical practices that provide reproductive health care services in the State of New York, including a practice located in White Plains, New York, Westchester County (the "White Plains Practice").

4. AWM is a member of the National Abortion Federation ("NAF") and the National Coalition of Abortion Providers.

5. AWM's physicians are all state licensed, board-eligible or board certified obstetrician-gynecologists dedicated to providing the highest quality of medical services to women in a safe, private, caring and sensitive environment.

6. AWM provides a full range of gynecological services at its practices, including family planning services, routine yearly physicals, sonography, out-patient surgeries, and abortion services.

7. AWM's physicians and trained professional staff provide private, confidential, one-on-one patient education because deciding to terminate a pregnancy may be one of the most difficult decisions that a woman can make.

8. Patient safety, confidentiality and privacy are some of AWM's primary goals when providing reproductive health care services.

9. According to the NAF in its 2021 Violence & Disruption Statistics, there has been a drastic increase in intimidation tactics, vandalism, and other activities aimed at disrupting services, harassing providers, and blocking patients' access to abortion. Specifically, there was a 600% increase in stalking, 450% increase in blockades, 163% increase in hoax devices/suspicious packages, 129% increase in invasions and 128% increase in assault and battery incidences as compared to 2020. (Attached hereto as Exhibit A is a true and accurate copy of the NAF's 2021 Violence & Disruption Statistics, as published on its website located at URL https://prochoice.org/our-work/provider-security.)

10. On November 27, 2021, several individuals that I now understand were associated with Red Rose Rescue, an anti-abortion group, infiltrated the White Plains Practice and remained

on the premises for over 3 hours even though police arrived within 20 minutes.

11. The White Plains Practice was unable to provide any reproductive healthcare services during this time and its staff and patients felt unsafe during and after the incident.

12. The anti-abortion trespassers blocked access to one of the office doorways and occupied the waiting room for several hours. They harassed women in the waiting room by attempting to convince them not to seek abortions and by invading their privacy and personal space.

13. The anti-abortion trespassers' actions interfered with and impacted AWM's ability to protect its patients' privacy rights.

14. After this incident, AWM hired a full time security guard and spent approximately $30,000 to increase security measures, which included installing additional cameras and locks and a privacy film on the windows. These measures were in addition to existing security measures.

15. The FBI asked for a list of patients who were on premises during the incident so that the FBI may contact them for their testimony. I forewarned patients prior to releasing their information and several patients expressed concern and fear regarding the Red Rose Rescue incident.

16. This incident caused reputational and financial harm to AWM.

17. AWM became aware of this lawsuit in the fall of 2022.

18. After considering AWM's legal options and rights, AWM obtained legal counsel on or around January 4, 2023.

19. AWM notified the Court of its interest in intervening in the instant action on February 3, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 14, 2023
       White Plains, New York

                                                    Constance Considine

FH11288088.2