# EXHIBIT A



# 2021 VIOLENCE & DISRUPTION STATISTICS

# OVERVIEW

The 2021 Violence & Disruption Statistics show a concerning, but sadly unsurprising, increase in intimidation tactics, vandalism, and other activities aimed at disrupting services, harassing providers, and blocking patients' access to abortion care. We saw the most significant increases in stalking (600%), blockades (450%), hoax devices/suspicious packages (163%), invasions (129%), and assault and battery (128%) compared to 2020.

As the COVID-19 pandemic stretched into a second year, abortion providers grappled with the ongoing challenges of providing health care during a public health crisis, including staff shortages due to illness, stress, or burnout. In some cases, these shortages caused clinics to close temporarily. Others remained open, but did not have staff available to monitor protesters or track anti-abortion incidents and activity. Additionally, COVID restrictions limited the presence of volunteer escorts who often witness and report trespassing and other incidents outside of some clinics. Several members moved locations in 2021, which required them to be closed for some period of time and led to a reduction in anti-abortion activity. In one case, the clinic's new location does not allow any protesters on the property so they experienced and ultimately reported less picketing and obstruction than they had in previous years. One of the clinics that previously reported hundred of incidents of obstruction in both 2019 and 2020 closed this year and thus did not report any incidents of obstruction. Had this clinic reported at the same rate as the previous two years, obstruction numbers would have increased this year. As a result of these challenges, we suspect underreporting in several categories, including picketing, hate mail/calls, hate email/internet harassment, obstruction, and trespassing.

On January 6, 2021, the world watched as violent insurrectionists stormed the U.S. Capitol and tried to overthrow the government. Abortion providers recognized a number of the people at the Capitol as they are the same individuals who target abortion clinics and harass and terrorize clinic staff. This report includes additional information about the role of the anti-abortion movement in the insurrection and the relationship between white supremacy and anti-abortion ideology.

Although we saw a decrease in some activities, including clinic arsons—with two facilities targeted in 2021, compared to five in 2020—overall, harassment and violence have steadily increased in the last 45 years and remain a part of daily life for many abortion providers.

# 2021 INCREASES



# ASSAULT & BATTERY

As in previous years, NAF members reported an increase in assault and battery outside of clinics, with the majority of incidents involving anti-abortion protesters having altercations with clinic escorts, clinic staff, patient companions, and patients. We received reports of anti-abortion individuals pushing, shoving, using pepper spray against, slapping, kicking, and physically fighting clinic escorts, staff, and others outside of clinics.



# STALKING

Our abortion-providing members in Colombia reported more than half (16 of 28 or 57%) of the 2021 reports of stalking. Clinic staff reported being followed en route to and from clinics. By comparison, 12 incidents of stalking were reported in the U.S., which alone represents a 200% increase over 2020 reports.



## BURGLARY



After a slight decline in 2020, burglaries increased by 63% in 2021. Burglary typically results in damage to property and carries a definite boldness to commit. One specific report from a member in Texas mentioned that file cabinet drawers were gone through as if the perpetrator was looking for patient charts but was unsuccessful, and ultimately very little of value was taken. This incident occurred shortly after an abortion ban (Senate Bill 8) went into effect in the state on September 1, 2021.

## VANDALISM

We saw a 54% increase in acts of vandalism targeting abortion providers in 2021. These acts included multiple incidents of bullets being fired through clinic windows, damage to HVAC equipment, cutting of power sources, bricks and rocks thrown through or at windows, and signs damaged.



## HOAX DEVICES / SUSPICIOUS PACKAGES

We documented a 163% increase in hoax devices or suspicious packages at clinics. These include strange or unusual items that cause concern and usually result in law enforcement being called to investigate. Because of the history of attacks involving packages that contained dangerous materials, clinics have to treat these situations with maximum precaution and they can be very time-consuming to manage and disruptive to services.



| Year | Count |
|---|---|
| 2018 | 4 |
| 2019 | 2 |
| 2020 | 27 |
| 2021 | 71 |

## BOMB THREATS

Bomb threats can be communicated to clinics in a variety of ways and we saw an 80% increase in bomb threats this year. These incidents may require the clinic to evacuate or call law enforcement and can be very disruptive to patient care.



| Year | Count |
|---|---|
| 2018 | 3 |
| 2019 | 8 |
| 2020 | 5 |
| 2021 | 9 |

## INVASIONS

*In April, four anti-choice extremists entered a clinic in Long Island, NY, and remained inside for 1.5 hours before they were arrested. After they were removed, police conducted an hour-long room-by-room search of the rest of the building, including several other businesses, during which time clinic staff left the building. The invaders were arrested and charged with "Obstructing Government Administration".*

In recent years, we have documented a disturbing trend of clinic invasions. These invasions vary in length and can delay patient care. In some cases, the perpetrators make fake appointments to gain access to the clinic while posing as patients and they cause disruptions and refuse to leave until law enforcement is called. In others, they force their way into the clinic unannounced and refuse to leave.



| Year | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|
| Invasions | 8 | 19 | 7 | 16 |

## BLOCKADES

The Freedom of Access to Clinic Entrances (FACE) Act has been particularly effective in reducing the incidence of clinic blockades since its enactment in 1994. Still, we see some blockade activity and in 2021, saw a 450% increase in blockades from 2020. In January 2021, seven extremists blocked the doors to an Arkansas clinic. In April, anti-abortion individuals blocked the entrances to a clinic in Michigan. One of the extremists chained herself to the door with a bike lock that had to be cut off by the police.



| Year | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|
| Blockades | 43 | 9 | 2 | 11 |

# THE JANUARY 6TH INSURRECTION

The people who threaten clinic workers and harass individuals seeking abortion care are often the same people who participate in other violent and extremist activities that are deeply harmful. The [overlap between white nationalists and the anti-abortion movement](#) has existed for many years. [In 1985, the Ku Klux Klan (KKK) began creating wanted posters listing the personal information of abortion providers](#). The first murder of an abortion provider, Dr. David Gunn, was perpetrated by a white supremacist who was mentored by former Klansman John Burt. Burt once told *The New York Times*: "[Fundamentalist Christians and those people [the Ku Klux Klan] are pretty close, scary close, fighting for God and country. Some day we may all be in the trenches together in the fight against the slaughter of unborn children](#)."

This pattern of overlapping hate and violence has continued to this day. Some of the same anti-abortion extremists who target clinics also participated in the January 6th insurrection at the U.S. Capitol. A few examples include:

- Convicted arsonist and anti-abortion extremist John Brockhoeft [live-streamed from outside the Capitol](#).
- Derrick Evans, a member of the West Virginia House of Delegates and frequent protester at the state's sole abortion clinic [entered the Capitol and was later charged](#) with two federal misdemeanors and resigned his seat.
- Jason Storms, National Director of Operation Save America, Associate Pastor at Mercy Seat Christian Church, and Founder of Faithful Soldier Training Camp shared a video of himself on the scaffolding at the Capitol calling for revolution.
- There's video of Tayler Hansen, Founder of Baby Lives Matters, inside the Capitol next to the woman who was shot.
- Jeff Durbin, Founder of Apologia Studios and an associate of Operation Save America shared multiple videos of himself at the Capitol on January 6th.
- Oklahoma State Senator Warren Hamilton, an associate of Operation Save America, appeared outside the Capitol with other Senators.

# METHODOLOGY

NAF has been tracking incidents of violence and disruption against reproductive health care providers since 1977. NAF asks our member facilities and allied organizations to submit monthly reports on the anti-abortion incidents that they experience. We conduct telephone and email follow up to our member clinics to acquire completed reports and to gather additional information about reported incidents as needed. If we are not able to validate an incident, it is not included in our statistics, which suggests that actual incidents are higher than reported. This year, 80% of our facility members reported data to us. In the 2021 statistics, we suspect underreporting in a number of categories, including picketing, hate mail/calls, hate email/internet harassment, obstruction, and trespassing.

NAF continues to work with an outside security firm to monitor threats and track scheduled anti-abortion events. NAF collects and compiles this data to detect patterns in anti-abortion criminal activities and appropriately report these trends to law enforcement.

Numbers prior to 2013 represent the United States and Canada only. Numbers from 2013-2021 represent the United States, Canada, Mexico City, and Colombia.

> **The National Abortion Federation (NAF) is the professional association of abortion providers. We represent all types of abortion providers. Our members include private and non-profit clinics, Planned Parenthood affiliates, women's health centers, physicians' offices, hospitals, and virtual providers in the U.S. and Canada. Our members also include public hospitals and both public and private clinics in Mexico City and private clinics in Colombia.**

| | NAF VIOLENCE AND DISRUPTION STATISTICS (2020 - 2021) INCIDENTS OF VIOLENCE & DISRUPTION AGAINST ABORTION PROVIDERS | | |
|---|---|---|---|
| | **2020** | **2021** | **Totals 2020 - 2021** |
| **Violence** | | | |
| Murder | 0 | 0 | **0** |
| Attempted Murder | 0 | 0 | **0** |
| Bombing | 0 | 0 | **0** |
| Arson | 5 | 2 | **7** |
| Attempted Bombing / Arson | 4 | 1 | **5** |
| Invasion | 7 | 16 | **23** |
| Vandalism | 80 | 123 | **203** |
| Trespassing[1] | 1,265 | 977 | **2,242** |
| Butyric Acid Attacks | 0 | 0 | **0** |
| Anthrax / Bioterrorism Threats | 0 | 0 | **0** |
| Assault & Battery | 54 | 123 | **177** |
| Death Threats / Threats of Harm[2] | 200 | 182 | **382** |
| Kidnapping | 0 | 0 | **0** |
| Burglary[3] | 8 | 13 | **21** |
| Stalking[4] | 4 | 28 | **32** |
| **Totals** | **1,627** | **1,465** | **3,092** |
| **Disruption** | | | |
| Hate Mail / Harassing Calls | 3,413 | 2,999 | **6,412** |
| Hate Email / Internet Harassment[5] | 24,646 | 25,026 | **49,672** |
| Hoax Devices / Suspicious Packages[6] | 27 | 71 | **98** |
| Bomb Threats | 5 | 9 | **14** |
| Picketing[7] | 115,517 | 114,093 | **229,610** |
| Obstruction[8] | 2,712 | 2,439 | **5,151** |
| **Totals** | **146,320** | **144,637** | **290,957** |
| **Clinic Blockades** | | | |
| Number of Incidents | 2 | 11 | **13** |
| Number of Arrests[9] | 18 | 27 | **45** |

[1] Tabulation of trespassing began in 1999.

[2] Death Threats, as of 2015, include any reported or discovered "Threats of Harm."

[3] This category includes incidents of Burglary, Robbery, and Theft that occurred at a reproductive health facility.

[4] Stalking is defined as the persistent following, threatening, and harassing of an abortion provider, staff member, or patient away from the clinic. Tabulation of stalking incidents began in 1993.

[5] Tabulation of email harassment began in 2002. As of mid-November 2015, enhanced technology allowed for an increased ability to document internet harassment.

[6] Tabulation of hoax devices began in 2002.

[7] NAF changed its method of collecting picketing data in 2012. Obstruction was separated into its own category.

[8] Tabulation of obstructions began in 2012. Obstruction is defined as the act of causing a delay or an attempt to cause a delay in the conduct of business or prevent persons from entering or exiting an area. This would apply to violations of the FACE Act.

[9] The "number of arrests" represents the total number of arrests, not the total number of persons arrested. Many individuals were arrested multiple times.

# NAF VIOLENCE AND DISRUPTION STATISTICS (2010 - 2019)
## INCIDENTS OF VIOLENCE & DISRUPTION AGAINST ABORTION PROVIDERS

| | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | Totals 2010-2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Violence** | | | | | | | | | | | |
| Murder | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | **3** |
| Attempted Murder | 0 | 0 | 0 | 0 | 0 | 9 | 0 | 0 | 0 | 0 | **9** |
| Bombing | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **1** |
| Arson | 0 | 1 | 5 | 0 | 1 | 4 | 1 | 1 | 1 | 1 | **15** |
| Attempted Bombing / Arson | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | **4** |
| Invasion | 0 | 0 | 0 | 8 | 1 | 6 | 7 | 11 | 8 | 19 | **60** |
| Vandalism | 22 | 27 | 12 | 5 | 12 | 67 | 109 | 92 | 125 | 70 | **541** |
| Trespassing[1] | 45 | 69 | 47 | 264 | 78 | 118 | 247 | 823 | 1,135 | 1,507 | **4,333** |
| Butyric Acid Attacks | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **0** |
| Anthrax / Bioterrorism Threats | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **2** |
| Assault & Battery | 4 | 3 | 7 | 0 | 1 | 6 | 36 | 36 | 15 | 24 | **132** |
| Death Threats / Threats of Harm[2] | 2 | 2 | 6 | 2 | 1 | 94 | 33 | 62 | 57 | 92 | **351** |
| Kidnapping | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **0** |
| Burglary[3] | 13 | 8 | 5 | 0 | 1 | 9 | 66 | 34 | 13 | 9 | **158** |
| Stalking[4] | 7 | 1 | 6 | 20 | 4 | 9 | 22 | 21 | 14 | 2 | **106** |
| **Totals** | **95** | **114** | **88** | **299** | **99** | **325** | **521** | **1,081** | **1,369** | **1,724** | **5,715** |
| **Disruption** | | | | | | | | | | | |
| Hate Mail / Harassing Calls | 404 | 365 | 452 | 420 | 367 | 373 | 869 | 1,156 | 1,388 | 3,123 | **8,917** |
| Hate Email / Internet Harassment[5] | 44 | 17 | 41 | 88 | 91 | 25,839 | 42,726 | 15,773 | 21,252 | 22,366 | **128,237** |
| Hoax Devices / Suspicious Packages[6] | 8 | 2 | 7 | 2 | 9 | 35 | 29 | 30 | 4 | 2 | **128** |
| Bomb Threats | 12 | 1 | 1 | 4 | 1 | 4 | 9 | 8 | 3 | 8 | **51** |
| Picketing[7] | 6,347 | 4,780 | 5,706 | 5,574 | 5,402 | 21,715 | 61,562 | 78,114 | 99,409 | 123,228 | **411,837** |
| Obstruction[8] | | | 79 | 396 | 251 | 242 | 580 | 1,704 | 3,038 | 3,387 | **9,677** |
| **Totals** | **6,815** | **5,165** | **6,286** | **6,484** | **6,121** | **48,208** | **105,775** | **96,785** | **125,094** | **152,114** | **558,847** |
| **Clinic Blockades** | | | | | | | | | | | |
| Number of Incidents | 1 | 5 | 6 | 3 | 23 | 45 | 51 | 104 | 43 | 9 | **290** |
| Number of Arrests[9] | 0 | 0 | 4 | 1 | 0 | 0 | 1 | 10 | 2 | 0 | **18** |

[1] Tabulation of trespassing began in 1999.

[2] Death Threats, as of 2015, include any reported or discovered "Threats of Harm."

[3] This category includes incidents of Burglary, Robbery, and Theft that occurred at a reproductive health facility.

[4] Stalking is defined as the persistent following, threatening, and harassing of an abortion provider, staff member, or patient away from the clinic. Tabulation of stalking incidents began in 1993.

[5] Tabulation of email harassment began in 2002. As of mid-November 2015, enhanced technology allowed for an increased ability to document internet harassment.

[6] Tabulation of hoax devices began in 2002.

[7] NAF changed its method of collecting picketing data in 2012. Obstruction was separated into its own category.

[8] Tabulation of obstructions began in 2012. Obstruction is defined as the act of causing a delay or an attempt to cause a delay in the conduct of business or prevent persons from entering or exiting an area. This would apply to violations of the FACE Act.

[9] The "number of arrests" represents the total number of arrests, not the total number of persons arrested. Many individuals were arrested multiple times.

**NAF VIOLENCE AND DISRUPTION STATISTICS (2000 - 2009)**
**INCIDENTS OF VIOLENCE & DISRUPTION AGAINST ABORTION PROVIDERS**

| | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | Totals 2000-09 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Violence** | | | | | | | | | | | |
| Murder | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | **1** |
| Attempted Murder | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **1** |
| Bombing | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **1** |
| Arson | 2 | 2 | 1 | 3 | 2 | 2 | 0 | 2 | 0 | 0 | **14** |
| Attempted Bombing / Arson | 3 | 2 | 0 | 0 | 1 | 6 | 4 | 2 | 1 | 1 | **20** |
| Invasion | 4 | 2 | 1 | 0 | 0 | 0 | 4 | 7 | 6 | 1 | **25** |
| Vandalism | 56 | 58 | 60 | 48 | 49 | 83 | 72 | 59 | 45 | 40 | **570** |
| Trespassing[1] | 81 | 144 | 163 | 66 | 67 | 633 | 336 | 122 | 148 | 104 | **1,864** |
| Butyric Acid Attacks | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **0** |
| Anthrax / Bioterrorism Threats | 30 | 554 | 23 | 0 | 1 | 0 | 0 | 1 | 3 | 2 | **614** |
| Assault & Battery | 7 | 2 | 1 | 7 | 8 | 8 | 11 | 12 | 6 | 9 | **71** |
| Death Threats / Threats of Harm[2] | 9 | 14 | 3 | 7 | 4 | 10 | 10 | 13 | 2 | 16 | **88** |
| Kidnapping | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | **1** |
| Burglary[3] | 5 | 6 | 1 | 9 | 5 | 11 | 30 | 12 | 7 | 12 | **98** |
| Stalking[4] | 17 | 10 | 12 | 3 | 15 | 8 | 6 | 19 | 19 | 1 | **110** |
| **Totals** | **215** | **795** | **265** | **143** | **152** | **761** | **474** | **249** | **237** | **187** | **3,478** |
| **Disruption** | | | | | | | | | | | |
| Hate Mail / Harassing Calls | 1,011 | 404 | 230 | 432 | 453 | 515 | 548 | 522 | 396 | 1,699 | **6,210** |
| Hate Email / Internet Harassment[5] | | | 24 | 70 | 51 | 77 | 25 | 38 | 44 | 16 | **345** |
| Hoax Devices / Suspicious Packages[6] | | | 41 | 13 | 9 | 16 | 17 | 23 | 24 | 17 | **160** |
| Bomb Threats | 20 | 31 | 7 | 17 | 13 | 11 | 7 | 6 | 13 | 4 | **129** |
| Picketing[7] | 8,478 | 9,969 | 10,241 | 11,348 | 11,640 | 13,415 | 13,505 | 11,113 | 12,503 | 8,388 | **110,600** |
| Obstruction[8] | | | | | | | | | | | |
| **Totals** | **9,509** | **10,404** | **10,543** | **11,880** | **12,166** | **14,034** | **14,102** | **11,702** | **12,980** | **10,124** | **117,444** |
| **Clinic Blockades** | | | | | | | | | | | |
| Number of Incidents | 4 | 2 | 4 | 10 | 34 | 4 | 13 | 7 | 8 | 1 | **87** |
| Number of Arrests[9] | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 1 | 0 | **4** |

[1] Tabulation of trespassing began in 1999.

[2] Death Threats, as of 2015, include any reported or discovered "Threats of Harm."

[3] This category includes incidents of Burglary, Robbery, and Theft that occurred at a reproductive health facility.

[4] Stalking is defined as the persistent following, threatening, and harassing of an abortion provider, staff member, or patient away from the clinic. Tabulation of stalking incidents began in 1993.

[5] Tabulation of email harassment began in 2002. As of mid-November 2015, enhanced technology allowed for an increased ability to document internet harassment.

[6] Tabulation of hoax devices began in 2002.

[7] NAF changed its method of collecting picketing data in 2012. Obstruction was separated into its own category.

[8] Tabulation of obstructions began in 2012. Obstruction is defined as the act of causing a delay or an attempt to cause a delay in the conduct of business or prevent persons from entering or exiting an area. This would apply to violations of the FACE Act.

[9] The "number of arrests" represents the total number of arrests, not the total number of persons arrested. Many individuals were arrested multiple times.

| | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | Totals 1990-99 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Violence** | | | | | | | | | | | |
| Murder | 0 | 0 | 0 | 1 | 4 | 0 | 0 | 0 | 2 | 0 | **7** |
| Attempted Murder | 0 | 2 | 0 | 1 | 8 | 1 | 1 | 2 | 1 | 0 | **16** |
| Bombing | 1 | 1 | 0 | 1 | 1 | 1 | 2 | 6 | 1 | 1 | **15** |
| Arson | 10 | 8 | 19 | 12 | 11 | 14 | 3 | 8 | 4 | 7 | **96** |
| Attempted Bombing / Arson | 3 | 1 | 13 | 7 | 3 | 1 | 4 | 2 | 5 | 0 | **39** |
| Invasion | 19 | 29 | 26 | 24 | 2 | 4 | 0 | 7 | 5 | 1 | **117** |
| Vandalism | 26 | 44 | 116 | 113 | 42 | 31 | 29 | 105 | 46 | 23 | **575** |
| Trespassing[1] | | | | | | | | | | 193 | **193** |
| Butyric Acid Attacks | 0 | 0 | 57 | 15 | 8 | 0 | 1 | 0 | 19 | 0 | **100** |
| Anthrax / Bioterrorism Threats | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12 | 35 | **47** |
| Assault & Battery | 6 | 6 | 9 | 9 | 7 | 2 | 1 | 9 | 4 | 0 | **53** |
| Death Threats / Threats of Harm[2] | 7 | 3 | 8 | 78 | 59 | 41 | 13 | 11 | 25 | 2 | **247** |
| Kidnapping | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | **1** |
| Burglary[3] | 2 | 1 | 5 | 3 | 3 | 3 | 6 | 6 | 6 | 0 | **35** |
| Stalking[4] | | | | 188 | 22 | 61 | 52 | 67 | 13 | 1 | **404** |
| **Totals** | **15** | **10** | **22** | **278** | **91** | **107** | **72** | **93** | **49** | **3** | **1,945** |
| **Disruption** | | | | | | | | | | | |
| Hate Mail / Harassing Calls | 21 | 142 | 469 | 628 | 381 | 255 | 605 | 2,829 | 915 | 82 | **6,327** |
| Hate Email / Internet Harassment[5] | | | | | | | | | | | |
| Hoax Devices / Suspicious Packages[6] | | | | | | | | | | | |
| Bomb Threats | 11 | 15 | 12 | 22 | 14 | 41 | 13 | 79 | 31 | 7 | **245** |
| Picketing[7] | 45 | 292 | 2,898 | 2,279 | 1,407 | 1,356 | 3,932 | 7,518 | 8,402 | 1,808 | **29,937** |
| Obstruction[8] | | | | | | | | | | | |
| **Totals** | **77** | **449** | **3,379** | **2,929** | **1,802** | **1,652** | **4,550** | **10,426** | **9,348** | **1,897** | **36,509** |
| **Clinic Blockades** | | | | | | | | | | | |
| Number of Incidents | 34 | 41 | 83 | 66 | 25 | 5 | 7 | 25 | 2 | 1 | **289** |
| Number of Arrests[9] | 1,363 | 3,885 | 2,580 | 1,236 | 217 | 54 | 65 | 29 | 16 | 2 | **9,447** |

[1] Tabulation of trespassing began in 1999.

[2] Death Threats, as of 2015, include any reported or discovered "Threats of Harm."

[3] This category includes incidents of Burglary, Robbery, and Theft that occurred at a reproductive health facility.

[4] Stalking is defined as the persistent following, threatening, and harassing of an abortion provider, staff member, or patient away from the clinic. Tabulation of stalking incidents began in 1993.

[5] Tabulation of email harassment began in 2002. As of mid-November 2015, enhanced technology allowed for an increased ability to document internet harassment.

[6] Tabulation of hoax devices began in 2002.

[7] NAF changed its method of collecting picketing data in 2012. Obstruction was separated into its own category.

[8] Tabulation of obstructions began in 2012. Obstruction is defined as the act of causing a delay or an attempt to cause a delay in the conduct of business or prevent persons from entering or exiting an area. This would apply to violations of the FACE Act.

[9] The "number of arrests" represents the total number of arrests, not the total number of persons arrested. Many individuals were arrested multiple times.

| | NAF VIOLENCE AND DISRUPTION STATISTICS (Summary by Decade) INCIDENTS OF VIOLENCE & DISRUPTION AGAINST ABORTION PROVIDERS | | | | | |
|---|---|---|---|---|---|---|
| | **1977 to 89** | **1990 to 99** | **2000 to 09** | **2010 to 19** | **2020 to 21** | **Totals** |
| **Violence** | | | | | | |
| Murder | 0 | 7 | 1 | 3 | 0 | **11** |
| Attempted Murder | 0 | 16 | 1 | 9 | 0 | **26** |
| Bombing | 25 | 15 | 1 | 1 | 0 | **42** |
| Arson | 64 | 96 | 14 | 15 | 7 | **196** |
| Attempted Bombing / Arson | 37 | 39 | 20 | 4 | 5 | **105** |
| Invasion | 247 | 117 | 25 | 60 | 23 | **472** |
| Vandalism | 244 | 575 | 570 | 541 | 203 | **2,133** |
| Trespassing[1] | | 193 | 1,864 | 4,333 | 2,242 | **8,632** |
| Butyric Acid Attacks | 0 | 100 | 0 | 0 | 0 | **100** |
| Anthrax / Bioterrorism Threats | 0 | 47 | 614 | 2 | 0 | **663** |
| Assault & Battery | 58 | 53 | 71 | 132 | 177 | **491** |
| Death Threats / Threats of Harm[2] | 70 | 247 | 88 | 351 | 382 | **1,138** |
| Kidnapping | 2 | 1 | 1 | 0 | 0 | **4** |
| Burglary[3] | 20 | 35 | 98 | 158 | 21 | **332** |
| Stalking[4] | | 404 | 110 | 106 | 32 | **652** |
| **Totals** | **767** | **1,945** | **3,478** | **5,715** | **3,092** | **14,997** |
| **Disruption** | | | | | | |
| Hate Mail / Harassing Calls | 192 | 6,327 | 6,210 | 8,917 | 6,412 | **28,058** |
| Hate Email / Internet Harassment[5] | | | 345 | 128,237 | 49,672 | **178,254** |
| Hoax Devices / Suspicious Packages[6] | | | 160 | 128 | 98 | **386** |
| Bomb Threats | 237 | 245 | 129 | 51 | 14 | **676** |
| Picketing[7] | 847 | 29,937 | 110,600 | 411,837 | 229,610 | **782,831** |
| Obstruction[8] | | | | 9,677 | 5,151 | **14,828** |
| **Totals** | **1,276** | **36,509** | **117,444** | **558,847** | **290,957** | **1,005,033** |
| **Clinic Blockades** | | | | | | |
| Number of Incidents | 385 | 289 | 87 | 290 | 13 | **1,064** |
| Number of Arrests[9] | 24,380 | 9,447 | 4 | 18 | 45 | **33,894** |

[1] Tabulation of trespassing began in 1999.

[2] Death Threats, as of 2015, include any reported or discovered "Threats of Harm."

[3] This category includes incidents of Burglary, Robbery, and Theft that occurred at a reproductive health facility.

[4] Stalking is defined as the persistent following, threatening, and harassing of an abortion provider, staff member, or patient away from the clinic. Tabulation of stalking incidents began in 1993.

[5] Tabulation of email harassment began in 2002. As of mid-November 2015, enhanced technology allowed for an increased ability to document internet harassment.

[6] Tabulation of hoax devices began in 2002.

[7] NAF changed its method of collecting picketing data in 2012. Obstruction was separated into its own category.

[8] Tabulation of obstructions began in 2012. Obstruction is defined as the act of causing a delay or an attempt to cause a delay in the conduct of business or prevent persons from entering or exiting an area. This would apply to violations of the FACE Act.

[9] The "number of arrests" represents the total number of arrests, not the total number of persons arrested. Many individuals were arrested multiple times.