IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **40 DAYS FOR LIFE,** a nonprofit corporation of the State of Texas,<br><br>**WHITE PLAINS 40 DAYS FOR LIFE**, an unincorporated association of the State of New York,<br><br>**OKSANA HULINSKY,** and<br><br>**REGINA JOY CREARY MOLINELLI,**<br><br>Plaintiffs,<br><br>v.<br><br>**COUNTY OF WESTCHESTER**,<br><br>Defendant. | Case No. 7:22-cv-6950-PMH<br>[related case: 7:22-cv-09370] |

## NOTICE OF APPEAL

Notice is hereby given that the above-referenced Plaintiffs, 40 Days for Life, White Plains 40 Days for Life, Oksana Hulinsky, and Regina Joy Creary Molinelli, by and through counsel, appeal to the United States Court of Appeals for the Second Circuit from the District Court's Opinion and Order, ECF No. 94, entered April 24, 2023, denying Plaintiffs' Motion for Preliminary Injunction.

Respectfully submitted,

s/Christopher A. Ferrara
Christopher A. Ferrara
Senior Counsel – Thomas More Society
148-29 Cross Island Parkway
Whitestone, Queens, New York 11357
Telephone: 718-357-1040
cferrara@thomasmoresociety.org
*Counsel for Plaintiffs*

MICHAEL G. MCHALE*
Senior Counsel – Thomas More Society
10506 Burt Circle, Ste. 110
Omaha, NE 68114
Telephone: 402-501-8586
mmchale@thomasmoresociety.org
*Counsel for Plaintiffs*

* Admitted Pro hac vice