UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OKSANA HULINSKY and REGINA JOY CREARY MOLINELLI,

Plaintiffs,

– against –

COUNTY OF WESTCHESTER,

Defendant.

Case No. 22 Civ. 6950 (PMH)

Related case:
22 Civ. 9370 (Dismissed)

**NOTICE OF MOTION FOR SUMMARY JUDGMENT**

**PLEASE TAKE NOTICE**, that upon the Local Civil Rule 56.1 Statement of Undisputed Material Facts, the Declaration of Senior Assistant County Attorney Shawna C. MacLeod, dated March 21, 2024, and the exhibits annexed thereto; the accompanying Memorandum of Law in Support of Defendant's Motion for Summary Judgment, dated March 21, 2024; and all other pleadings and proceedings previously had herein, defendant County of Westchester will move this Court, at the United States District Court for the Southern District of New York, Charles L. Brieant Jr. Federal Building and U.S. Courthouse, located at 300 Quarropas Street, White Plains, New York, 10601, before the Honorable Philip M. Halpern, United States District Judge, at a date and time to be determined by the Court, for an order and judgment, pursuant to Federal Rule of Civil Procedure 56, granting summary judgment to Defendant, on the grounds that there are no genuine issues of material fact requiring a trial; dismissing the complaint in its entirety; dismissing all claims in this action; entering judgment for Defendant; and granting Defendant costs, fees, and disbursements together with such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's Order, dated January 18, 2024, opposition papers, if any, shall be served on or before May 21, 2024; and reply papers, if

any, shall be served, and the fully briefed motion filed pursuant to the Court's bundling rule, on or before June 21, 2024.

Dated:  White Plains, New York
            March 21, 2024

**JOHN M. NONNA**
**WESTCHESTER COUNTY ATTORNEY**
*Attorney for Defendant*

/s/ *Shawna C. MacLeod*
By:  Shawna C. MacLeod
Senior Assistant County Attorney
Michaelian County Office Building
148 Martine Avenue, Suite 600
White Plains, New York 10601
Tel: (914) 995-4194

2